Kenneth G. Parker (SBN 182911)
  kparker@tlpfirm.com
Robert G. Loewy (SBN 179868)
  rloewy@tlpfirm.com
TEUTON, LOEWY & PARKER, LLP
3121 Michelson Drive, Suite 250
Irvine, California 92612
Telephone:  (949) 442-7100
Facsimile:   (949) 442-7105

Attorneys for Plaintiffs
HARRY J. BINDER & CHARLES E. BINDER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HARRY J. BINDER, *et al.* | Case No.: CV 07-02760-GHK (SSx) |
| Plaintiffs, | ASSIGNED TO:<br>Magistrate Judge Suzanne H. Segal |
| vs. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS** |
| DISABILITY GROUP, INC., a corporation; RONALD MILLER, an individual; and DOES 1 to 10, inclusive, | |
| Defendant. | **[JOINT STIPULATION REGARDING MOTION TO COMPEL PRODUCTION OF DOCUMENTS; DECLARATION OF KENNETH G. PARKER FILED CONCURRENTLY HEREWITH]** |
| | Date:  February 5, 2008<br>Time:  10:00 a.m.<br>Place: Room 23 |

1

MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 5, 2008, at 10:00 a.m., in Courtroom 23, located at 312 N. Spring Street, Los Angeles, California 90012, plaintiffs Harry Binder and Charles Binder shall, and hereby do, move for an order compelling further production of documents. The motion shall be based on this notice, the stipulation filed concurrently herewith, such other papers as the parties may file under Local Rule 37, the hearing on this matter, and on such other matters as this Court may appropriately consider.

Date: January 14, 2008

TEUTON, LOEWY & PARKER LLP
KENNETH G. PARKER

By _____
Kenneth G. Parker

Attorneys for Plaintiffs HARRY J. BINDER, *et al.*

Counsel:
Thomas M. Galgano (TG 4621)
GALGANO & ASSOCIATES, PLLC