# EXHIBIT K

1            UNITED STATES DISTRICT COURT

2     FOR THE CENTRAL DISTRICT OF CALIFORNIA, WETERN DIVISION

3

4    HARRY J. BINDER, an individual;        )
     and CHARLES E. BINDER, an              )
5    individual,                            )
                                            )
6             Plaintiffs,                   )
                                            )
7          vs.                              ) Case No.
                                            ) CV 07-02760-GHK (SSx)
8    DISABILITY GROUP, INC., a              )
     corporation; RONALD MILLER, an         )
9    individual; and DOES 1 to 10,          )
     inclusive,                             )
                                            )
10                                          )
              Defendants.                   )
11    _____)

12

13

14

15         DEPOSITION OF DAVID DWAYNE DIMAS

16              IRVINE, CALIFORNIA

17            FRIDAY, FEBRUARY 1, 2008

18

19

20   Reported by:
     Lexann Christy
21   CSR No. 7932
     Job No. 14374
22

23

24

25

DAVID DWAYNE DIMAS

Page 2

1                  UNITED STATES DISTRICT COURT

2       FOR THE CENTRAL DISTRICT OF CALIFORNIA, WETERN DIVISION

3

4       HARRY J. BINDER, an individual;          )
        and CHARLES E. BINDER, an                 )
5       individual,                               )
                                                  )
6                       Plaintiffs,               )
                                                  )
7               vs.                               )  Case No.
                                                  )  CV 07-02760-GHK (SSx)
8       DISABILITY GROUP, INC., a                 )
        corporation; RONALD MILLER, an            )
9       individual; and DOES 1 to 10,             )
        inclusive,                                )
10                                                )
                        Defendants.               )
11      _____     )

12

13

14            Deposition of DAVID DWAYNE DIMAS, taken

15      before Lexann Christy, a Certified Shorthand Reporter

16      for the State of California, with principal office in

17      the County of Orange, commencing at 12:04 p.m., Friday,

18      February 1, 2008, at the office of Teuton, Loewy &

19      Parker, LLP, 3121 Michelson Drive, Suite 250, California.

20

21

22

23

24

25

DAVID DWAYNE DIMAS

Page 3

```
 1    APPEARANCES OF COUNSEL:

 2

 3    For Plaintiffs:

 4    TEUTON, LOEWY & PARKER, LLP
      BY:   KENNETH G. PARKER, ESQ.
 5    3121 Michelson Drive
      Suite 250
 6    Irvine, California 92612
      (949) 442-7100
 7    (949) 442-7105 Fax
      kparker@tlpfirm.com
 8

 9    For Defendants:

10    LAW OFFICES OF MATT KOHN
      BY:   MATT KOHN, ESQ.
11    844 25th Street
      Santa Monica, California 90403
12    (310) 828-6116
      mattkohn@msa.com
13

14    Also Present:

15    Dale Peterson, Certified Legal Videographer
      James Napoli, Videographer Trainee
16

17

18

19

20

21

22

23

24

25
```

DAVID DWAYNE DIMAS

Page 14

1      A    Yes.

2      Q    How far back do you have them?

3      A    From day one.

4      Q    I'm showing you Exhibit 20, which is a printout

5  of a Google search result that I can represent to you is

6  from 2006.

7           First of all, does this format look familiar to

8  you?

9      A    Uh-huh.

10     Q    What does it look like to you?

11     Q    It's a Google page.  Is there another page to

12  this?  It says "2" on here.

13     Q    Not that I have.  I can look at a break.  Based

14  on your understanding of how these pages work, what would

15  be on the second page, more results?

16     A    There should be some search stuff here, too, down

17  this side.  I'm just figuring -- there would be more than

18  just these two -- usually more than two sponsored ads.

19     Q    Would there be sponsored ads on the right-hand

20  side?

21     A    Yes.  See where it says "Sponsored Links" right

22  there?

23     Q    Uh-huh.  I don't know why that's so because this

24  is the way the document came to me.

25           Do you recall buying any AdWords containing the

DAVID DWAYNE DIMAS

Page 15

1    word "Binder"?

2         A    Yes.

3         Q    When did you buy them?

4         A    Probably right around this date right here 'cause

5    we were testing -- Google continually changes their

6    algorithms.  You understand what I mean by that?

7         Q    Yes.  We may get into that in a second just so we

8    get a clear record but, yes, I do know what you mean by

9    that.

10        A    Like this search result here for Binder And

11   Binder, they're number one in the generic search, okay, so

12   their algorithm is such that they will show up number one

13   in their meta tags and their key word density and probably

14   the links that are pointing at it.

15             In the pay-per-click world, they have another set

16   of algorithms, okay, and when you want to have a key word

17   show up, like, say, you put "SocialSecurityDisability as an

18   example, and I want to have somebody show up for

19   SocialSecurityDisability in Los Angeles, I would add the

20   words "Los Angeles" somewhere in this text, and it will

21   pull up the key words that we have inside of the Google

22   AdWords account.

23             So if there's a hundred key words that have

24   "disability" in it and "Los Angeles," it will eventually

25   pull those up depending on what the searcher queries.

DAVID DWAYNE DIMAS

Page 21

1    many leads.  He was only interested in leads and cases.  So

2    that's how we did that.

3           And so however many came in that month, I would

4    write up a little thing and it would say how many were in

5    there and then they would verify it.  I didn't know how

6    many cases unless they told me how many cases they had.

7    Q    What would that document look like?  Would it

8    look like, hey, we got this many visitors and this many

9    submissions in this month for this website --

10   A    And you spent this amount.

11   Q    Important to let me finish.

12   A    I'm sorry.

13   Q    So was that report -- is that something you

14   delivered to Ron Miller by email or otherwise?

15   A    Yes.

16   Q    Just by email or also another method?

17   A    No.

18   Q    Email?

19   A    Uh-huh.

20   Q    And did you in that report describe the AdWord or

21   search string that the individual searched?

22   A    No.

23   Q    Is that information, the search string

24   information, wouldn't that be contained in the submission

25   forms that the people sent in that you got copies of?

DAVID DWAYNE DIMAS

Page 22

1      A    No.

2      Q    Would it be contained anywhere?

3      A    Um, we were experimenting with how to get the key

4  word on the bottom of the lead, the exact key word at that

5  time, but I don't think we did that on those leads.

6      Q    Did you ever start doing that?

7      A    We do it now, but I don't think any of those

8  leads have that on there.  It would just show the referring

9  page, but not the key word itself.

10      Q    And the referring page would be Google or some

11  other page?

12      A    Well, if they went to the

13  SocialSecurityDisabilityHelpCenter and they went to the

14  first page and then they dug three pages deep and they fill

15  out a form on "SocialSecurityDisability," you know,

16  "fibromyalgia," or some type of disease or something, okay,

17  it would show it came from that page.

18      Q    But would it show whether they got there from

19  Yahoo, Google or some other search page on that submission?

20      A    Well, it would only be Google because we were

21  only doing Google AdWords.

22      Q    You were only doing Google AdWords.  Do you

23  have -- the submissions that you sent to Mr. Miller on --

24  did you send them on a monthly basis that showed the

25  conversion rate?

DAVID DWAYNE DIMAS

Page 26

```
 1        Q      Was that by email or verbally?

 2        A      It was a telephone call.

 3        Q      Who was the telephone call from?

 4        A      Ron Miller.

 5        Q      And did he call you or did you call him?

 6        A      He called me.

 7        Q      What did he say in that phone call?

 8        A      He wanted me to take down any reference to -- any

 9   key words we were using for Binder And Binder.

10        Q      Did he tell you why?

11        A      He said somebody called him and complained.  He

12   didn't really tell me what the complaint was, he just said,

13   "I want you to take them down as soon as possible."

14        Q      At that time do you recall how many key words

15   were being run with the name "Binder"?

16        A      I think there was maybe three to five.

17        Q      What were they?

18        A      Maybe "Binder And Binder," maybe the word

19   "Binder" by itself.

20        Q      Let's slow down real quick.

21        A      Okay.

22        Q      So Binder And Binder with an ampersand or

23   "a-n-d"?

24        A      Probably both.

25        Q      What else?
```

DAVID DWAYNE DIMAS

Page 27

```
 1        A    Maybe the word "Binder" and, um, I don't know --

 2   I don't think there was five.  I remember it was a real

 3   easy takedown.  I just went in there deleted them, and that

 4   was the end of it.

 5        Q    Did you confirm that takedown with --

 6        A    Yes, I did.

 7        Q    How did you confirm it?

 8        A    Um, I probably sent him an email -- actually, I

 9   told him "I'm going to do it right now," and then I just

10   did it right then and there.

11        Q    Do you know if you confirmed it afterwards?

12        A    Not one hundred percent.  But I would say

13   normally what I would do is -- I might have called him back

14   or I could have sent him an email.

15             But I would believe that if I told him I'm going

16   to take them down right now, he would believe that, and

17   then that might have been the end of our conversation.

18        Q    So we know there was "Binder & Binder" and

19   "Binder And Binder" and then "Binder."

20             Is that all you can recall sitting here today?

21        A    That's all I recall.

22        Q    Do you have records that would show exactly what

23   they were?

24        A    Other than what's in the

25   SocialSecurityDisabilityHelpCenter.com Google account,
```

Page 41

1    accounts as one?

2         A    Huh-uh.

3         Q    Okay.  Thanks.  Take a look -- I just want to

4    have you take a look real quick at Exhibit 4 and ask you if

5    you recognize Exhibit 4?

6         A    No, I do not recognize it.

7         Q    What about Exhibit 5, do you recognize Exhibit 5?

8         A    Is that part of this one?

9         Q    They're all related, but they're not identical.

10        A    It looks like this one to me.  So let's see what

11   are the dates.  November -- it looks like the same report

12   ran on different dates.

13        Q    Have you seen either Exhibit 4 or Exhibit 5

14   before today?

15        A    I'm not sure if I've seen this or not.

16        Q    Now, Michael Vincent is a name -- is that a name

17   that you had heard before?

18        A    No.

19        Q    So the first time you heard it was today?

20        A    If I heard it before, um, you know, I didn't

21   remember him, you know, when I heard it -- when I heard his

22   name again, it was associated with this whole situation,

23   but other than that, I can't say that I had a conversation

24   with him on the phone or if I've ever met him.

25        Q    So the websites that -- we already established

DAVID DWAYNE DIMAS

Page 42

1    you designed and built HelpCenter.com, correct, and that

2    would be SocialSecurityHelpCenter.com?

3         A    Right.

4         Q    And then at some point to test the conversion

5    rate you also cloned the HelpCenter.com website and for a

6    period of time ran SocialSecurity411.com?

7         A    Correct.

8         Q    Besides those two websites, were there any other

9    websites that were created that -- created for or in

10   connection with Disability Group?

11        A    No.

12        MR. PARKER:   Let me take a five-minute break.   I

13   promised Mr. Kohn you could take a look at the documents

14   that have been produced by * Domains by Proxy, and I do

15   just have a question about the logs that were related to

16   those, so let's take a five-minute break.

17        THE VIDEOGRAPHER:   We're going off the record at

18   12:52 p.m.

19             (A recess was taken.)

20        THE VIDEOGRAPHER:   We're going back on the record at

21   1:00 p.m.

22   BY MR. PARKER:

23        Q    Mr. Dimas, I want to return to the submission

24   forms that came in off the HelpCenter.com website.

25             You said you have those back to the beginning of

Page 43

1    time.  Are they on a computer?

2         A    Well, they'll be in the email account.  I have to

3    just highlight them all, pull them off one at a time.

4         Q    And the email account is --

5         A    They might be on the computer.  I have to query

6    it, our database guys, and see if they have them.

7         Q    What kind of email software --

8         A    It's possible we don't have all of them back to

9    the time we built or lead management system.  We changed

10   servers.

11        Q    What kind of email system are you running?  When

12   you say it's in email, what kind of email are you running?

13        A    Outlook, it would be just out of our Outlook.  I

14   have to look in our Outlook.  We had a server crash, and we

15   had to pull everything off of that, so we moved servers in

16   the last couple of months, so I don't know if we pulled

17   everything off of the old server as far as that -- that

18   wouldn't have been a relevant document to us because we

19   wouldn't have figured we needed it for anything.

20        Q    But if it is there, just tell me what one of

21   those emails looked like.  There's a "to" field and a

22   "from" field, it says to who and from who?

23        A    It will have the information from the lead form

24   that they filled out, and it will be in an email, and it

25   will be sent to, um, whatever -- they have an intake email,

DAVID DWAYNE DIMAS

Page 44

1    whatever it's called, like ssd@disabilitygroup.com,

2    something like that, and they would have went to there.

3         Q    Then the "from" field would say what?

4         A    It would say "HelpCenterLead," you know, and

5    maybe the person's name.

6         Q    Were you guys shown as a copy?

7         A    Yes.

8         Q    And what would the copy address be?

9         A    Just be identical, and it would just go to my

10   email so I would know one came in and so I could count it.

11        Q    And your email would be?

12        A    David@webpositionadvisor.com.

13        Q    Then when Mr. Miller commented on the website,

14   the HelpCenter.com website, when you were building it, were

15   those comments provided by email, verbally or both?

16        A    Um, both.  Actually, he faxed -- he printed them

17   out and wrote notes on it and faxed it and we talked about

18   it while we did it.

19        Q    Do you have those faxes?

20        A    I don't think so.  They were all cosmetic, like

21   color.  I want a box here, move this here, move that here.

22        Q    Do you still have any of that electronic website

23   copy?

24        A    Of?

25        Q    Of HelpCenter.com.

Page 52

1    there was no pay-per-click campaign done on that.

2         Q      And you recall that with certainty?

3         A      Absolute certainty.

4         Q      This is something Domains by Proxy produced, but

5    you just made a comment it doesn't reflect all the websites

6    that webpositionadvisors has started, but we certainly, I

7    think, nailed down here today that the only websites that

8    webpositionadvisors had any involvement with that relate to

9    Disability Group are SocialSecurityDisability411.com,

10   SocialSecurityDisabilityHelpCenter.com --

11        A      Correct.

12        Q      -- and then there was a clone of HelpCenter

13   called ".info"?

14        A      Correct.

15        Q      Now, the documents -- the email submissions that

16   came from potential clients that we've been talking about

17   today that may be in your email, those are something that

18   if Disability Group asked you for them, you would provide

19   them; is that correct?

20        A      If I have them.

21        Q      So whatever you've got, whatever documents you

22   have that relate to the business and the work you did for

23   them, you would give them to them if they asked, correct?

24        A      Yes.

25        Q      All they have to do is call you, right?

DAVID DWAYNE DIMAS

Page 53

```
 1        A     Yes.

 2        Q     And that's always been true?

 3        A     And it would take time, yeah.

 4        Q     That's always been true, right?

 5        A     Yes.

 6        Q     And you need some time to get it together, but

 7   other than that, it's not an issue for you?

 8        A     Yes.

 9        Q     Have they ever asked you to collect any of those

10   documents?

11        A     No, 'cause they already have them.

12        Q     So they never called you up and said, "Hey, we

13   need these documents from you"?

14        A     Never.

15        Q     And the first time you learned of this lawsuit

16   was a couple weeks ago?

17        A     Correct.

18        Q     And then between the time Mr. Miller called you

19   in November of '06 to take down any Binder AdWords and the

20   time that you got the subpoena, was there any other

21   discussion or communication regarding Binder And Binder at

22   all?

23        A     No.

24        Q     I'm sorry --

25        A     No.
```

Page 67

```
 1   then, a brief moment in time only?

 2       A    Yes.

 3       MR. PARKER:   Same objections.

 4   BY MR. KOHN:

 5       Q    And in your experience it doesn't represent what

 6   would be there even a moment later; is that correct?

 7       MR. PARKER:   Objection.  Calls for an expert opinion,

 8   calls for speculation and is leading.

 9       THE WITNESS:   Based on this here, that it wasn't

10   there, yes.

11   BY MR. KOHN:

12       Q    When you say "based on this here," what are you

13   referring to?

14       A    Based on this comment here, "If the sponsored

15   link does not come up, keep clicking on the Search button."

16       Q    And "this here" is Exhibit BB5?

17       A    Correct.

18       Q    I don't know if I asked you this, did Ron Miller

19   know at the time you cloned 411 that you were cloning 411?

20       A    I don't think so.

21       Q    Thank you.

22       MR. PARKER:   I just have a few more, Mr. Dimas.

23                   FURTHER EXAMINATION

24   BY MR. PARKER:

25       Q    The purpose of HelpCenter.com was to generate
```

Page 68

1    leads for Disability Group, correct?

2       A    Yes.

3       Q    And you already testified that you purchased

4    AdWords containing the word "Binder" for HelpCenter.com, as

5    well?

6       A    Yes.

7       Q    And those were the AdWords that you took down in

8    November 2006 when Ron Miller called?

9       A    Yes.

10      MR. PARKER:  I don't have anything else.

11      MR. KOHN:  I have a couple more questions.

12

13                    FURTHER EXAMINATION

14   BY MR. KOHN:

15      Q    Are you married, Mr. Dimas?

16      A    Yes, I am.

17      Q    And how long have you been married?

18      A    Nine years.

19      Q    And do you have any children?

20      A    I have six children, plus.

21      Q    Do you have any other children?

22      A    I have 726 children in Uganda.

23      Q    Explain that.

24      A    We have an orphanage of 716 children.

25      Q    Do you run the orphanage?

# EXHIBIT L

EXHIBIT L                         171

**Kenneth Parker**

| | |
|---|---|
| **From:** | Kenneth Parker |
| **Sent:** | Friday, February 01, 2008 4:34 PM |
| **To:** | 'mattkohn@msn.com'; Ron Miller |
| **Cc:** | Jessica G. Bower; Thomas M. Galgano |
| **Subject:** | Demand for Immediate Preservation of Evidence |

VIA E-MAIL AND U.S. MAIL

Gentlemen:

Prior to today, Disability Group had represented at all times that its "webmaster" was Michael Vincent.  Today, Disability Group's *other* webmaster, Mr. Dimas, testified that there was a separate Google account on which adwords containing the word "binder" were used.  These adwords included the words "Binder," "Binder and Binder" and "Binder & Binder."  The Google account Mr. Dimas testified about had a unique identifier and included the url www.socialsecuritydisabilityhelpcenter.com (the "Second Website").  Potential clients' submissions from that website also went to Disability Group.  According to Mr. Dimas, he controlled the adwords account on Disability Group's behalf until sometime in 2007.  Now, Disability Group controls this second adwords account, as Mr. Dimas he turned over control of it to them in 2007.

The use of these infringing adwords on the Second Website was never disclosed to plaintiffs despite very specific requests and questions on the subject matter.  The existence of a second webmaster was never disclosed, and neither reports and data related to the Second Website *nor their existence,* were ever disclosed.  In fact, defendants have affirmatively represented that such additional reports and data *did not* exist.  The existence of these facts and reports was actively concealed in discovery.  Defendants misrepresented, particularly in responses to document demands, that the reports produced by Mr. Vincent reflected *all* use by Disability Group or its agents of any adword containing the word "binder."  We now know that representation was, and is, completely false.  We also know that there is a substantial risk that key evidence has been lost or destroyed due to defendants' concealment.  We have similar concerns about the website www.socialsecuritydisability411.com (the "411 Website"), even if use of that website was more limited based on Mr. Dimas' testimony.

Plaintiffs therefore demand that defendants immediately take steps to preserve information in the www.socialsecuritydisabililtyhelpcenter.com adwords account on google, including but not limited to reports and evidence showing the use of adwords containing the word "binder" at any time, and particularly (but not limited to) in 2006.  Plaintiffs further demand that defendants immediately make efforts to retain the type of information with respect to the Second Website and the 411 Website that Mr. Vincent retained with respect to www.disabilitygroup.com, including the type of information reflected in Exhibits 3, 4, 5 and 9 to Mr. Vincent's deposition.  Such information would include (1) when any adword using "binder" was used in connection with the Second Website and the 411 Website; (2) how long any adword containing the word "binder" was used in connection with the Second Website and the 411 Website; (3) when such use ceased; (4) any "hits" or "clicks" that were linked to such use; and (5) a complete listing of all adwords used at any time on the Second Website and 411 Website.

Plaintiffs further demand that defendants serve supplemental (and true) responses, and documents responsive to, Request Nos. 4, 8, 15, 16, 17, 18, 20, 21, 23, 24, 29, 32, 33 and 34 of Defendants' Response to First Request for Production of Documents and Things, as well as Request Nos. 95 and 98 to Defendants' Response to Second Request for Production of Documents. Many of these responses are just plain false in light of the discovery of the existence of the adword use on the Second Website; others are misleading at best.  The initial disclosures are affirmatively misleading and should be corrected to include Mr. Dimas as the second webmaster for the Second Website.

1

Having just ended the Dimas deposition, I am certain that I have additional follow-up, and will likely file a motion for sanctions.  If evidence has been lost due to this concealment, you may be certain that I will recommend a motion for terminating or issue-related sanctions.  I have read about, but never actually witnessed, active concealment such as this.

Kenneth G. Parker, Esq.
 Partner



Teuton, Loewy & Parker LLP
3121 Michelson Drive, Suite 250
Irvine, California 92612
949-442-7101
Fax: 949-442-7105
www.tlpfirm.com

2

173

# EXHIBIT M

# TEUTON, LOEWY & PARKER LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

3121 Michelson Dr., Suite 250, Irvine, CA 92612
Phone: 949-442-7100   Fax 949-442-7105
www.tlpfirm.com

E-mail: kparker@tlpfirm.com

Direct Dial: (949) 442-7101

February 7, 2008

## VIA FACSIMILE AND E-MAIL

Matthew Kohn                         Ronald D. Miller
844 25th Street                      2917 Santa Monica Blvd.
Santa Monica, CA 90403               Santa Monica, CA 90404

Re:   ***Binder, et al. v. Disability Group, et al.***
      **U.S.D.C. Case No. CV 07 2760 GHK (SSx)**

Gentlemen:

This is a request pursuant to Local Rule 37-1 that you meet and confer with me within ten days of this letter regarding Defendants' inadequate discovery responses and failure to produce documents.

## Background

Prior to Friday, February 1, 2008, Disability Group and Ron Miller had represented at all times that Disability Group's "webmaster" was Michael Vincent. Friday, Disability Group's other webmaster, Mr. Dimas, testified that there was a separate Google account on which adwords containing the word "binder" were used. These adwords included the words "Binder," "Binder and Binder" and "Binder & Binder." The Google account Mr. Dimas testified about had a unique identifier and included the url www.socialsecuritydisabilityhelpcenter.com (the "Second Website"). Potential clients' submissions from that website also went to Disability Group. According to Mr. Dimas, he controlled the adwords account on Disability Group's behalf until sometime in 2007. Now, Disability Group controls this second adwords account, as Mr. Dimas had turned over control of it to them in 2007.

175

Matt Kohn
Ronald Miller
Re: Binder v. Disability
February 7, 2008
Page 2

The use of these infringing adwords on the Second Website was never
disclosed to plaintiffs despite very specific requests and questions on the subject
matter. The existence of a second webmaster was never disclosed, and neither
reports and data related to the Second Website nor their existence, were ever
disclosed. In fact, defendants have affirmatively represented that such additional
reports and data did not exist. The existence of these facts and reports was
actively concealed in discovery. Defendants misrepresented, particularly in
responses to document demands, that the reports produced by Mr. Vincent
reflected all use by Disability Group or its agents of any adword containing the
word "binder." We now know that representation was, and is, completely false.
We also know that there is a substantial risk that key evidence has been lost or
destroyed due to defendants' concealment. We have similar concerns about the
website www.socialsecuritydisability411.com (the "411 Website"), even if use of
that website was more limited based on Mr. Dimas' testimony.

**Demand for Preservation of Evidence**

Plaintiffs therefore demand that defendants immediately take steps to
preserve information in the www.socialsecuritydisabilityhelpcenter.com adwords
account on Google, including but not limited to reports and evidence showing the
use of adwords containing the word "binder" at any time, and particularly (but not
limited to) in 2006. Plaintiffs further demand that defendants immediately make
efforts to retain the type of information with respect to the Second Website and the
411 Website that Mr. Vincent retained with respect to www.disabilitygroup.com,
including the type of information reflected in Exhibits 3, 4, 5 and 9 to
Mr. Vincent's deposition. Such information would include (1) when any adword
using "binder" was used in connection with the Second Website and the 411
Website; (2) how long any adword containing the word "binder" was used in
connection with the Second Website and the 411 Website; (3) when such use
ceased; (4) any "hits" or "clicks" that were linked to such use; and (5) a complete
listing of all adwords used at any time on the Second Website and 411 Website.

**Meet and Confer Regarding Discovery Responses and Documents**

Plaintiffs further demand that defendants serve supplemental (and true)
responses, and documents responsive to, Request Nos. 4, 8, 15, 16, 17, 18, 20, 21,
23, 24, 29, 32, 33 and 34 of Defendants' Response to First Request for Production
of Documents and Things, as well as Request Nos. 95 and 98 to Defendants'

Matt Kohn
Ronald Miller
Re: Binder v. Disability
February 7, 2008
Page 3

Response to Second Request for Production of Documents. These are individually discussed in Attachment A.

In addition, Defendants need to produce, at the very least, the following documents:

1. Documents similar in form to Exhibits 3, 4, 5 and 9 regarding the Second Website and the 411 Website, and any other website on which any adword containing "binder" was used.

2. The electronic submissions received from potential clients from Google during the time period in which any adword containing the word "binder" was used, regardless of whether defendants think such submissions are traceable to binder, from the Second Website and the 411 Website. This is in light of both Mr. Dimas' testimony and also the fact that I can no longer trust Defendants to self-select the submissions it thinks are relevant to this case.

I note that I made this demand for supplementation and production on Friday, February 1, 2008. I am attaching a copy of the e-mail. Since that time, you have produced a "supplemental" production of nine documents, all of which consist of documents previously produced in this litigation by us and others, which you have then bates-stamped with "dg" bates stamps and reproduced to us. You have not, however, seen fit to address the most egregious discovery misconduct I have seen to date.

Sincerely,

Kenneth G. Parker
of Teuton, Loewy & Parker LLP

Encls.
Copy: Thomas M. Galgano
      Jessica Bower

177

<div align="center">**Attachment A**</div>

**First Set of Requests for Production**

**Request No. 4:** Copies of all of Defendants' actual or proposed advertisements, internet advertisements, and websites, or other promotional materials containing or bearing the BINDER & BINDER TRADEMARKS.

**Response No. 4:** None can be identified and *none exist.*

**Reason Response Is False:**

Mr. Dimas testified that reports on www.google.com could be identified by searching their records. These records are immediately available to Defendants, and in fact similar records were produced by Mr. Vincent for www.disabilitygroup.com. Despite that, Defendants concealed the existence of similar reports for www.socialsecuritydisabilityhelpcenter.com (the "Second Website") and www.socialsecuritydisability411.com (the "411 Website").

**Request No. 8:** All Documents concerning the use or proposed use of the BINDER & BINDER TRADEMARKS or any variant thereof by Defendant.

**Response No. 8**: None can be identified and *none exist other that documents previously produced by Michael Vincent during his Aug. 29th deposition.*

**Reason Response Is False:**

The documents produced by Mr. Vincent literally told only half the story. The second webmaster and Google advertiser, Mr. Dimas, testified that reports on www.google.com could be identified by searching their records. These records are immediately available to Defendants, and in fact similar records were produced by Mr. Vincent for www.disabilitygroup.com. Despite that, Defendants concealed the existence of similar reports for www.socialsecuritydisabilityhelpcenter.com and the 411 Website and affirmatively misrepresented that such reports did not exist.

**Request No. 15**: Documents *sufficient to identify* Defendants' current and past employees *and agents* primarily *responsible* for Defendants' activities concerning selecting internet keywords drafting internet advertisement, or otherwise in connection with internet advertising or promotion, and these person s respective roles therein.

**Response No. 15**: Documents previously produced Bates nos. DG-193.

**Reason Response Is False:**

DG-193 identified Mr. Vincent of Axsen, but did not identify the second webmaster, Mr. Dimas. In fact, DG-193 says "Webmaster's Contact Information." But there were two webmasters—Mr. Vincent for www.disabilitygroup.com and Mr. Dimas

for www.socialsecuritydisabilityhelpcenter.com.  In short, this is consistent with Defendants' duplicitous efforts to act as if Mr. Dimas, and the infringing adwords he also used, did not exist.

**Request No. 16**: All Documents concerning the consideration, selection, adoption, and/or purchase by Defendant of the BINDER & BINDER TRADEMARKS, in whole or in part, as internet keywords, as a heading to link to Defendants' Website, or otherwise display or use in connection with Defendants' Website, including those relating to the reasons or decision for their use.

**Response No. 16**: None can be identified and none exist.

**Reason Response Is False:**

Such documents do exist in the form of advertising cost reports and other reports. In addition, Mr. Dimas testified that such reports could be obtained from www.google.com.

**Request No. 17:** All Documents concerning the date and manner of first use of the BINDER & BINDER TRADEMARKS by Defendant.

**Response No. 17**: Documents previously produced with Bates nos. DG-195 to DG-201.

**Reason Response Is False:**

Further documents do exist in the form of advertising cost reports and other reports for the Second Website and 411 Website.  In addition, Mr. Dimas testified that such reports could be obtained from www.google.com.

**Request No. 18:** All Documents concerning any investigation, market research, survey and/or search conducted by or on behalf of Defendant in connection with Defendants' adoption display and use of the BINDER & BINDER TRADEMARKS in connection with Defendants' Website.

**Response No. 18:** None can be identified and none exist.

**Reason Response Is False:**

Further documents do exist in the form of advertising cost reports and other reports for the Second Website and 411 Website and original selection documents.  No diligent search was conducted because Mr. Dimas was never contacted for documents or identified as possessing them.  In addition, Mr. Dimas testified that such reports could be obtained from www.google.com.

**Request No. 20:** All Documents concerning Defendants' advertising programs with any website search engine company in connection with the BINDER & BINDER TRADEMARKS.

**Response No. 20:** Documents previously produced with Bates nos. DG-195 to DG-201; DG-283 to DG-315; DG-322 to DG-323 (attached hereto); DG-220, DG-221, + DG-221.1; and other documents previously produced by Michael Vincent during his Aug. 29th deposition.

**Reason Response Is False:**

The documents produced by Mr. Vincent literally told only half the story. The second webmaster and Google advertiser, Mr. Dimas, testified that reports on www.google.com could be identified by searching their records. These records are immediately available to Defendants, and in fact similar records were produced by Mr. Vincent for www.disabilitygroup.com. Despite that, Defendants concealed the existence of similar reports for www.socialsecuritydisabilityhelpcenter.com and the 411 Website and affirmatively misrepresented that such reports did not exist.

**Request No. 21**: All Documents concerning the proposed and submitted internet keywords or ad text to appear in the Google search results in Exhibit B of the Complaint and the persons responsible for the selection, revision, and implementation of the Ad text or keywords.

**Response No. 21**: Documents previously produced by Michael Vincent during his Aug. 29th deposition.

**Reason Response Is False:**

The documents produced by Mr. Vincent literally told only half the story. The second webmaster and Google advertiser, Mr. Dimas, testified that reports on www.google.com could be identified by searching their records. These records are immediately available to Defendants, and in fact similar records were produced by Mr. Vincent for www.disabilitygroup.com. Despite that, Defendants concealed the existence of similar reports for www.socialsecuritydisabilityhelpcenter.com and the 411 Website and affirmatively misrepresented that such reports did not exist.

**Request No. 22:** All Documents concerning Defendants' dealings with Google, Inc. in connection with the BINDER & BINDER TRADEMARKS.

**Response No. 22:** Documents previously produced with Bates nos. DG-195 to DG-201; DG-220, DG-221, + DG-221.1; and other documents previously produced by Michael Vincent during his Aug. 29th deposition.

**Reason Response Is False:**

The documents produced by Mr. Vincent literally told only half the story. The second webmaster and Google advertiser, Mr. Dimas, testified that reports on www.google.com could be identified by searching their records. These records are immediately available to Defendants, and in fact similar records were produced by Mr. Vincent for www.disabilitygroup.com. Despite that, Defendants concealed the existence of similar reports for www.socialsecuritydisabilityhelpcenter.com and the 411 Website and affirmatively misrepresented that such reports did not exist.

**Request No. 23:** All Documents concerning Defendants' expenditures for all advertisement and promotion which included the BINDER & BINDER TRADEMARKS and any summaries thereof.

**Response No. 23:** Documents previously produced with Bates nos. DG-220, DG-221, + DG-221.1.

**Reason Response Is False:**

The documents produced by Mr. Vincent literally told only half the story. The second webmaster and Google advertiser, Mr. Dimas, testified that reports on www.google.com could be identified by searching their records. These records are immediately available to Defendants, and in fact similar records were produced by Mr. Vincent for www.disabilitygroup.com. Despite that, Defendants concealed the existence of similar reports for www.socialsecuritydisabilityhelpcenter.com and the 411 Website and affirmatively misrepresented that such reports did not exist. No expense documents were produced for the Second Website and the 411 Website.

**Request No. 29:** All Documents concerning any communications with Defendants' employees or agents regarding the BINDER & BINDER TRADEMARKS.

**Response No. 29:** None can be identified and none exist.

**Reason Response Is False:**

There is no evidence that a diligent search was conducted or that Mr. Dimas was contacted about this request.

**Request No. 32:** Documents sufficient to show the number of cases retained during the time period when the BINDER & BINDER TRADEMARKS were used as keywords or otherwise appeared in search results for Defendant.

**Response No. 32:** Documents previously produced with Bates nos. DG-001 to DG-192; DG-216 to DG-219.

181

**Reason Response Is False:**

There is no evidence that Defendants included cases obtained via the Second Website and the 411 Website in these reports.  In fact, the evidence is directly to the contrary.

**Request No. 33:** Documents sufficient to show the number of cases retained as a result of the BINDER & BINDER TRADEMARKS being utilized in connection with Defendants' Website.

**Response No. 33:** Document previously produced with Bates nos. DG-001 to DG-192; DG-216 to DG-219.

**Reason Response Is False:**

There is no evidence that Defendants included cases obtained via the Second Website and the 411 Website in these reports.  In fact, the evidence is directly to the contrary.

**Request No. 34:** All Documents concerning Defendants' total sales of goods/services as a result of the BINDER & BINDER TRADEMARKS in terms of both dollars and cases retained since the date of first use of the BINDER & BINDER TRADEMARKS.

**Response No. 34:** Document previously produced with Bates nos. DG-216 to DG-219.

**Reason Response Is False:**

There is no evidence that Defendants included cases obtained via the Second Website and the 411 Website in these reports.  In fact, the evidence is directly to the contrary.

182

**Second Set of Requests for Production:**

**Request No. 95:** All documents evidencing or referring to the Google Adwords purchased by Disability which triggered Disability's advertisements containing the word "binder."

**Response No. 95:** None exist other than confidential disclosures under seal, that of Michael Vincent Exhibit 9 to his deposition.

**Reason Response is False:**

The documents produced by Mr. Vincent literally told only half the story. The second webmaster and Google advertiser, Mr. Dimas, testified that reports on www.google.com could be identified by searching their records. These records are immediately available to Defendants, and in fact similar records were produced by Mr. Vincent for www.disabilitygroup.com. Despite that, Defendants concealed the existence of similar reports for www.socialsecuritydisabilityhelpcenter.com and the 411 Website and affirmatively misrepresented that such reports did not exist.

**Request No. 98:** All documents evidencing or referring to the website domain names owned by Disability.

**Response No. 98:** Objections: (1) the request is over broad; (2) the request is cumulative, duplicative, and includes categories of documents which cannot be reasonable identified. Without waiving objections, none can be identified and therefore none exist.

**Reason Response is False:**

The websites themselves are the documents. In hindsight, this response appeared calculated to conceal documents that would reveal the existence of David Dimas, the second webmaster. Only after plaintiffs served a subpoena on Domains By Proxy did defendants identify the Second Website as its own and identify Mr. Dimas.

183

**Response to Interrogatories**

**Interrogatory and Answer to No.5:**

IDENTIFY each person with knowledge of the facts referred to by Defendant in response
to Interrogatory Nos. 3 and 4 above. Respondent and Michael Vincent, whose deposition
was take in this action.

**Reason Response is False:**

Mr. Dimas had knowledge, and moreover Mr. Miller had knowledge of Mr.
Dimas' information.  Mr. Miller called Mr. Dimas in November 2006 to "take down" the
BINDER AND BINDER adwords.  Mr. Miller called Mr. Dimas again in January 2008
to discuss his knowledge of these facts and refreshed Mr. Dimas' recollection.  Despite
this, Mr. Dimas was never identified in response to this interrogatory.

**Interrogatory and Answer to No.6:**

IDENTIFY each person with knowledge of the facts upon which Ronald Miller bases his
claim that, if any, he did not willfully and intentionally direct the infringement of the
BINDER & BINDER TRADEMARKS by Disability Group, Inc. (emphasis added). Ron
Miller and Michael Vincent, whose deposition was taken in this action.

**Reason Response is False:**

Mr. Dimas had knowledge, and moreover Mr. Miller had knowledge of Mr.
Dimas' information.  Mr. Miller called Mr. Dimas in November 2006 to "take down" the
BINDER AND BINDER adwords.  Mr. Miller called Mr. Dimas again in January 2008
to discuss his knowledge of these facts and refreshed Mr. Dimas' recollection.  Despite
this, Mr. Dimas was never identified in response to this interrogatory.

**Ron Miller's Response to Set Two Interrogatories**

**Interrogatory and Answer to No. 16:**
Identify all of the keywords purchased by Disability in connection with internet search engines, to trigger advertisements for Disability containing the word "binder".
"binder and binder" and "social security binder"

**Reason Response is False:**

　　Mr. Dimas recalled, based on memory, using "binder & binder" and "binder" adwords.  Actual documents regarding the Second Website and 411 Website have yet to be produced.

185

**Ron Miller's Deposition**

Mr. Miller has not signed his transcript.  He needs to review and sign it. The following
answers need to be corrected:

<u>Miller's deposition Transcript</u>

<u>Pg. 27</u>

```
19      Q    Okay.  When did Disability Group first
20   begin purchasing ad words for -- for triggering          11:40:14AM
21   results on www.Google.com?
22      A    In 2004.
23      Q    Okay.  And has Disability Group always
24   used Axsen, A-x-s-e-n, for that purpose?
25      A    Yes.
```

<u>Pg. 29</u>

```
Q   At some point Disability Group selected      11:41:55AM
21   its first ad words for use with Google; is that
22   fair?
23      A    Yes.
24      Q    Do you recall what they were?
25      A    No.                              11:42:05AM
                    36
 1      Q    Do you recall how they were picked, in      11:42:07AM
 2   other words, who was involved in picking them?
 3      A    Mike Vincent.
 4      Q    Okay.  Mike Vincent entirely, or was there
 5   anybody else involved?                          11:42:18AM
 6      A    No, Mike Vincent.
```

Pg 30

```
14      Q    Okay.  Did you -- Disability Group hired
15   Axsen to build its Web site; is that fair?      11:44:23AM
16      A    Yes.
```

Pg 36-37

```
 9      Q    How was it based on your understanding
10   that the Social Security 411 site allowed some kind   12:01:26PM
11   of testing of the efficacy of the ad words?
12      A    I don't know.
13      Q    Okay.  Did somebody tell you that?
14      A    Yes.
15      Q    Who told you that?              12:01:42PM
16      A    I believe it was Mike Vincent.
17      Q    Okay.  Did Michael Vincent design both of
18   these sites?
19      A    I don't know.
20      Q    Regardless whether you know if Michael      12:01:53PM
21   Vincent designed both of the sites, did somebody to,
22   your knowledge, at Axsen design them both?
23      A    I don't know.
24      Q    Who actually purchased the URL
25   DisabilityGroup.com?  Did Axsen do that for you?      12:02:12PM
                    46
 1      A    No, I believe I did.          12:02:18PM
 2      Q    Okay.  Do you recall who purchased the URL
 3   SocialSecurityDisability411.com?
 4      A    No.
 5      Q    Do you recall when it was purchased?      12:02:29PM
 6      A    No.
 7      Q    At the time that that URL was purchased,
 8   do you recall being told why it was purchased?
 9      A    No.
```

Pg. 39

```
Q   Okay.  Do you also -- does Disability
```

187

```
      5   Group also own                          12:05:37PM
      6   SocialSecurityDisabilityHelpCenter.com?
      7       A    Yes.
      8       Q    Okay.  Is there a separate Web site for
      9   SocialSecurityDisabilityHelpCenter.com or is that
     10   just a point for an e-mail contact?          12:05:50PM
     11       A    I don't believe there's a separate site.
12    Q    Is --
     13            MR. PARKER:  Can you mark that as 21,
     14   please.
     15            (Plaintiffs' Exhibit 21 marked.)       12:06:16PM
     16   BY MR. PARKER:
     17       Q    I've marked as Exhibit 21 what I can
     18   represent to you is a colored printout of the
     19   homepage from SocialSecurityDisability411.com as of
     20   this morning.  Do you recognize this Web site at      12:06:34PM
     21   all?
     22       A    Yes.
     23       Q    Is this Web site, that is Exhibit 21, is
     24   it managed by Axsen?
     25       A    I believe so.
```

**Pg 40**

```
18    Q    Okay.  How did you learn that the
     19   SocialSecurityDisability411.com Web site was being
     20   used to judge the efficacy of -- of the ad words?      12:07:54PM
     21       A    I believe I discussed it with Mike
     22   Vincent.
     23       Q    Okay.  Did he describe to you how this
     24   separate Web site, the
     25   SocialSecurityDisability411.com Web site, would aid    12:08:14PM
                                    50
      1   in determining the efficacy of the ad words?          12:08:21PM
      2       A    I don't recall.
      3       Q    Did he describe how particular ad words
      4   would be tied to the SocialSecurityDisability411.com
      5   Web site versus the DisabilityGroup.com Web site?      12:08:37PM
      6       A    No, I don't believe so.
```

**Pg 55**

```
      6    Q    Okay.  And, to your knowledge, Disability
      7   Group has never used the -- the name Binder in
      8   connection with any other advertising other than
      9   the -- the Google ad words that we're -- that are in
     10   dispute in this lawsuit?                      12:43:00PM
     11       A    That is correct.
```

188

# EXHIBIT N



# TEUTON, LOEWY & PARKER LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

3121 Michelson Dr., Suite 250, Irvine, CA 92612
Phone: 949-442-7100   Fax 949-442-7105
www.tlpfirm.com

E-mail: kparker@tlpfirm.com

Direct Dial: (949) 442-7101

February 12, 2008

## VIA FACSIMILE AND E-MAIL

Matthew Kohn                          Ronald D. Miller
844 25th Street                       2917 Santa Monica Blvd.
Santa Monica, CA 90403                Santa Monica, CA 90404

      **Re:**    ***Binder, et al. v. Disability Group, et al.***
           **U.S.D.C. Case No. CV 07 2760 GHK (SSx)**

Gentlemen:

This is a continuing effort to meet and confer pursuant to Local Rule 37-1 following up on my e-mail of February 1, 2008 and my letter of February 7, 2008 regarding deficient responses and production.

Yesterday, I received dg382-86 from Mr. Kohn. We are studying the documents further, but I wanted to note the following deficiencies that are apparent from even a cursory review of these documents.

First, stating the obvious, all written responses identified in the letter of February 7, 2008 must be supplemented so that they are true and accurate. That has not yet been done, and must be done.

Second, the reports do not include any reports for "binder" or "binder & binder," adwords that Mr. Dimas testified he used with www.socialsecurityhelpcenter.com. In addition, you did not ask Mr. Dimas to search for any adwords containing the word "binder," which would be appropriate diligence and should have been done long ago. Thus, the production still is not complete in light of Document Request Nos. 4, 8, 16, 17, 18, 20, 22, 23, 29 (there is still no evidence that a diligent search has been conducted as to this request, which seeks correspondence regarding "binder"), 33 and 34 of the First Set of Requests and Request Nos. 95 and 98 of the Second Set of Requests.

190

Matt Kohn
Ronald Miller
Re: Binder v. Disability
February 12, 2008
Page 2


Finally, we have not yet seen any evidence of any search for submissions related to the keywords used on www.socialsecurityhelpcenter.com.  We would expect to see them.

Thank you for your attention to the above.  I remain available to meet and confer by phone.

Sincerely,

Kenneth G. Parker
of Teuton, Loewy & Parker LLP


Encls.
Copy:  Thomas M. Galgano
        Jessica Bower

191

# EXHIBIT O

# TEUTON, LOEWY & PARKER LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

3121 Michelson Dr., Suite 250, Irvine, CA 92612
Phone: 949-442-7100   Fax 949-442-7105
www.tlpfirm.com

E-mail: kparker@tlpfirm.com

Direct Dial: (949) 442-7101

February 15, 2008

## VIA FACSIMILE AND E-MAIL

Matthew Kohn                         Ronald D. Miller
844 25th Street                      2917 Santa Monica Blvd.
Santa Monica, CA 90403               Santa Monica, CA 90404

>        Re:    *Binder, et al. v. Disability Group, et al.*
>               **U.S.D.C. Case No. CV 07 2760 GHK (SSx)**

Gentlemen:

This is a continuing effort to meet and confer pursuant to Local Rule 37-1 following up on my e-mail of February 1, 2008, my letter of February 7, 2008 and my letter of February 12, 2008 regarding deficient responses and production.

I have now reviewed the production in further detail, as well as the discovery responses propounded in the last few days. There are still a plethora of problems with all of them.

### The Production to Date

The documents recently produced only address some of the previous deficiencies. Problems remain as follows:

1. There is no document reflecting what "Customer ID" is linked to which url. The urls are www.socialsecuritydisabilityhelpcenter.com (the "Second Website") and www.socialsecuritydisability411.com (the "411 Website"). Without documents reflecting those links, it is impossible to fully evaluate what was produced without making assumptions that, given events to date, I am unwilling to make.

193

Matt Kohn
Ronald Miller
Re: Binder v. Disability
February 15, 2008
Page 2

     2.  None of the documents reflect a search for the key word "binder" or "binder & binder."  This deficiency is glaring.

     3.  There is no clear evidence that the Second Website adwords account was searched at all.

     4.  It appears, however, that Mr. Dimas may have produced a report for the 411 Website at dg377-86 containing relevant information.  However, no such report was generated for the Second Website, assuming (which again I am not willing to assume) that the Second Website is linked to ID 480-407-4592.  A report such as the dg377-86 report needs to be produced for the Second Website.

     5.  The search of the Second Website (again, assuming that ID 480-407-4592 is the Second Website) is inadequate.  All searches are limited by campaign and date, in addition to not searching the word "binder" to ensure all requested results are captured (*see* dg365).

To correct this problem, the following search needs to be conducted:

        Date Range:  All Time
        Campaigns:  All
        Ad Groups:  All
        Ad Status:  All
        Keywords:  binder
        Ad Distribution:  All
        Keyword matching: All
        Scheduled:  No
        Email notification:  Off.

No such search has been done -- the documents you have produced reflect limitations in the "Campaigns" and "Ad Group" fields, as well as time limitations, that may have eliminated results showing infringement.

     6.  There is no report for either the 411 Website or the Second Website that is similar in form to the report for www.disabilitygroup.com that Mr. Vincent prepared and that was marked as Exhibit 9 to his deposition.  At this time, such a report needs to be presented in light of the serious omissions in discovery documents and responses.  You may mark it for my eyes only and I will treat it in

Matt Kohn
Ronald Miller
Re: Binder v. Disability
February 15, 2008
Page 3

an identical manner to Exhibit 9. This report may be generated by running the search with the parameters set forth above for "all" keywords.

7. There is no further evidence that a thorough and diligent search has been conducted for potential client submissions originating from the Second Website have been conducted. In fact, based on Mr. Dimas' testimony, it appears to me that every submission from the Second Website should simply be produced.

**Responses to Requests**

I have now received and reviewed the Defendants' Supplemental Response to Plaintiffs' First and Second Requests for Production of Documents and Things. The responses to your requests remain inadequate and, in fact, still reflect false facts. For example, in response to requests 16 and 18, defendants state: "when Request No. 16 [and 18] was served, defendants possessed no documents of and concerning 'Defendants' Website'— a term subject to specific discovery instruction/definition, namely www.socialsecuritydisability411.com ('411 URL'). Defendants had no knowledge '411 URL' was created." Defendants' first response to requests for production of documents was served on December 14, 2007. A month earlier, Mr. Miller had already testified:

> Q: So I've marked as Exhibit 20 a search result dated on the lower-right-hand corner 11-2-2006. Can you take a look at the top portion of this search result, Mr. Miller?
> A: Yes.
> Q: And you see that in the search field the words Binder and Binder are typed and then below that there's a couple of sponsored links. One shows up as Disabled question mark Social Security with the DisabilityGroup.com Web site below it. *And the second result is Binder and Binder and it shows up with SocialSecurityDisability411.com.* Do you have any idea why those search results showed up that way?
> *A: No, but I know those are both our sites.*

(Deposition of Ronald Miller, November 12, 2007 at p. 45:11-25 (emphasis added).) The false statement that defendants had "no knowledge" of the 411 Website is yet another in a string of lies and half-truths.

Moreover, Defendants inappropriately focus on whether Defendants physically "possessed" any information ignores the obligation under Rule 34 to

195

Matt Kohn
Ronald Miller
Re: Binder v. Disability
February 15, 2008
Page 4

produce all information in Defendants' control, not just information in its
possession. It is very clear that Mr. Dimas' information has always been, and is,
in Mr. Dimas' control. First, he rescheduled his deposition through Defendants'
counsel and rode to and from the deposition with Defendants' counsel. Second,
and most importantly, Mr. Dimas has produced documents and reports upon
Defendants' request, evidencing the control of them. Mr. Dimas has also testified
he will produce such items upon your request. (Dimas Deposition 52:15 to 53:5.)

        In addition, I have noticed in your recent responses and recent
correspondence that you are misstating the nature and scope of the failures to
disclose that occurred in this case. To be clear, the primary issue here is the
failure to disclose the use of keywords containing "binder" in connection with the
Second Website, the existence of submissions to Disability Group that came from
the Second Website, and the existence of cases that were retained by virtue of
those submissions. The affirmative misrepresentations and omissions went far
beyond a few suspicious "I don't recalls" in Mr. Miller's deposition; rather, they
extended to affirmative representations in initial disclosures, responses to demands
and interrogatory responses, and in fact, the ongoing and multiple representations
about the "188" submissions and the "18" clients that started on day one and
continued until February 1, 2008. This collection of misrepresentations and
omissions infected the whole case, and affected the course of discovery and the
expert report in the case. I am also concerned that, based on what has been
produced since then, that Mr. Miller is continuing to avoid disclosing what is
required to be disclosed.

        Turning to the supplementation itself, I continue to have the following
concerns:

        **Request No. 4:**

        The supplemental response remains patently false. To date, we still have
not received the "deleted" campaign information for "binder" adwords that reflects
the selections of headings that Mr. Dimas testified to on February 1, 2008.

        **Request No. 15:**

        This response needs to supplemented. For all we know, based on the
discovery misconduct to date, there could be yet another webmaster and website
that we don't know about.

196

Matt Kohn
Ronald Miller
Re: Binder v. Disability
February 15, 2008
Page 5

**Request No. 16.**

See above, as well as the note for No. 4 above.

**Request No. 17:**

See above, as well as the note for No. 4 above.  We have no confidence that
an adequate search has occurred.

**Request No. 18.**

See above, as well as the note for No. 4 above.

**Request No. 20:**

As discussed above, the searches for the Second Website are not adequate,
since they are inappropriately constrained with respect to the search terms.  In
addition, see the note for No. 4 above.

**Request No. 22:**

See concerns expressed above.  We still do not have all the documents.

**Request No. 23:**

Same concerns as those expressed above.

**Request No. 34:**

The submissions received from the Second Website have not been
produced.  They need to be produced.  If Defendants cannot segregate the
submissions by keyword, then it needs to produce all of them.

**Request Nos. 95 & 98:**

Same concerns regarding inadequate search that are expressed above.

Matt Kohn
Ronald Miller
Re: Binder v. Disability
February 15, 2008
Page 6

In addition, in my review I have noted that the response to Request No. 3 is not adequate either.

**Request No. 3:**

(a) All Documents concerning the nature of the actual promotional materials for goods and services offered for sale under the BINDER & BINDER TRADEMARKS, in whole or in part, in connection with Defendants' services, including, but not limited to, any brochures, commercials, newspaper articles, magazine advertisements, Internet advertisements websites, internet search engines, or other promotional materials in which Defendants' purchased keywords, displayed a heading linking to the Defendants' Website, or otherwise used or displayed in connection with the Defendants' Website; and (b) All Documents identifying the specific media (e.g., Google.com, Time magazine, CBS network TV, New York Times) and date on which such advertising and promotional material has appeared.

**Response No. 3:**

None can be identified and none exist.

**Reason Response is False:**

Mr. Dimas testified to the selection of keywords containing "binder" for purposes of advertising and to the selection of headings containing "binder." According to Mr. Dimas, the headings used can be found on www.google.com by pulling up the deleted campaigns. None of these deleted campaigns showing headings for any of the websites has been identified or produced.

Please supplement this as well.

Matt Kohn
Ronald Miller
Re: Binder v. Disability
February 15, 2008
Page 7

Thank you for your attention to the above.  I look forward to speaking to you Tuesday.

Sincerely,

Kenneth G. Parker
of Teuton, Loewy & Parker LLP

KGP
Copy:  Thomas M. Galgano
       Jessica Bower

# EXHIBIT P

# TEUTON, LOEWY & PARKER LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

3121 Michelson Dr., Suite 250, Irvine, CA 92612
Phone: 949-442-7100   Fax 949-442-7105
www.tlpfirm.com

E-mail: kparker@tlpfirm.com

Direct Dial: (949) 442-7101

April 9, 2008

## VIA E-MAIL [4/9] AND FACSIMILE

Matthew Kohn                          Ronald D. Miller
844 25th Street                       2917 Santa Monica Blvd.
Santa Monica, CA 90403                Santa Monica, CA 90404

>       **Re:**   ***Binder, et al. v. Disability Group, et al.***
>                 **U.S.D.C. Case No. CV 07 2760 GHK (SSx)**

Gentlemen:

This is a continuing effort to meet and confer pursuant to Local Rule 37-1 following up on my e-mail of February 1, 2008, my letter of February 7, 2008, my letter of February 12, 2008, and my letter February 15, 2008 letter, all regarding responses and production.

Problems remain with the production.

## The Production to Date

The documents produced after February 12, 2008 only addressed some of the previous deficiencies.  Problems remain as follows:

1. There is still no document reflecting what "Customer ID" is linked to which url.  The urls are www.socialsecuritydisabilityhelpcenter.com (the "Second Website") and www.socialsecuritydisability411.com (the "411 Website").  Without documents reflecting those links, it is impossible to fully evaluate what was produced without making assumptions that, given events to date, I am unwilling to make.

2. None of the documents reflect a search for the key word "binder" or "binder & binder."

201

Matt Kohn
Ronald Miller
Re: Binder v. Disability
April 9, 2008
Page 2

3. There is no clear evidence that the Second Website adwords account was searched at all.

4. It appears, however, that Mr. Dimas may have produced a report for the 411 Website at dg377-86 containing relevant information. However, no such report was generated for the Second Website, assuming (which again I am not willing to assume) that the Second Website is linked to ID 480-407-4592. A report such as the dg377-86 report needs to be produced for the Second Website.

5. The search of the Second Website (again, assuming that ID 480-407-4592 is the Second Website) is inadequate. All searches are limited by campaign and date, in addition to not searching the word "binder" to ensure all requested results are captured (*see* dg365).

To correct this problem, the following search needs to be conducted:

Date Range:  All Time
Campaigns:   All
Ad Groups:   All
Ad Status:   All
Keywords:    binder
Ad Distribution:  All
Keyword matching: All
Scheduled:  No
Email notification:  Off.

It remains that no such search has been done -- the documents you have produced reflect limitations in the "Campaigns" and "Ad Group" fields, as well as time limitations, that may have eliminated results showing infringement.

6. There is no report for either the 411 Website or the Second Website that is similar in form to the report for www.disabilitygroup.com that Mr. Vincent prepared and that was marked as Exhibit 9 to his deposition. At this time, such a report needs to be presented in light of the serious omissions in discovery documents and responses. You may mark it for my eyes only and I will treat it in an identical manner to Exhibit 9. This report may be generated by running the search with the parameters set forth above for "all" keywords.

202

Matt Kohn
Ronald Miller
Re: Binder v. Disability
April 9, 2008
Page 3

     7. There is no further evidence that a thorough and diligent search has been conducted for potential client submissions originating from the Second Website have been conducted. In fact, based on Mr. Dimas' testimony, it appears to me that every submission from the Second Website should simply be produced.

**Responses to Requests**

     I have now received and reviewed the Defendants' Supplemental Response to Plaintiffs' First and Second Requests for Production of Documents and Things. Respectfully, the responses to your requests remain inadequate. For example, in response to requests 16 and 18, defendants state: "when Request No. 16 [and 18] was served, defendants possessed no documents of and concerning 'Defendants' Website'— a term subject to specific discovery instruction/definition, namely www.socialsecuritydisability411.com ('411 URL'). Defendants had no knowledge '411 URL' was created." Defendants' first response to requests for production of documents was served on December 14, 2007. A month earlier, Mr. Miller had already testified:

>      Q: So I've marked as Exhibit 20 a search result dated on the lower-right-hand corner 11-2-2006. Can you take a look at the top portion of this search result, Mr. Miller?
>      A: Yes.
>      Q: And you see that in the search field the words Binder and Binder are typed and then below that there's a couple of sponsored links. One shows up as Disabled question mark Social Security with the DisabilityGroup.com Web site below it. ***And the second result is Binder and Binder and it shows up with SocialSecurityDisability411.com***. Do you have any idea why those search results showed up that way?
>      ***A: No, but I know those are both our sites.***

(Deposition of Ronald Miller, November 12, 2007 at p. 45:11-25 (emphasis added).) The statement that defendants had "no knowledge" of the 411 Website is incorrect.

     Turning to the supplementation, I continue to have the following concerns, which were mentioned on February 12, 2008 but remain unaddressed:

Matt Kohn
Ronald Miller
Re: Binder v. Disability
April 9, 2008
Page 4

**Request No. 4:**

Respectfully, I believe the response remains incorrect.  To date, we still
have not received the "deleted" campaign information for "binder" adwords that
reflects the selections of headings that Mr. Dimas testified to on February 1, 2008.

**Request No. 15:**

This response needs to supplemented so that we are certain there are no
other websites.

**Request No. 16.**

See above, as well as the note for No. 4 above.

**Request No. 17:**

See above, as well as the note for No. 4 above.  We want to ensure that an
adequate search has occurred.

**Request No. 18.**

See above, as well as the note for No. 4 above.

**Request No. 20:**

As discussed above, the searches for the Second Website are not adequate,
since they are inappropriately constrained with respect to the search terms.  In
addition, see the note for No. 4 above.

**Request No. 22:**

See concerns expressed above.  We still do not have all the documents.

**Request No. 23:**

Same concerns as those expressed above.

**Request No. 34:**

Matt Kohn
Ronald Miller
Re: Binder v. Disability
April 9, 2008
Page 5

The submissions received from the Second Website have not been produced. They need to be produced. If Defendants cannot segregate the submissions by keyword, then it needs to produce all of them. Production of the submissions is also required by Requests Nos. 76 and 77, which stated:

**Request[] No. 76**

All intake sheets of potential clients contacting Disability by telephone from March 2006 to November 2006.

**Request[] No. 77**

All intake sheets of potential clients contacting Disability by online live chat or email from March 2006 to November 2006.

**Request Nos. 95 & 98:**

Same concerns regarding inadequate search that are expressed above.

In addition, in my letter of February 15, 2008, I raised issues regarding Request No. 3, which remain unaddressed.

**Request No. 3:**

(a) All Documents concerning the nature of the actual promotional materials for goods and services offered for sale under the BINDER & BINDER TRADEMARKS, in whole or in part, in connection with Defendants' services, including, but not limited to, any brochures, commercials, newspaper articles, magazine advertisements, Internet advertisements websites, internet search engines, or other promotional materials in which Defendants' purchased keywords, displayed a heading linking to the Defendants' Website, or otherwise used or displayed in connection with the Defendants' Website; and (b) All Documents identifying the specific media (e.g., Google.com, Time magazine, CBS network TV, New York Times) and date on which such advertising and promotional material has appeared.

Matt Kohn
Ronald Miller
Re: Binder v. Disability
April 9, 2008
Page 6

**Response No. 3:**

None can be identified and none exist.

**Reason Response is False:**

Mr. Dimas testified to the selection of keywords containing "binder" for purposes of advertising and to the selection of headings containing "binder." According to Mr. Dimas, the headings used can be found on www.google.com by pulling up the deleted campaigns. None of these deleted campaigns showing headings for any of the websites has been identified or produced.

Please supplement this as well.

Thank you for your attention to the above. Please respond to this final effort to resolve outstanding issues with prior discovery no later than April 21, 2008.

Sincerely,

Kenneth G. Parker
of Teuton, Loewy & Parker LLP

KGP
Copy:  Thomas M. Galgano
        Jessica Bower

206

# EXHIBIT Q

Binder, et al. v. Disability Group
U.S.D.C. Case No. cv-07-2760-GHK (SSx)
Dated: <u>February 11, 2008</u>

Re: Supplemental Disclosures and Additional Document Production.
Subject: Meet-and-Confer date to be set after you have a chance to review document disclosures..

Accompanying are documents with the following Bates numbers and descriptions:

**DG365** - Google Report for "HelpCenter" (all times) use of "binder and binder" in any form in any campaign - Google account 480-407-4592.
**DG366** - Google Report for "HelpCenter" (11/4/05 to 6/19/06) use of "binder and binder" in any form in any campaign - Google account 480-407-4592.
**DG367** - Google Report for "HelpCenter" (6/20/06 to 11/3/06) use of "binder and binder" in any form in any campaign - Google account 480-407-4592.
**DG368** - Google Report for "HelpCenter" (11/4/06 to 2/5/08) use of "binder and binder" in any form in any campaign - Google account 480-407-4592.
**DG369** - Formal written request of outside contractor to furnish reports.
**DG370** - Disability Group Annual Revenue Income P&L (2005)
**DG371** - Disability Group Annual Revenue Income P&L (2006)
**DG372** - Disability Group Annual Revenue Income P&L (2007)
**DG373** - Google Report for "411 URL" (all times) use of "binder and binder" in any form in all campaigns - Google account 719-120-8030.
**DG374** - Google Report for "411 URL" (11/5/06 to 2/11/08) use of "binder and binder" in any form in all campaigns - Google account 719-120-8030.
**DG375** - Google Report for "411 URL" (5/31/06 to 11/3//06) use of "binder and binder" in any form in all campaigns - Google account 719-120-8030.
**DG376** - DG376.1 -- Google Report for "411 URL" Clone AdWords final report (All Times) (5/31/06 to 2/11//08) use of "binder and binder" in any form in all campaigns - Google account 719-120-8030.
**DG377-381 and 383-386** - Google Report for "411 URL" Clone AdWords (All Times) shows "binder and binder" and "social security binder" uses and in no other form, together with clicks totals specific to keywords. Google account 719-120-8030.

**DG382**

# Google
AdWords

rmiller@disabilitygroup.com | Help | Close Report
Customer ID: 480-407-4592

## Keyword "binder and binder" (all time)

Report Generated: Feb 6, 2008 5:37:15 PM   Hide report detail

**Report Detail**

| | |
|---|---|
| Requested: | Feb 6, 2008 5:36:58 PM |
| Generated: | Feb 6, 2008 5:37:15 PM |
| Date Range: | All Time |
| View: | Summary |

| | |
|---|---|
| Campaigns: | Top Converting Keywords Campaign |
| Keywords: | binder and binder |
| AdWords Type: | All |

Export Report | Create Another Report Like This

View: Summary

| Impressions | Clicks | CTR | Avg CPC | Cost | Avg Position |
|---|---|---|---|---|---|
| 7,376 | 622 | 8.43% | $0.55 | $339.27 | 1.81 |

| Campaign | Ad Group | Keyword | Keyword Matching | Keyword Status | Impressions | Clicks | CTR | Avg CPC | Cost | Avg Position |
|---|---|---|---|---|---|---|---|---|---|---|
| Top Converting Keywords Campaign | USA Main | binder and binder | Broad | Deleted | 7,376 | 622 | 8.43% | $0.55 | $339.27 | 1.8 |

Show rows: |25 ▾|   1 - 1 of 1

©2008 Google - AdWords Home - Advertising Policies - Privacy Policy - Contact Us

209   **DG365**

# Google
AdWords

rmiller@disabilitygroup.com | Help | Close Report
Customer ID: 480-407-4592

## Keyword "binder and binder" (11/4/2005 to 6/19/2006)

Report Generated: Feb 6, 2008 5:39:58 PM  Hide report detail

**Report Detail**

| | | | |
|---|---|---|---|
| **Requested:** | Feb 6, 2008 5:39:32 PM | **Campaigns:** | All |
| **Generated:** | Feb 6, 2008 5:39:58 PM | **Keywords:** | binder and binder |
| **Date Range:** | Nov 4, 2005 - Jun 19, 2006 | **AdWords Type:** | All |
| **View:** | Summary | | |

Export Report   Create Another Report Like This

View: Summary

Nov 4, 2005 - Jun 19, 2006

| Impressions | Clicks | CTR | Avg CPC | Cost | Avg Position |
|---|---|---|---|---|---|
| 0 | 0 | 0.00% | $0.00 | $0.00 | 0.00 |

©2008 Google - AdWords Home - Advertising Policies - Privacy Policy - Contact Us

210   **DG366**

# Google
AdWords

rmiller@disabilitygroup.com | Help | Close Report
Customer ID: 480-407-4592

## Keyword "binder and binder" (6/20/2006 to 11/3/2006)

Report Generated: Feb 6, 2008 5:40:02 PM   Hide report detail

**Report Detail**

| | |
|---|---|
| Requested: | Feb 6, 2008 5:39:56 PM |
| Generated: | Feb 6, 2008 5:40:02 PM |
| Date Range: | Jun 20, 2006 - Nov 3, 2006 |
| View: | Summary |

| | |
|---|---|
| Campaigns: | All |
| Keywords: | binder and binder |
| AdWords Type: | All |

Export Report   Create Another Report Like This

Jun 20, 2006 - Nov 3, 2006

View: Summary

| Impressions | Clicks | CTR | Avg CPC | Cost | Avg Position |
|---|---|---|---|---|---|
| 7,376 | 622 | 8.43% | $0.55 | $339.27 | 1.81 |

| Campaign | Ad Group | Keyword | Keyword Matching | Keyword Status | Impressions | Clicks | CTR | Avg CPC | Cost | Avg Position |
|---|---|---|---|---|---|---|---|---|---|---|
| Top Converting Keywords Campaign | USA Main | binder and binder | Broad | Deleted | 7,376 | 622 | 8.43% | $0.55 | $339.27 | 1.8 |

Show rows: 25   1 - 1 of 1

©2008 Google - AdWords Home - Advertising Policies - Privacy Policy - Contact Us

211   **DG367**

# Google
AdWords

## Keyword "binder and binder" (11/4/2006 to 2/5/2008)

Report Generated Feb 6, 2008 5:40:54 PM  Hide report detail

**Report Detail**

| | | | |
|---|---|---|---|
| **Requested:** | Feb 6, 2008 5:40:23 PM | **Campaigns:** | All |
| **Generated:** | Feb 6, 2008 5:40:54 PM | **Keywords:** | binder and binder |
| **Date Range:** | Nov 4, 2006 - Feb 5, 2008 | **AdWords Type:** | All |
| **View:** | Summary | | |

Export Report    Create Another Report Like This

View: Summary

Nov 4, 2006 - Feb 5, 2008

| Impressions | Clicks | CTR | Avg CPC | Cost | Avg Position |
|---|---|---|---|---|---|
| 0 | 0 | 0.00% | $0.00 | $0.00 | 0.00 |

©2008 Google - AdWords Home - Advertising Policies - Privacy Policy - Contact Us

**DG368**

🖶 Print                                                                                    Close window

# Binder And Binder

**From: mattkohn@msn.com**
Sent: Thu 2/07/08 12:09 PM
To: David Dimas (david@webpositionadvisor.com)
Cc: Ron Miller (winningcases@aol.com)

DAVID:

Do you think you can email-attach today the Google
AdWords reports for web URL "411" and Keyword
Binder & Binder and/or Binder and Binder, etc.

Can you produce them in 4 summary reports that
detail the time-frames:

All - 11/4/2005 to 2/5/2008
Before =  11/4/2005 to Start of "411" campaign
During = Start of "411" to 11/2/2006
After = 11/3/2006 to 2/5/2008

Matt Kohn
phone 310 828 6116

**DG369**

Disability Group, Inc.
Monthly Income Statements
January through December 2005

| | Jan 05 | Feb 05 | Mar 05 | Apr 05 | May 05 | Jun 05 | Jul 05 | Aug 05 | Sep 05 | Oct 05 | Nov 05 | Dec 05 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Social Security | 19,739.48 | 34,069.05 | 35,760.38 | 80,782.01 | 53,452.22 | 67,229.07 | 63,483.29 | 93,240.32 | 49,384.54 | 88,186.29 | 97,736.83 | 90,675.16 | 773,938.64 |
| Other Legal Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Income | 19,739.48 | 34,069.05 | 35,760.38 | 80,782.01 | 53,452.22 | 67,229.07 | 63,483.29 | 93,240.32 | 49,384.54 | 88,186.29 | 97,736.83 | 90,675.16 | 773,938.64 |
| **Cost of Revenue** | | | | | | | | | | | | | |
| Management Exp/Leased Employees | 71,911.60 | 41,461.59 | 47,269.66 | 78,931.14 | 57,476.76 | 58,682.49 | 57,835.17 | 52,112.39 | 70,588.38 | 55,332.20 | 65,140.56 | 74,247.90 | 730,989.84 |
| Other Cost of Revenues | 2,394.51 | 4,190.16 | 7,924.84 | 5,885.15 | 7,151.17 | 8,327.84 | 8,068.11 | 781.24 | 3,540.06 | 3,596.02 | 4,327.50 | 5,788.41 | 61,975.01 |
| | 74,306.11 | 45,651.75 | 55,194.50 | 84,816.29 | 64,627.93 | 67,010.33 | 65,903.28 | 52,893.63 | 74,128.44 | 58,928.22 | 69,468.06 | 80,036.31 | 792,964.85 |
| **Expenses** | | | | | | | | | | | | | |
| Fixed Expenses-Advertising | 6,034.62 | 2,439.40 | 1,340.45 | 2,698.32 | 4,998.02 | 3,434.77 | (1,836.48) | 0.00 | 1,713.71 | 5,098.69 | 2,323.55 | 7,466.20 | 35,691.25 |
| Fixed Expenses-Internet Advertising | 9,640.77 | 7,548.05 | 5,906.10 | 3,474.90 | 3,474.90 | 3,624.73 | 4,979.79 | 19,831.10 | 29,321.18 | 18,296.17 | 29,096.09 | 26,101.36 | 161,295.14 |
| Fixed Other Expenses | 54,061.16 | 21,545.76 | 34,739.55 | 25,410.23 | 25,438.63 | 21,843.23 | 24,816.77 | 21,110.68 | 25,950.39 | 29,058.36 | 37,464.78 | 70,512.21 | 391,971.75 |
| Variable Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 69,736.55 | 31,533.21 | 41,986.10 | 31,583.45 | 33,931.55 | 28,902.73 | 27,940.08 | 40,941.78 | 56,985.28 | 52,453.22 | 68,884.42 | 104,079.77 | 588,958.14 |
| Add Interest Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.60 |
| Income (Loss) for the Month | (124,303.18) | (43,115.91) | (61,420.22) | (35,617.73) | (45,107.26) | (28,651.39) | (30,360.07) | (595.09) | (81,529.18) | (23,195.15) | (40,615.65) | (93,440.92) | (607,951.75) |

**DG370**

Disability Group, Inc.
Monthly Income Statements
January through December 2006

| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 | Aug 06 | Sep 06 | Oct 06 | Nov 06 | Dec 06 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Social Security | 126,790.13 | 86,150.22 | 139,677.35 | 147,938.97 | 181,479.82 | 175,174.62 | 175,494.99 | 207,710.51 | 159,555.52 | 189,959.28 | 217,245.14 | 207,408.43 | 2,014,584.98 |
| Other Legal Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Income | 126,790.13 | 86,150.22 | 139,677.35 | 147,938.97 | 181,479.82 | 175,174.62 | 175,494.99 | 207,710.51 | 159,555.52 | 189,959.28 | 217,245.14 | 207,408.43 | 2,014,584.98 |
| **Cost of Revenue** | | | | | | | | | | | | | |
| Management Exp/Leased Employees | 77,184.00 | 74,655.82 | 116,997.97 | 83,473.72 | 86,294.49 | 106,594.84 | 100,247.84 | 102,611.17 | 134,512.25 | 97,400.98 | 90,284.83 | 114,274.31 | 1,184,532.22 |
| Other Cost of Revenues | 3,545.06 | 4,713.56 | 5,740.35 | 10,679.10 | 7,907.67 | 9,406.20 | 4,679.37 | 8,969.64 | 2,518.28 | 6,825.66 | 4,535.83 | 8,429.45 | 77,950.17 |
| | 80,729.06 | 79,369.38 | 122,738.32 | 94,152.82 | 94,202.16 | 116,001.04 | 104,927.21 | 111,580.81 | 137,030.53 | 104,226.64 | 94,820.66 | 122,703.76 | 1,262,482.39 |
| **Expenses** | | | | | | | | | | | | | |
| Fixed Expenses-Advertising | 0.00 | 5,586.61 | 9,960.20 | 3,635.55 | 4,472.53 | 6,165.50 | 2,679.35 | 5,845.35 | 10,488.64 | 518.10 | 739.00 | 9,956.46 | 59,997.29 |
| Fixed Expenses-Internet Advertising | 29,121.64 | 14,672.93 | 24,260.79 | 24,256.44 | 42,750.74 | 24,806.91 | 29,663.07 | 30,492.92 | 30,289.34 | 30,540.39 | 23,041.23 | 31,641.21 | 335,537.61 |
| Fixed Other Expenses | 28,256.34 | 38,345.72 | 48,648.15 | 35,136.96 | 43,844.68 | 48,389.90 | 72,330.06 | 45,616.17 | 44,628.38 | 46,068.34 | 44,296.69 | 57,996.35 | 553,557.68 |
| Variable Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 57,377.98 | 58,605.26 | 82,869.14 | 63,028.95 | 91,067.95 | 79,362.31 | 104,622.42 | 81,954.44 | 85,406.36 | 77,126.83 | 68,076.92 | 99,594.02 | 949,092.58 |
| Add Interest Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income (Loss) for the Month | (11,316.91) | (51,824.42) | (65,930.11) | (9,242.80) | (3,790.29) | (20,188.73) | (34,054.66) | 14,175.26 | (62,681.37) | 8,605.81 | 54,347.56 | (14,889.35) | (196,989.99) |

**DG371**

Disability Group, Inc.
Monthly Income Statements
January through December 2007

| | Jan 07 | Feb 07 | Mar 07 | Apr 07 | May 07 | Jun 07 | Jul 07 | Aug 07 | Sep 07 | Oct 07 | Nov 07 | Dec 07 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Social Security | 149,065.11 | 233,793.25 | 275,170.56 | 255,342.92 | 330,381.79 | 303,859.43 | 339,782.62 | 243,337.52 | 397,007.44 | 327,590.59 | 344,087.38 | 366,061.18 | 3,565,479.79 |
| Other Legal Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Income | 149,065.11 | 233,793.25 | 275,170.56 | 255,342.92 | 330,381.79 | 303,859.43 | 339,782.62 | 243,337.52 | 397,007.44 | 327,590.59 | 344,087.38 | 366,061.18 | 3,565,479.79 |
| **Cost of Revenue** | | | | | | | | | | | | | |
| Management Exp/Leased Employees | 122,689.36 | 144,075.61 | 144,229.39 | 157,417.77 | 155,199.65 | 153,146.56 | 151,858.68 | 175,713.40 | 155,106.09 | 174,929.61 | 199,411.55 | 193,632.39 | 1,927,410.06 |
| Other Cost of Revenues | 5,125.60 | 8,880.76 | 4,347.56 | 7,181.61 | 12,197.23 | 12,270.52 | 14,850.55 | 8,774.70 | 14,223.16 | 13,873.19 | 9,648.86 | 15,635.22 | 127,068.96 |
| | 127,814.96 | 152,956.37 | 148,576.95 | 164,599.38 | 167,396.88 | 165,417.08 | 166,709.23 | 184,488.10 | 169,329.25 | 188,802.80 | 209,060.41 | 209,267.61 | 2,054,419.02 |
| **Expenses** | | | | | | | | | | | | | |
| Fixed Expenses-Advertising | 8,145.16 | 1,929.65 | 4,470.30 | 6,839.92 | 2,267.50 | 8,219.44 | 6,075.49 | 5,490.18 | 12,241.58 | 18,714.80 | 29,612.25 | 26,530.90 | 130,537.17 |
| Fixed Expenses-Internet Advertising | 28,853.65 | 10,403.42 | 29,496.36 | 36,278.27 | 13,349.98 | 25,990.23 | 35,101.92 | 23,439.16 | 31,589.66 | 45,382.35 | 49,996.72 | 29,889.69 | 359,773.41 |
| Fixed Other Expenses | 38,474.31 | 60,180.51 | 59,058.07 | 45,884.46 | 59,731.63 | 57,709.07 | 59,456.02 | 46,584.73 | 58,751.50 | 46,711.65 | 60,911.89 | 55,652.39 | 649,106.23 |
| Variable Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 75,473.12 | 72,513.58 | 93,024.73 | 89,002.65 | 75,349.11 | 91,918.74 | 100,633.43 | 75,514.07 | 102,582.74 | 110,808.80 | 140,522.86 | 112,072.98 | 1,139,416.81 |
| Add Interest Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income (Loss) for the Month | (54,222.97) | 8,323.30 | 33,568.88 | 1,740.89 | 87,635.80 | 46,523.61 | 72,439.96 | (16,664.65) | 125,095.45 | 27,976.99 | (5,495.89) | 44,720.59 | 371,643.96 |

216  **DG372**

Clone Campaign – All Time

Google AdWords: Campaign - SSDHC - Clone - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites

Address https://adwords.google.com/select/CampaignManagement?campaignid=12269964&adgroupid=&mode=&timeperiod=simple&timeperiod.simpletimeperiod=alltime Go Links

Google G benjaminbaruch.com Go Bookmarks PageRank 18 blocked Check Send to benjaminbaruch com Settings

Google AdWords

david@webpositionadvisor.com | New Features | Help | Contact Us | Sign Out
Customer ID: 719-120-8030

Campaign Management | Reports | Analytics | My Account | Audio Ads

Account Snapshot | Campaign Summary | Tools | Conversion Tracking | Website Optimizer | Ad Creation Marketplace | Audio Ad Library | Search my campaigns Search

Campaign Summary > SSDHC - Clone

**Campaign: SSDHC - Clone -** | Resume campaign | Delete campaign

Budget: $50.00 / day | Edit campaign settings | Optimize Campaign New!
Targeting: 1 language Edit | 1 location Edit
No campaign negative keywords : Add | No excluded sites : Add

1 - 1 of 1 Ad Groups.

All time

+ Create new ad group View all ad groups Go

Edit Bids | Rename | Pause | Resume | Delete | Customize columns | Show all but deleted ad groups

| Ad Group Name | Status | Default Bid Max CPC | Clicks | Impr. | CTR | Avg. CPC | Cost | Avg. Pos | Conv. Rate | Cost/Conv. | Conversions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SSDHC .75 | | $1.45 | 62 | 9,834 | 0.63% | $0.86 | $53.08 | 4.8 | 0.00% | $0.00 | 0 |
| Total - 1 all but deleted ad groups | - | - | 62 | 9,834 | 0.63% | $0.86 | $53.08 | 4.8 | 0.00% | $0.00 | 0 |
| Total | - | - | **62** | **9,834** | **0.63%** | **$0.86** | **$53.08** | **4.8** | **0.00%** | **$0.00** | **0** |

Reporting is not real-time. Clicks and impressions received in the last 3 hours may not be included here.
There is a 24 hour delay in conversion tracking reporting.
Time zone for all statistics in this account: (GMT-08:00) Pacific Time. Learn more.

Done Internet

start Adobe Reader ... SmartWi Conne... Internet E... Microsoft Of... VZAccess Manager Outlook Exp... Microsoft Excel ... Calculator 11:31 AM

Clone Campaign

DG373



Google AdWords: Campaign - SSDHC - Clone - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites

https://adwords.google.com/select/CampaignManagement?campaignid=12269964&adgroupid=&mode=&timeperiod=date&timeperiod.begin.month=11&timeperiod.begin.day=5&timeperiod.begin.year=2006&timeperiod.begi Go Links

Google G benjaminbaruch.com Go Bookmarks PageRank 18 blocked Check Send to benjaminbaruch com Settings

Google AdWords

david@webpositionadvisor.com | New Features | Help | Contact Us | Sign Out
Customer ID: 719-120-8030

Campaign Management | Reports | Analytics | My Account | Audio Ads

Account Snapshot | Campaign Summary | Tools | Conversion Tracking | Website Optimizer | Ad Creation Marketplace | Audio Ad Library — Search my campaigns [Search]

Campaign Summary > SSDHC - Clone

**Campaign: SSDHC - Clone** - | Resume campaign | Delete campaign
Budget: $50.00 / day | Edit campaign settings | Optimize Campaign New! ?
Targeting: 1 language Edit | 1 location Edit
No campaign negative keywords : Add | No excluded sites : Add

1 - 1 of 1 Ad Groups.

+ Create new ad group View all ad groups — Nov 5, 2006 - Feb 11, 2008 [Go]

[Edit Bids] [Rename] [Pause] [Resume] [Delete] Customize columns — Show all but deleted ad groups

| | Ad Group Name | Status | Default Bid Max CPC | Clicks | Impr. | CTR ? | Avg. CPC | Cost | Avg. Pos | Conv. Rate | Cost/Conv. | Conversions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | SSDHC 75 | | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| | **Total** - 1 all but deleted ad groups | - | - | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| | Total | - | - | **0** | **0** | - | - | - | - | **0.00%** | **$0.00** | **0** |

Reporting is not real-time. Clicks and impressions received in the last 3 hours may not be included here.
There is a 24 hour delay in conversion tracking reporting.
Time zone for all statistics in this account: (GMT-08:00) Pacific Time. Learn more.

Done — Internet

start | Adobe Reader ... | SmartWi Conne... | Internet E... | Microsoft Of... | VZAccess Manager | Outlook Exp... | Microsoft Excel ... | Calculator | 11:29 AM

Clone Campaign **DG374**



Google AdWords: Campaign - SSDHC - Clone - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites

Address https://adwords.google.com/select/CampaignManagement?campaignid=12269964&adgroupid=&mode=&timeperiod=date&timeperiod.begin.month=5&timeperiod.begin.day=31&timeperiod.begin.year=2006&timeperiod.begir Go Links

Google benjaminbaruch.com Go Bookmarks PageRank 18 blocked Check Send to benjaminbaruch com Settings

Google AdWords

david@webpositionadvisor.com | New Features | Help | Contact Us | Sign Out
Customer ID: 719-120-8030

Campaign Management | Reports | Analytics | My Account | Audio Ads

Account Snapshot | Campaign Summary | Tools | Conversion Tracking | Website Optimizer | Ad Creation Marketplace | Audio Ad Library | Search my campaigns Search

Campaign Summary > SSDHC - Clone

**Campaign: SSDHC - Clone** - | Resume campaign | Delete campaign
Budget: $50.00 / day | Edit campaign settings | Optimize Campaign New! ?
Targeting: 1 language Edit | 1 location Edit
No campaign negative keywords : Add | No excluded sites : Add

1 - 1 of 1 Ad Groups.

May 31, 2006 - Nov 3, 2006 Go

+ Create new ad group View all ad groups

Edit Bids | Rename | Pause | Resume | Delete | Customize columns | Show all but deleted ad groups

| Ad Group Name | Status | Default Bid Max CPC | Clicks | Impr. | CTR ? | Avg. CPC | Cost | Avg. Pos | Conv. Rate | Cost/Conv. | Conversions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SSDHC 75 | | $1.45 | 62 | 9,834 | 0.63% | $0.86 | $53.08 | 4.8 | 0.00% | $0.00 | 0 |
| **Total** - 1 all but deleted ad groups | - | - | 62 | 9,834 | 0.63% | $0.86 | $53.08 | 4.8 | 0.00% | $0.00 | 0 |
| Total | - | - | **62** | **9,834** | **0.63%** | **$0.86** | **$53.08** | **4.8** | **0.00%** | **$0.00** | **0** |

Reporting is not real-time. Clicks and impressions received in the last 3 hours may not be included here.
There is a 24 hour delay in conversion tracking reporting.
Time zone for all statistics in this account: (GMT-08:00) Pacific Time. Learn more.

Done Internet

start Adobe Reader ... SmartWi Conne... Internet E... Microsoft Of... VZAccess Manager Outlook Exp... Microsoft Excel ... Calculator 11:21 AM

DG375



# Google

Reports   Analytics   My Account   Audio Ads

david@webpositionadvisor.com | New Features | Help | Contact Us | Sign Out
Customer ID: 719-120-8030

Search

Campaign Summary > SSDHC - Clone > SSDHC .75    1 of 1 ad groups

Ad Group: SSDHC .75

Campaign Paused — Pause ad group | Delete ad group

Get Disability Help
Post Your Case. Get Results.
We Win 85% of Cases Filed
SocialSecurityDisability411.com
1 of 1 - view all

Explore the tabs to view details
and fine-tune your account. [Close]

Summary

Summary   Keywords   Ad Variations

May 31, 2006 to Feb 11, 2008   ▶ Change range
Top of Form
12269964   283631424

All time

May ▾ 31 ▾ 2006 ▾  May 31, 200X ▾ - Feb ▾ 11 ▾ 2008 ▾  Feb 11, 2008 ▾   Go

1 ▾   Include deleted items
Bottom of Form

**DG376**



Customize columns `<Show/hide columns>`

Loading...

Done

| Ad Network | Status | Current Bid Max CPC | Clicks | Impr. | CTR | Avg. CPC | Cost | Avg. Pos | Conv. Rate | Cost/Conv. | Conversions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Google + search network | Enabled | Default $1.45 Edit | 51 | 2,853 | 1.78% | $0.91 | $46.23 | 4.0 | 0.00% | $0.00 | |
| Content network | Enabled | Content $0.75 Edit | 11 | 6,981 | 0.15% | $0.62 | $6.85 | 5.1 | 0.00% | $0.00 | |
| Total | | | 62 | 9,834 | 0.63% | $0.86 | $53.08 | 4.8 | 0.00% | $0.00 | |

New to our system? Review Key AdWords concepts

Edit keywords | Search this list    Customize columns   `<Show/hide columns>`

+ Add keywords: Quick add | Keyword tool | Keyword tool

Done

Top of Form

12269864   283631424   true   true   true   CampaignManage

Add Keywords

Enter one keyword or phrase per line:

Save   Estimate Search Traffic   Cancel

To add or remove words by altering your current list, use Edit Keywords page.

Close quick add

221
DG376.1

Customize columns    <Show/hide columns>

Loading...

Done

| Ad Network | Status | Current Bid Max CPC | Clicks | Impr. | CTR | Avg. CPC | Cost | Avg. Pos | Conv. Rate | Cost/Conv. | Conversions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Google + search network | Enabled | Default $1.45 Edit | 51 | 2,853 | 1.78% | $0.91 | $46.23 | 4.0 | 0.00% | $0.00 | 0 |
| Content network | Enabled | Content $0.75 Edit | 11 | 6,981 | 0.15% | $0.62 | $6.85 | 5.1 | 0.00% | $0.00 | 0 |
| Total | | | 62 | 9,834 | 0.63% | $0.86 | $53.08 | 4.8 | 0.00% | $0.00 | 0 |

New to our system? Review Key AdWords concepts

Edit keywords | Search this list   Customize columns <Show/hide columns>

View all tabs at once Keywords

Close quick add

+ Add keywords: Quick add | Keyword tool
Done
Top of Form
1226965964   285631424   true   true   true   CampaignManage

Add Keywords
Enter one keyword or phrase per line:

Save   Estimate Search Traffic   Cancel

To add or remove words by altering your current list, use Edit Keywords page.

Bottom of Form
Top of Form

Search Keywords

Text: [contains ▾]

Stats: [number of clicks ▾] [is any number ▾]

Type: [all types of keywords ▾]

Status: [Any status ▾]

[Search]

Bottom of Form
Top of Form

[Pause] [Unpause] [Delete] [Edit Keyword Settings]

Close search

1 - 500 of 627 keywords.    Next »

| Keyword | Status | Current Bid Max CPC | Clicks | Impr. | CTR | Avg. CPC | Cost | Avg. Pos | Conv. Rate | Cost/Conv. | Conversions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Search total | Enabled | Default $1.45 | [Edit] 51 | 2,853 | 1.78% | $0.91 | $46.23 | 4.0 | 0.00% | $0.00 | 0 |
| All sources total | | | 62 | 9,834 | 0.63% | $0.86 | $53.08 | 4.8 | 0.00% | $0.00 | 0 |
| binder and binder | Active | $1.45 | 11 | 238 | 4.62% | $0.61 | $6.74 | 3.3 | 0.00% | $0.00 | 0 |
| applying for disability | Active | $1.45 | 9 | 229 | 3.93% | $0.69 | $6.18 | 2.1 | 0.00% | $0.00 | 0 |
| disability help | Active | $1.45 | 6 | 108 | 5.55% | $1.19 | $7.11 | 1.9 | 0.00% | $0.00 | 0 |
| disability benefits social security | Active | $1.45 | 4 | 207 | 1.93% | $1.10 | $4.41 | 3.2 | 0.00% | $0.00 | 0 |
| neuropathy disability | Active | $1.45 | 3 | 10 | 30.00% | $0.74 | $2.23 | 2.1 | 0.00% | $0.00 | 0 |
| permanent disability | Active | $1.45 | 2 | 101 | 1.98% | $1.18 | $2.35 | 1.9 | 0.00% | $0.00 | 0 |
| social security disability application | Active | $1.45 | 2 | 77 | 2.59% | $0.91 | $1.82 | 2.3 | 0.00% | $0.00 | 0 |
| disabled employment | Active | $1.45 | 2 | 27 | 7.40% | $1.18 | $2.35 | 2.0 | 0.00% | $0.00 | 0 |
| how to file for disability | Active | $1.45 | 2 | 11 | 18.18% | $1.35 | $2.70 | 2.0 | 0.00% | $0.00 | 0 |

DG377

| Keyword | Status | Bid | | Impr. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| autism social security | Active | $1.45 | 2 | 6 | 33.33% | $1.26 | $2.53 | 2.0 | 0.00% | $0.00 | 0 |
| verify social security | Active | $1.45 | 1 | 23 | 4.34% | $1.07 | $1.07 | 2.5 | 0.00% | $0.00 | 0 |
| social security disability claim | Active | $1.45 | 1 | 21 | 4.76% | $1.25 | $1.25 | 3.3 | 0.00% | $0.00 | 0 |
| social security claims | Active | $1.45 | 1 | 20 | 5.00% | $1.13 | $1.13 | 1.4 | 0.00% | $0.00 | 0 |
| disability group | Active | $1.45 | 1 | 19 | 5.26% | $1.32 | $1.32 | 2.7 | 0.00% | $0.00 | 0 |
| disability determination | Active | $1.45 | 1 | 15 | 6.66% | $0.84 | $0.84 | 1.9 | 0.00% | $0.00 | 0 |
| social security disability advocates | Active | $1.45 | 1 | 6 | 16.66% | $1.14 | $1.14 | 4.0 | 0.00% | $0.00 | 0 |
| social security disability act | Active | $1.45 | 1 | 3 | 33.33% | $0.16 | $0.16 | 1.7 | 0.00% | $0.00 | 0 |
| disabilities disability | Active | $1.45 | 1 | 2 | 50.00% | $0.90 | $0.90 | 2.5 | 0.00% | $0.00 | 0 |
| disability insurance | Active | $1.45 | 0 | 695 | - | - | - | 8.5 | 0.00% | $0.00 | 0 |
| disabilityes social security | Active | $1.45 | 0 | 53 | 0.00% | - | - | 3.8 | 0.00% | $0.00 | 0 |
| disabled services | Active | $1.45 | 0 | 47 | 0.00% | - | - | 1.7 | 0.00% | $0.00 | 0 |
| learning disabled students | Active | $1.45 | 0 | 47 | 0.00% | - | - | 1.8 | 0.00% | $0.00 | 0 |
| filing for disability | Active | $1.45 | 0 | 40 | 0.00% | - | - | 3.3 | 0.00% | $0.00 | 0 |
| social security disability income | Active | $1.45 | 0 | 36 | 0.00% | - | - | 2.8 | 0.00% | $0.00 | 0 |
| social security disability | Active | $1.45 | 0 | 33 | 0.00% | - | - | 3.0 | 0.00% | $0.00 | 0 |
| disabled housing | Active | $1.45 | 0 | 32 | 0.00% | - | - | 1.8 | 0.00% | $0.00 | 0 |
| disability products | Active | $1.45 | 0 | 31 | 0.00% | - | - | 4.4 | 0.00% | $0.00 | 0 |
| disability laws | Active | $1.45 | 0 | 29 | 0.00% | - | - | 2.6 | 0.00% | $0.00 | 0 |
| learning disabled children | Active | $1.45 | 0 | 28 | 0.00% | - | - | 1.1 | 0.00% | $0.00 | 0 |

DG378

| Keyword | Status | Bid | | Clicks | | | Avg | | | Cost | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Q social security home page | Active | $1.45 | 0 | 27 | 0.00% | - | 1.5 | 0.00% | $0.00 | 0 |
| Q social security administration disability | Active | $1.45 | 0 | 26 | 0.00% | - | 2.8 | 0.00% | $0.00 | 0 |
| Q social security disability payments | Active | $1.45 | 0 | 26 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| Q disabled list | Active | $1.45 | 0 | 25 | 0.00% | - | 1.2 | 0.00% | $0.00 | 0 |
| Q disabled rights | Active | $1.45 | 0 | 24 | 0.00% | - | 1.5 | 0.00% | $0.00 | 0 |
| Q americans disability act | Active | $1.45 | 0 | 20 | 0.00% | - | 1.1 | 0.00% | $0.00 | 0 |
| Q apply for social security disability | Active | $1.45 | 0 | 18 | 0.00% | - | 3.3 | 0.00% | $0.00 | 0 |
| Q disabled kids | Active | $1.45 | 0 | 15 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| Q disability organizations | Active | $1.45 | 0 | 13 | 0.00% | - | 1.4 | 0.00% | $0.00 | 0 |
| Q disability support | Active | $1.45 | 0 | 13 | 0.00% | - | 1.8 | 0.00% | $0.00 | 0 |
| Q social security and disability | Active | $1.45 | 0 | 13 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| Q disabled benefits | Active | $1.45 | 0 | 12 | 0.00% | - | 2.4 | 0.00% | $0.00 | 0 |
| Q how to apply for security disability | Active | $1.45 | 0 | 12 | 0.00% | - | 3.5 | 0.00% | $0.00 | 0 |
| Q disability determination services | Active | $1.45 | 0 | 11 | 0.00% | - | 1.1 | 0.00% | $0.00 | 0 |
| Q disability programs | Active | $1.45 | 0 | 11 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| Q social security disability appeal | Active | $1.45 | 0 | 11 | 0.00% | - | 2.9 | 0.00% | $0.00 | 0 |
| Q social security disability law | Active | $1.45 | 0 | 11 | 0.00% | - | 3.1 | 0.00% | $0.00 | 0 |
| Q social security disability rules | Active | $1.45 | 0 | 10 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| Q disabled parents | Active | $1.45 | 0 | 9 | 0.00% | - | 1.2 | 0.00% | $0.00 | 0 |
| Q social security disability help | Active | $1.45 | 0 | 9 | 0.00% | - | 4.5 | 0.00% | $0.00 | 0 |

225

**DG379**

**DG380**

| Keyword | Status | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| state disability benefits | Active | $1.45 | 0 | 9 | 0.00% | - | 1.8 | 0.00% | $0.00 | 0 |
| disabled adults | Active | $1.45 | 0 | 8 | 0.00% | - | 2.2 | 0.00% | $0.00 | 0 |
| social security disability eligibility | Active | $1.45 | 0 | 8 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| social security disability gov | Active | $1.45 | 0 | 8 | 0.00% | - | 3.2 | 0.00% | $0.00 | 0 |
| benefit claim | Active | $1.45 | 0 | 7 | 0.00% | - | 1.5 | 0.00% | $0.00 | 0 |
| disabilities benefits | Active | $1.45 | 0 | 7 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| social security association | Active | $1.45 | 0 | 7 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| social security disability and medicare | Active | $1.45 | 0 | 7 | 0.00% | - | 2.2 | 0.00% | $0.00 | 0 |
| social security disability records | Active | $1.45 | 0 | 7 | 0.00% | - | 2.5 | 0.00% | $0.00 | 0 |
| carpal tunnel syndrome disability | Active | $1.45 | 0 | 6 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| disability appeal | Active | $1.45 | 0 | 6 | 0.00% | - | 4.0 | 0.00% | $0.00 | 0 |
| disability association | Active | $1.45 | 0 | 6 | 0.00% | - | 2.9 | 0.00% | $0.00 | 0 |
| schizophrenia disability | Active | $1.45 | 0 | 6 | 0.00% | - | 2.2 | 0.00% | $0.00 | 0 |
| social security disability criteria | Active | $1.45 | 0 | 6 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| social security disability determination | Active | $1.45 | 0 | 6 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| social security disability guidelines | Active | $1.45 | 0 | 6 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| social security disability hearing | Active | $1.45 | 0 | 6 | 0.00% | - | 3.2 | 0.00% | $0.00 | 0 |
| social security disability medicare | Active | $1.45 | 0 | 6 | 0.00% | - | 4.0 | 0.00% | $0.00 | 0 |
| americans disability | Active | $1.45 | 0 | 5 | 0.00% | - | 2.2 | 0.00% | $0.00 | 0 |
| anxiety disability | Active | $1.45 | 0 | 5 | 0.00% | - | 3.2 | 0.00% | $0.00 | 0 |

| Keyword | Status | Bid | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Q+ copd disability | Active | $1.45 | 0 | 5 | 0.00% | - | 2.4 | 0.00% | $0.00 | 0 |
| Q+ dysthymia disability | Active | $1.45 | 0 | 5 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| Q+ fibromyalgia and social security disability | Active | $1.45 | 0 | 5 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| Q+ scooters for disabled | Active | $1.45 | 0 | 5 | 0.00% | - | 7.0 | 0.00% | $0.00 | 0 |
| Q+ social security disability child | Active | $1.45 | 0 | 5 | 0.00% | - | 3.2 | 0.00% | $0.00 | 0 |
| Q+ social security disability qualifications | Active | $1.45 | 0 | 5 | 0.00% | - | 3.4 | 0.00% | $0.00 | 0 |
| Q+ social security disability status | Active | $1.45 | 0 | 5 | 0.00% | - | 3.6 | 0.00% | $0.00 | 0 |
| Q+ social security disability taxable | Active | $1.45 | 0 | 5 | 0.00% | - | 2.8 | 0.00% | $0.00 | 0 |
| Q+ social security disabled | Active | $1.45 | 0 | 5 | 0.00% | - | 1.8 | 0.00% | $0.00 | 0 |
| Q+ social security wage | Active | $1.45 | 0 | 5 | 0.00% | - | 2.6 | 0.00% | $0.00 | 0 |
| Q+ tendonitis disability | Active | $1.45 | 0 | 5 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| Q+ adhd disability | Active | $1.45 | 0 | 4 | 0.00% | - | 2.3 | 0.00% | $0.00 | 0 |
| Q+ disability reconsideration | Active | $1.45 | 0 | 4 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| Q+ disabling conditions | Active | $1.45 | 0 | 4 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| Q+ filing for social security disability | Active | $1.45 | 0 | 4 | 0.00% | - | 2.8 | 0.00% | $0.00 | 0 |
| Q+ social security binder | Active | $1.45 | 0 | 4 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| Q+ social security disability checks | Active | $1.45 | 0 | 4 | 0.00% | - | 2.5 | 0.00% | $0.00 | 0 |
| Q+ social security disability children | Active | $1.45 | 0 | 4 | 0.00% | - | 2.8 | 0.00% | $0.00 | 0 |
| Q+ social security disability definition | Active | $1.45 | 0 | 4 | 0.00% | - | 1.8 | 0.00% | $0.00 | 0 |
| Q+ social security disability for children | Active | $1.45 | 0 | 4 | 0.00% | - | 1.8 | 0.00% | $0.00 | 0 |

227

**DG381**

| Keyword | Status | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| social security disability questions | Active | $1.45 | 0 | 4 | 0.00% | - | 3.3 | 0.00% | $0.00 | 0 |
| social security long term disability | Active | $1.45 | 0 | 4 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| social security temporary disability | Active | $1.45 | 0 | 4 | 0.00% | - | 3.8 | 0.00% | $0.00 | 0 |
| social security trust | Active | $1.45 | 0 | 4 | 0.00% | - | 1.8 | 0.00% | $0.00 | 0 |
| state disability laws | Active | $1.45 | 0 | 4 | 0.00% | - | 1.8 | 0.00% | $0.00 | 0 |
| verbal learning disability | Active | $1.45 | 0 | 4 | 0.00% | - | 2.3 | 0.00% | $0.00 | 0 |
| application for social security disability | Active | $1.45 | 0 | 3 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| apply social security disability | Active | $1.45 | 0 | 3 | 0.00% | - | 3.4 | 0.00% | $0.00 | 0 |
| disabled abuse | Active | $1.45 | 0 | 3 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| dyslexia social security | Active | $1.45 | 0 | 3 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| fibromyalgia social security disability | Active | $1.45 | 0 | 3 | 0.00% | - | 2.4 | 0.00% | $0.00 | 0 |
| how to file for social security disability | Active | $1.45 | 0 | 3 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| social security benefits for disabled | Active | $1.45 | 0 | 3 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| social security disability benifits | Active | $1.45 | 0 | 3 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| social security disability office | Active | $1.45 | 0 | 3 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| social security disability pay | Active | $1.45 | 0 | 3 | 0.00% | - | 2.4 | 0.00% | $0.00 | 0 |
| social security disability payment | Active | $1.45 | 0 | 3 | 0.00% | - | 2.4 | 0.00% | $0.00 | 0 |
| social security disability process | Active | $1.45 | 0 | 3 | 0.00% | - | 2.7 | 0.00% | $0.00 | 0 |
| social security mental disability | Active | $1.45 | 0 | 3 | 0.00% | - | 2.4 | 0.00% | $0.00 | 0 |
| applying for social security disability benefits | Active | $1.45 | 0 | 2 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |

DG383

DG384

| Keyword | Status | Bid | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| asthma disability | Active | $1.45 | 0 | 2 | 0.00% | - | 1.5 | 0.00% | $0.00 | 0 |
| bi-polar disorder disability | Active | $1.45 | 0 | 2 | 0.00% | - | 1.5 | 0.00% | $0.00 | 0 |
| disabilities benefits lawyer | Active | $1.45 | 0 | 2 | 0.00% | - | 8.0 | 0.00% | $0.00 | 0 |
| listing of impairments | Active | $1.45 | 0 | 2 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| qualify for social security disability | Active | $1.45 | 0 | 2 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| ron miller attorney | Active | $1.45 | 0 | 2 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| social security disability information | Active | $1.45 | 0 | 2 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| social security disability laws | Active | $1.45 | 0 | 2 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| social security disability online | Active | $1.45 | 0 | 2 | 0.00% | - | 2.5 | 0.00% | $0.00 | 0 |
| social security disability retirement | Active | $1.45 | 0 | 2 | 0.00% | - | 3.5 | 0.00% | $0.00 | 0 |
| social security disability review | Active | $1.45 | 0 | 2 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| social security disability work | Active | $1.45 | 0 | 2 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| social security disability working | Active | $1.45 | 0 | 2 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| social security for disabled | Active | $1.45 | 0 | 2 | 0.00% | - | 1.5 | 0.00% | $0.00 | 0 |
| autism disability | Active | $1.45 | 0 | 1 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| behavior problems disability | Active | $1.45 | 0 | 1 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| blindness benefits | Active | $1.45 | 0 | 1 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| blindness disability | Active | $1.45 | 0 | 1 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| blindness social security | Active | $1.45 | 0 | 1 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| disabilities social security lawyer | Active | $1.45 | 0 | 1 | 0.00% | - | 14.0 | 0.00% | $0.00 | 0 |

DG384

| Keyword | | Status | Bid | | | | | Clicks | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Q↑ | disability evaluation under social security | Active | $1.45 | 0 | 1 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| Q↑ | disability insurance attorney | Active | $1.45 | 0 | 1 | 0.00% | - | 11.0 | 0.00% | $0.00 | 0 |
| Q↑ | disability+ | Active | $1.45 | 0 | 1 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| Q↑ | getting social security disability | Active | $1.45 | 0 | 1 | 0.00% | - | 4.0 | 0.00% | $0.00 | 0 |
| Q↑ | hearing impairments disability | Active | $1.45 | 0 | 1 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| Q↑ | heart disease disability | Active | $1.45 | 0 | 1 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| Q↑ | institute on disability | Active | $1.45 | 0 | 1 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| Q↑ | lumbar disability | Active | $1.45 | 0 | 1 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| Q↑ | panic attacks disability | Active | $1.45 | 0 | 1 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security application | Active | $1.45 | 0 | 1 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security lawyer | Active | $1.45 | 0 | 1 | 0.00% | - | 7.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security disability age | Active | $1.45 | 0 | 1 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security disability amount | Active | $1.45 | 0 | 1 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security disability bipolar | Active | $1.45 | 0 | 1 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security disability child support | Active | $1.45 | 0 | 1 | 0.00% | - | 1.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security disability income tax | Active | $1.45 | 0 | 1 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security disability list | Active | $1.45 | 0 | 1 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security disability listings | Active | $1.45 | 0 | 1 | 0.00% | - | 3.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security disability medical | Active | $1.45 | 0 | 1 | 0.00% | - | 2.0 | 0.00% | $0.00 | 0 |
| Q↑ | social security disability program | Active | $1.45 | 0 | 1 | 0.00% | - | 4.0 | 0.00% | $0.00 | 0 |

230

DG385

| Keyword | Status | Max CPC | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| social security permanent disability | Active | $1.45 | 0 | 1 | 0.00% | - | - | 5.0 | 0.00% | $0.00 | 0 |
| Social Security Disability Reconsideration | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| about social security disability | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| antisocial behavior benefits | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| antisocial behavior benefits attorney | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| antisocial behavior benefits lawyer | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| antisocial behavior disability | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| antisocial behavior disability attorney | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| antisocial behavior disability lawyer | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| antisocial behavior social security | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| antisocial behavior social security attorney | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| antisocial behavior social security lawyer | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| aphasia benefits | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| aphasia benefits attorney | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| aphasia benefits lawyer | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| aphasia disability | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| aphasia disability attorney | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| aphasia disability lawyer | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| aphasia social security | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |
| aphasia social security attorney | Active | $1.45 | 0 | 0 | - | - | - | - | 0.00% | $0.00 | 0 |

231

DG386

# EXHIBIT R

232

Page 123

1                    UNITED STATES DISTRICT COURT

2        FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4        HARRY J. BINDER, AN INDIVIDUAL; AND      )
         CHARLES E. BINDER, AN INDIVIDUAL,        )
5                                                 )
                                    PLAINTIFFS,   )   CASE NO.
6                                                 )   CV07-02760-GHK
                          vs.                     )
7                                                 )
         DISABILITY GROUP, INC., A                )
8        CORPORATION; RONALD MILLER, AN           )
         INDIVIDUAL; AND DOES 1 TO 10,            )
9        INCLUSIVE,                               )
                                                  )
10                                  DEFENDANT.    )
                                                  )
11       _____

12

13

14                 DEPOSITION OF JAMES OATES, TAKEN ON BEHALF OF

15       THE PLAINTIFF, AT 2:19 P.M., WEDNESDAY, JANUARY 30,

16       2008, AT 3121 MICHELSON DRIVE, IRVINE, CALIFORNIA,

17       BEFORE AUDRA E. CRAMER, CSR NO. 9901, PURSUANT TO

18       NOTICE.

19

20

21

22

23

24

25

Page 124

```
 1    APPEARANCES OF COUNSEL

 2

 3    FOR PLAINTIFF:

 4            TEUTON, LOEWY & PARKER
              BY:  KENNETH G. PARKER, ESQUIRE
 5            3121 MICHELSON DRIVE
              SUITE 250
 6            IRVINE, CALIFORNIA  92612
              (949) 442-7100
 7

 8    FOR DEFENDANT:

 9            DISABILITY GROUP, INC.
              BY:  MATT KOHN, ESQUIRE
10            2917 SANTA MONICA BOULEVARD
              SANTA MONICA, CALIFORNIA  90404
11            (310) 829-5100

12

13

14

15    ALSO PRESENT:

16            DALE PETERSON, VIDEOGRAPHER

17

18

19

20

21

22

23

24

25
```

RONALD MILLER, JORGE RODRIQUEZ & JAMES OATES

Page 125

1                        IRVINE, CALIFORNIA;

2           WEDNESDAY, JANUARY 30, 2008, 2:19 P.M.

3

4           THE VIDEOGRAPHER:  Going on the record.

5   Today's date is January 30, 2008.  The time is 2:19 p.m.  02:19

6   This is the PMK deposition of James Oates in the matter

7   of "Binder, et al., versus Disability Group, Inc.,

8   et al.," Case No. CV07-02760-GHK.  This deposition is

9   being taken at 3121 Michelson Drive in Irvine,

10  California.  My name is Dale Peterson.  I'm a videotape  02:19

11  operator and public notary from Orange County,

12  California.

13          Would Counsel present please identify yourself

14  and state who you represent, starting with Counsel for

15  the witness.                                               02:19

16          MR. KOHN:  Matt Kohn, counsel for Disability

17  Group, Inc., and its employees.

18          MR. PARKER:  Ken Parker, here for Plaintiffs.

19          THE VIDEOGRAPHER:  And would the court reporter

20  please swear in the witness.                               02:20

21

22                       JAMES OATES,

23          having been first duly sworn, was

24          examined and testified as follows:

25                                                             02:20

RONALD MILLER, JORGE RODRIQUEZ & JAMES OATES

|  |  | Page 126 |
|---|---|---|

```
1                          EXAMINATION              02:20

2    BY MR. PARKER:

3        Q.   Hello.

4        A.   Hi there.

5        Q.   Hi.  I'm Ken Parker.  I'm an attorney for    02:20

6    Harry Binder and Charles Binder and their associated

7    entities.

8             You've now been sworn in.  Do you understand

9    you're understand oath?

10       A.   I do.                                          02:20

11       Q.   Have you been deposed before?

12       A.   No.

13       Q.   Let me go over a few rules.

14            The court reporter to your left and my right is

15   taking down everything I'm saying and everything you're  02:20

16   saying.  Do you understand that?

17       A.   I do.

18       Q.   We're on videotape, but it's important for you

19   to respond in audible answers, as you have been doing,

20   because her transcript is the official record, and she   02:20

21   cannot record shakes of the head or nods or even uh-huhs

22   or -- so if you can answer audibly, I would appreciate

23   it.  Okay?

24       A.   Okay.

25       Q.   If I ask you a question and you don't          02:20
```

RONALD MILLER, JORGE RODRIQUEZ & JAMES OATES

Page 142
02:36

1      Q.   Okay.

2      A.   But he's not -- he doesn't use Microsoft

3   Outlook.

4      Q.   Okay.  So we know that to do this report -- and

5   I'm referring to Exhibit 24 -- you've had a -- you wrote 02:36

6   a search program, and it went and searched the PST files

7   for the files, and those PST files contained the e-mail

8   submissions from Internet sources; right?

9      A.   All Internet sources; that's right.

10     Q.   Okay.  Have you searched -- have you or, to      02:36

11  your knowledge -- have you or, to your knowledge,

12  anybody else searched the e-mails that exist at the

13  company for the word "Binder" other than these PST files

14  that were -- that came from the Internet?

15     A.   Well, if what you're asking is is that would it 02:37

16  be possible for me to or if -- or have I searched

17  anything that was not a direct ad source e-mail, then

18  the answer would be yes.  Yes, we actually have.

19     Q.   Okay.

20     A.   Yeah.  But not specifically personal e-mail.    02:37

21  In other words -- and it would be difficult to explain

22  that, again, if someone understands -- or only

23  understands that there is such a thing as an Exchange

24  Server where everything lives.  What we did was we have

25  additional e-mails --                                   02:37

RONALD MILLER, JORGE RODRIQUEZ & JAMES OATES

Page 143

1      Q.    Uh-huh.                                                      02:37

2      A.    -- that are ad source-related.  For instance,

3   we have a client service at DisabilityGroup.com, so

4   that's a place that's sort of like a general e-mail.   In

5   other words, someone comes to our Web site and they       02:37

6   click a thing that says, "I have a question."  It's

7   going to go to the client service at

8   DisabilityGroup.com.  Now, generally, those end up being

9   inquiries.

10     Q.    Okay.                                                        02:38

11     A.    So if -- I think probably what you're really

12  maybe getting at is would it be possible for any other

13  inquiry to come into the office through another e-mail

14  that would have been something I didn't search, and it

15  would be incredibly unlikely.                                         02:38

16     Q.    Yeah, and I am interested in that, but I'm also

17  more interested in the fact that all -- that we don't

18  have any e-mail correspondence produced in this case

19  between Michael Vincent at Axon and Disability Group.

20  And I was told the reason for that was there was a        02:38

21  switch in e-mail services and that all that e-mail was

22  unavailable.

23     A.    Well, I mean, the only thing that I could think

24  of, again, was the fact that Mike Vincent's company was

25  hosting our e-mail at one point, and that was a problem. 02:38

# EXHIBIT 1

EXHIBIT 1

binder and binder - Google ␣ ␣ )ch                                                            Page 1 of 2

Sign in

Google

**Web**   Images   Video   News   Maps   **more »**

binder and binder                                    Advanced Search
                                                     Preferences

The "AND" operator is unnecessary -- we include all search terms by default. [details]

**Web**                         Results **1 - 10** of about **15,100,000** for **binder** and **binder**. (**0.08** seconds)

## Disabled? Social Security
DisabilityGroup.com    We win 8 out of 10 cases. No fee unless you win. Free case review.

**Binder And Binder**
SocialSecurityDisability411.com    Disability Benefits Explained No fee unless we win your case

Sponsored Links

Tip: Save time by hitting the return key instead of clicking on "search"

## Binder & Binder
Social Security Disability Advocates. **Binder & Binder** is America's Most Successful Social
Security Disability Advocates. Free Social Security Disability ...
www.**binder**and**binder**.com/ - 78k - Cached - Similar pages

## Frequently asked questions about Office **Binder** 97
Answers frequently asked questions about Office **Binder** 97.
support.microsoft.com/?kbid=843147 - Similar pages

## Save on **Binder**: Pockets. Discount Office Supplies: **Binder**: Pockets
Price List of **Binder**: Pockets products we have available. ... **Binder** Pockets offer a
heavy .008mm clear matte vinyl body and an all-plastic zipper with ...
www.office1000.com/discount/**binder**-pockets.html - 23k - Cached - Similar pages

## **binder**-connectors - **Binder**, connector, circular connector - [ Translate this page ]
Marktführern im Bereich Rundsteckverbinder | Steckverbinder, Industrierundsteckverbinder,
Steckverbindungen für die Automatisierungstechnik und ...
www.**binder**-connector.de/e/index.html - 3k - Cached - Similar pages

## **Binder**, Heinz - **Binder** & Malter, LLP - Santa Clara, CA, 95050 ...
Come to Citysearch to get information, directions, and reviews on **Binder**, Heinz - **Binder** &
Malter, LLP and other Yellow Pages in Santa Clara.
siliconvalley.citysearch.com/profile/
38266357/santa_clara_ca/**binder**_heinz_**binder**_malter_llp.html - 33k -
Cached - Similar pages

## SIL Bibliography: **Binder** and **Binder** 1974
SIL bibliography listing for **Binder** and **Binder** 1974.
www.ethnologue.com/show_work.asp?id=10271 - 7k - Cached - Similar pages

## Recipe **Binder** - Compare Prices, Reviews and Buy at NexTag - Price ...
Recipe **Binder** - 23 results like the WELLSPRING MEDIA Recipe Book **Binder**,
WESTPORTSTYLE Betty Crocker From the Heart Recipe **Binder**, WESTPORTSTYLE
Market ...
www.nextag.com/recipe-**binder**/search-html - 81k - Cached - Similar pages

## Abdominal **Binder**
Abdominal **Binder** Price Range $12.00 - $58.00. ... Abdominal **Binder** - Abdominal **Binder** -
Ideal for extra abdominal support, often used after surgery.... More ...
www.shopping.com/xPO-Abdominal_**Binder** - 48k - Cached - Similar pages

DG362

BB 00003

# EXHIBIT 2

EXHIBIT 2                                    241

## "*binder*" Keyword Related Inquiries

| Client/ Referral Name | RecordDate | Retained | Status | Ad Source Credited | Search String | Search Source | Award Receivables |
|---|---|---|---|---|---|---|---|
| Terri C. - 33567 | 3/27/2006 | | | Google | binder and binder | www.google.com | |
| Robert D. - 33631 | 3/28/2006 | | | Google | binder & binder | www.google.com | |
| Stacey H. - 33685 | 3/29/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Richard N. - 33706 | 3/29/2006 | | | Google | binder and binder | www.google.com | |
| David C. - 33715 | 3/29/2006 | | | Google | binder and binder website | aolsearch.aol.com | |
| Stephanie H. - 33716 | 3/29/2006 | | QC'd | Google | binder and binder.com | www.google.com | |
| Patty B. - 33813 | 3/30/2006 | | | Google | binder & binder law | search.peoplepc.com | |
| Brittney S. - 33834 | 3/31/2006 | | | Google | binder & binder | www.google.com | |
| Sean F. - 33840 | 3/31/2006 | | | Google | binder & binder | www.charter.net | |
| Chad W. - 33961 | 4/3/2006 | | | Google | binder and binder | www.google.com | |
| Tina C. - 33966 | 4/3/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Linda E. - 33995 | 4/3/2006 | | | Google | binder and binder | www.google.com | |
| Brenda L. - 33998 | 4/3/2006 | | | Google | binder and binder | websearch.cs.com | |
| Dolores C. - 34001 | 4/3/2006 | | | Google | binder and binder | www.comcast.net | |
| **Lisa M. - 34134** | **4/5/2006** | **4/17/2006** | **Case Filed** | **Google** | **binder & binder** | **www.comcast.net** | |
| Dana C. - 34135 | 4/5/2006 | | | Google | binder & binder | www.google.com | |
| Robin O. - 34139 | 4/5/2006 | | | Google | binder and binder | www.google.com | |
| Jeff M. - 34173 | 4/5/2006 | | | Google | attorney binder & binder | aolsearch.aol.com | |
| Aleshia M. - 34220 | 4/6/2006 | | | Google | www.binder and binder.com | aolsearch.aol.com | |
| Alexandre K. - 34272 | 4/7/2006 | | | Google | binder and binder | www.google.com | |
| babrbra b. - 34278 | 4/7/2006 | | | Google | binder and binder | www.google.com | |
| **Patricia D. - 34283** | **4/7/2006** | **4/12/2006** | **Case Filed** | **Google** | **binder &binder** | **www.google.com** | |
| Jeremiah . - 34290 | 4/7/2006 | | | Google | binder and binder | www.google.com | |
| **Jesuine P. - 34316** | **4/10/2006** | **5/8/2006** | **Closed** | **Google** | **binder and binder** | **www.google.com** | **Closed/Drop** |
| **Jesuine P. - 34316** | **4/10/2006** | **5/8/2006** | **Closed** | **Google** | **binder and binder** | **www.google.com** | **Closed/Drop** |
| Doug C. - 34327 | 4/10/2006 | | | Google | binder & binder | www.google.com | |
| **Timothy T. - 34330** | **4/10/2006** | **4/14/2006** | **Case Filed** | **Google** | **binder social security** | **www.google.com** | |
| Jerome B. - 34334 | 4/10/2006 | | | Google | binder & binder | aolsearch.aol.com | |
| Sharon R. - 34403 | 4/10/2006 | | | Google | binder and binder | www.google.com | |
| Farahnaz J. - 34436 | 4/11/2006 | | | Google | binder and binder law office | www.google.com | |
| Janet I. - 34475 | 4/11/2006 | | | Google | binder and binder | www.google.com | |
| Donald K. - 34480 | 4/11/2006 | | | Google | binder and binder.com | www.google.com | |
| Denise M. - 34484 | 4/11/2006 | | | Google | binder and binder | www.google.com | |
| Jack M. - 34509 | 4/12/2006 | | | Google | binder & binder | www.google.com | |
| Paul P. - 34536 | 4/12/2006 | | | Google | binder and binder | www.google.com | |
| Brenda E. - 34562 | 4/12/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| **Cheryl N. - 34651** | **4/14/2006** | **5/8/2006** | **Closed** | **Google** | **binder & binder** | **aolsearch.aol.com** | **$595.00** |
| Rhonda B. - 34730 | 4/17/2006 | | | Google | binder & binder | www.google.com | |
| Ghansham R. - 34759 | 4/17/2006 | | | Google | binder and binder | www.google.com | |
| Ghansham R. - 34759 | 4/17/2006 | | | Google | binder and binder | www.google.com | |
| Donald B. - 34764 | 4/17/2006 | | | Google | binder and binder | www.google.com | |
| William A. - 34819 | 4/18/2006 | | | Google | binder & binder | search.hp.netscape.com | |
| Leone V. - 34821 | 4/18/2006 | | | Google | binder & binder attorney at law | weboffers.search.aol.com | |
| Michael S. - 35119 | 4/22/2006 | | | Google | binder and binder | www.google.com | |
| William M. - 35170 | 4/24/2006 | | | Google | binder social security | www.google.com | |
| Joseph T. - 35178 | 4/24/2006 | | | Google | binder & binder atty. | aolsearch.aol.com | |
| Warren H. - 35217 | 4/24/2006 | | | Google | binder & binder attorneys at law firm | www.google.com | |
| Warren H. - 35217 | 4/24/2006 | | | Google | binder & binder law firm sacramento | www.google.com | |
| Kenneth R. - 35218 | 4/24/2006 | | | Google | binder and binder | www.google.com | |
| Charles D. - 35222 | 4/24/2006 | | | Google | binder and binder | www.google.com | |
| Ingrid B. - 35243 | 4/24/2006 | | | Google | binder& binder attorney's @law | aolsearch.aol.com | |
| Connie M. - 35324 | 4/25/2006 | | | Google | binder and binder law firm.com | www.google.com | |
| Ted D. - 35353 | 4/25/2006 | | | Google | binder & binder | www.google.com | |

| Client/ Referral Name | RecordDate | Retained | Status | Ad Source Credited | Search String | Search Source | Award Receivables |
|---|---|---|---|---|---|---|---|
| Jonathan G. - 35636 | 4/28/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Charles E. - 35654 | 4/29/2006 | | | Google | binder andbinder | aolsearch.aol.com | |
| Delvin L. - 35869 | 5/3/2006 | | | Google | binder and binder | search.comcast.net | |
| Kristine L. - 35880 | 5/3/2006 | | | Google | binder and binder | www.google.com | |
| Pat L. - 35941 | 5/4/2006 | | | Google | binder & binder | www.google.com | |
| Earl C. - 35947 | 5/4/2006 | | | Google | binder & binder | www.google.com | |
| James S. - 35950 | 5/4/2006 | | | Google | binder and binder | www.google.com | |
| Barbara H. - 36065 | 5/5/2006 | | | Google | binder and binder | www.google.com | |
| Tyrone J. - 36149 | 5/8/2006 | | | Google | www.binder and binder | search.aol.com | |
| Cruz A. - 36327 | 5/9/2006 | | | Google | binder and binder | www.google.com | |
| Faye A. - 36407 | 5/10/2006 | | | Google | binder & binder | www.google.com | |
| James D. - 36462 | 5/11/2006 | | | Google | binder & binder | www.google.com | |
| Ronald J. - 36717 | 5/15/2006 | | | Google | binder and binder | www.google.com | |
| Nancy P. - 36871 | 5/16/2006 | | | Google | binder & binder | www.google.com | |
| Charles H. - 36919 | 5/16/2006 | | | Google | binder & binder | www.google.com | |
| **Joshua T. - 36971** | **5/17/2006** | **5/30/2006** | **Case Filed** | **Google** | **binder and binder** | **www.google.com** | |
| Robert F. - 37068 | 5/18/2006 | | | Google | binder and binder | www.google.com | |
| Joshua W. - 37161 | 5/19/2006 | | | Google | binder & binder | www.google.com | |
| **Tonya H. - 37225** | **5/22/2006** | **6/19/2006** | **Case Filed** | **Google** | **binder and  binder** | **aolsearch.aol.com** | |
| Keith S. - 37233 | 5/22/2006 | | | Google | binder & binder | www.google.com | |
| Raymond L. - 37237 | 5/22/2006 | | | Google | binder and binder.com | aolsearch.aol.com | |
| Mfemfem M. - 37384 | 5/23/2006 | | | Google | ssi lawyers portland or. binder & binde | search.comcast.net | |
| Eric K. - 37390 | 5/23/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Norman . - 37440 | 5/23/2006 | | | Google | binder and binder law firm | aolsearch.aol.com | |
| Judith W. - 37536 | 5/25/2006 | | | Google | binder and binder.com | www.google.com | |
| C H. - 37568 | 5/26/2006 | | | Google | binder & binder | search.netscape.com | |
| **Rafael M. - 37593** | **5/26/2006** | **6/1/2006** | **Case Filed** | **Google** | **binder and binder** | **www.adelphia.net** | |
| Gary B. - 37597 | 5/26/2006 | | | Google | binder & binder | www.google.com | |
| Gary B. - 37597 | 5/26/2006 | | | Google | binder & binder | www.google.com | |
| Gary B. - 37597 | 5/26/2006 | | | Google | binder & binder | www.google.com | |
| Johnnie E. - 37599 | 5/26/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Bloneva S. - 37723 | 5/30/2006 | | | Google | www.law office of binder & vinder.co | www.google.com | |
| Cherean . - 37727 | 5/30/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Anthony O. - 37736 | 5/30/2006 | | | Google | binder and binder | www.google.com | |
| Trent B. - 37910 | 6/1/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| William H. - 37961 | 6/1/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Robert K. - 37963 | 6/1/2006 | | | Google | binder and binder | www.google.com | |
| **Curtis C. - 37965** | **6/1/2006** | | **Closed** | **Google** | **binder & binder** | **www.google.com** | **Closed/Drop** |
| Maria S. - 38008 | 6/2/2006 | | | Google | www.binder and binder law offices | www.google.com | |
| Patrice P. - 38164 | 6/5/2006 | | | Google | binder & binder | www.google.com | |
| Alison S. - 38182 | 6/5/2006 | | | Google | binder & binder | aolsearch.aol.com | |
| Dora E. - 38230 | 6/6/2006 | | | Google | binder and binder.com | www.google.com | |
| Aurelio V. - 38304 | 6/7/2006 | | | Google | binder & binder | search.comcast.net | |
| Linda B. - 38385 | 6/8/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Cynthia T. - 38488 | 6/10/2006 | 6/16/2006 | QC'd | Google | binder and binder | www.google.com | |
| Jose S. - 38547 | 6/12/2006 | | | Google | binder & binder | www.google.com | |
| Kathleen E. - 38612 | 6/12/2006 | | | Google | binder and binder | www.google.com | |
| **Herb B. - 38666** | **6/13/2006** | **6/16/2006** | **Case Filed** | **Google** | **binder & binder** | **www.google.com** | |
| Charlie A. - 38692 | 6/13/2006 | | | Google | binder and binder | www.google.com | |
| Elaine T. - 38775 | 6/14/2006 | | | Google | binder and binder | www.google.com | |
| Amanda B. - 38794 | 6/14/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Nicole R. - 38812 | 6/15/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Kenneth M. - 38934 | 6/16/2006 | | | Google | binder & binder | www.google.com | |
| James M. - 38997 | 6/19/2006 | | | Google | binder and binder | www.google.com | |
| Frances L. - 39094 | 6/20/2006 | | | Google | binder & binder | www.google.com | |

**Disability Group**
Monday, October 15, 2007

**Ad Source/Keyword Inquiry Resolution List by Record Date**
Page 2 of 4

**dg217**

| Client/ Referral Name | RecordDate | Retained | Status | Ad Source Credited | Search String | Search Source | Award Receivables |
|---|---|---|---|---|---|---|---|
| Carla H. - 39191 | 6/21/2006 | | | Google | binderand binder | www.google.com | |
| Nancy R. - 39259 | 6/22/2006 | | | Google | binder and binder.com | search.earthlink.net | |
| Debera H. - 39266 | 6/22/2006 | | | Google | binder& binder | www.google.com | |
| Floyd W. - 39306 | 6/23/2006 | | | Google | binder & binder | www.google.com | |
| Elayne M. - 39375 | 6/23/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Christopher H. - 39492 | 6/26/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Edward B. - 39552 | 6/27/2006 | | | Google | www.binder & binder .com | aolsearch.aol.com | |
| Terry S. - 39683 | 6/28/2006 | | | Google | binderand binder | search.peoplepc.com | |
| Sally B. - 39853 | 7/3/2006 | | | Google | binder and binder | www.google.com | |
| **Faith H. - 39905** | **7/3/2006** | **7/7/2006** | **Closed** | **Google** | the law offices of binder and binder i | aolsearch.aol.com | **$2,995.00** |
| Michael C. - 39970 | 7/5/2006 | | | Google | binder & binder | www.adelphia.net | |
| Gertrude B. - 39993 | 7/5/2006 | | | Google | binder and binderlaw firm | www.google.com | |
| Henry J. - 40072 | 7/6/2006 | | | Google | binder and binder | www.google.com | |
| **Barbra W. - 40181** | **7/10/2006** | **7/21/2006** | **Closed** | **Google** | **binder and binder** | **www.google.com** | **Closed/Drop** |
| Mark L. - 40203 | 7/10/2006 | | | Google | binder and binder | www.google.com | |
| Jon L. - 40205 | 7/10/2006 | | | Google | binder and binder | www.google.com | |
| Shannon D. - 40222 | 7/10/2006 | | | Google | binder and binder | www.google.com | |
| **James H. - 40247** | **7/11/2006** | **7/20/2006** | **Case Filed** | **Google** | **binder and binder** | **weboffers.search.aol.co** | |
| Trini W. - 40321 | 7/11/2006 | | | Google | binder & binder | www.google.com | |
| Susan G. - 40364 | 7/12/2006 | | | Google | binder and binder | search.earthlink.net | |
| Jim G. - 40514 | 7/14/2006 | | | Google | binder and binder | www.google.com | |
| Linda H. - 40524 | 7/14/2006 | | | Google | binder & binder | www.google.com | |
| **Mary Ann A. - 40577** | **7/17/2006** | **7/20/2006** | **Closed** | **Google** | **binder and binder** | **www.google.com** | **$335.91** |
| Cynthia I. - 40749 | 7/18/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| **Katherine P. - 40772** | **7/19/2006** | **8/2/2006** | **Case Filed** | **Google** | **binder and binder lawyers** | **weboffers.search.aol.co** | |
| Jeff C. - 40796 | 7/19/2006 | | | Google | binder and binder.com | www.google.com | |
| Thomas M. - 40804 | 7/19/2006 | | | Google | binder and binder attorney at law | aolsearch.aol.com | |
| Danny L. - 40876 | 7/20/2006 | | | Google | binder & binder law firm | aolsearch.aol.com | |
| Chuck B. - 40948 | 7/21/2006 | | | Google | www.binder and binder .com | aolsearch.aol.com | |
| James . - 41079 | 7/24/2006 | | | Google | binder and binder | www.google.com | |
| David L. - 41357 | 7/28/2006 | | | Google | binder & binder | www.google.com | |
| Diane C. - 41367 | 7/28/2006 | | | Google | binder & binder | aolsearch.aol.com | |
| Susan K. - 41460 | 7/31/2006 | | | Google | binder and binder | search.comcast.net | |
| **Dawn B. - 41715** | **8/2/2006** | **8/18/2006** | **Closed** | **Google** | **binder and binder** | **www.google.com** | **$2,845.75** |
| Steve . - 41846 | 8/4/2006 | | | Google | bibder and binder | www.google.com | |
| Robert W - 42014 | 8/7/2006 | | | Google | binder & binder.com | www.adelphia.net | |
| Sandra A. - 42021 | 8/7/2006 | | | Google | binder and binder | www.google.com | |
| **Robert S. - 42054** | **8/8/2006** | **8/10/2006** | **Case Filed** | **Google** | **binder and binder orlando** | **www.google.com** | |
| Janey R. - 42156 | 8/9/2006 | | | Google | binder and binder.com | www.google.com | |
| Quinton S. - 42196 | 8/10/2006 | | | Google | www.binders and binders.com | www.ask.com | |
| Frances R. - 42358 | 8/11/2006 | | | Google | binder & binder attorney's e mail addre | www.google.com | |
| Leon L. - 42491 | 8/14/2006 | | | Google | www.binder and binder.com | www.google.com | |
| David M. - 42532 | 8/15/2006 | | | Google | binder and binder.com | www.google.com | |
| Sally L. - 42762 | 8/18/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Arthur E. - 42771 | 8/18/2006 | | | Google | binder and binder.com | search.earthlink.net | |
| **Karen F. - 42887** | **8/21/2006** | **9/11/2006** | **Case Filed** | **Google** | **binder and binder** | **search.earthlink.net** | |
| Mamon T. - 43075 | 8/23/2006 | | | Google | www.binder and binder | search.comcast.net | |
| Shavonne M. - 43213 | 8/25/2006 | | | Google | www.binderandbinder.com | aolsearch.aol.com | |
| Joyce M. - 43321 | 8/28/2006 | | | Google | binder and binder.com | aolsearch.aol.com | |
| Evelyn M. - 43472 | 8/29/2006 | | | Google | binder & binder .com | search.peoplepc.com | |
| Beverly T. - 43480 | 8/29/2006 | | | Google | binder & binder | aolsearch.aol.com | |
| Kenneth M. - 43485 | 8/29/2006 | | | Google | http://binder and binder.com/ | aolsearch.aol.com | |
| Denny H. - 43487 | 8/29/2006 | | | Google | binder and binder | adelphia.net | |
| Angela A. - 43874 | 9/1/2006 | | | Google | binder & binder law associates | www.google.com | |
| **David S. - 44052** | **9/6/2006** | **9/21/2006** | **Closed** | **Google** | **law firm of binder and binder** | **search.aol.com** | **Closed/Drop** |

Disability Group
Monday, October 15, 2007

Ad Source/Keyword Inquiry Resolution List by Record Date
Page 3 of 4

244

**dg218**

| Client/<br>Referral Name | RecordDate | Retained | Status | Ad Source<br>Credited | Search String | Search Source | Award<br>Receivables |
|---|---|---|---|---|---|---|---|
| Jamie L. - 44065 | 9/6/2006 | | | Google | binder and binder | www.google.com | |
| Kathleen E. - 44200 | 9/7/2006 | | | Google | binder & binder.com | search.peoplepc.com | |
| Richard C. - 44316 | 9/11/2006 | | | Google | binder and binder.com | aolsearch.aol.com | |
| Richard C. - 44316 | 9/11/2006 | | | Google | binder and binder.com | aolsearch.aol.com | |
| Ronald S. - 45004 | 9/20/2006 | | | Google | binder and binder disabilitys | search.aol.com | |
| Steve C. - 45423 | 9/26/2006 | | | Google | binder and binder.com | aolsearch.aol.com | |
| David H. - 45567 | 9/26/2006 | | | Google | binder and binder | search.earthlink.net | |
| Vickie J. - 45685 | 9/27/2006 | | | Google | binder and binder | www.google.com | |
| Tiffany G. - 45790 | 9/28/2006 | | | Google | binder and binder | search.peoplepc.com | |
| Henry C. - 45803 | 9/28/2006 | | | Google | www.binderandbinder | aolsearch.aol.com | |
| Marissa E. - 45871 | 9/29/2006 | | | Google | www.binder and  binder.com | www.google.com | |
| Jennie T. - 46188 | 10/4/2006 | | | Google | binder and binder attornetys at law | aolsearch.aol.com | |
| Keith S. - 46191 | 10/4/2006 | | | Google | http://binder  and binder.com/ | aolsearch.aol.com | |
| David M. - 46247 | 10/5/2006 | | | Google | binder and binder | www.google.com | |
| Maryela N. - 46382 | 10/6/2006 | | | Google | www.bindeandbinder.com | aolsearch.aol.com | |
| Verna C. - 46385 | 10/6/2006 | | | Google | binder n binder | aolsearch.aol.com | |
| Taleah C. - 46677 | 10/10/2006 | | | Google | binder and binder.com | www.google.com | |
| Alexander B. - 46994 | 10/13/2006 | | | Google | binder & binder | aolsearch.aol.com | |
| Alexander B. - 46994 | 10/13/2006 | | | Google | binder & binder | aolsearch.aol.com | |
| Freida E. - 47433 | 10/20/2006 | | | Google | binder and binder.lawyer | www.google.com | |
| Tammi B. - 47513 | 10/23/2006 | | | Google | binder and binder | aolsearch.aol.com | |
| Betty B. - 47520 | 10/23/2006 | | | Google | binder and binder lawyers | www.google.com | |
| Iris G. - 47533 | 10/23/2006 | | | Google | binder & binder | search.earthlink.net | |
| Phillip G. - 48038 | 11/1/2006 | | | Google | binder and binder | www.google.com | |
| Andre L. - 48111 | 11/2/2006 | | | Google | binder and binder | www.google.com | |

| Totals : | Referred | Inquiries | | Case Filed | | | Award Recv. |
|---|---|---|---|---|---|---|---|
| | 188 | 188 | | 18 | | | $6,771.66 |

**Disability Group**
Monday, October 15, 2007

**dg219**

Ad Source/Keyword Inquiry Resolution List by Record Date
Page 4 of 4

245

1    **<u>PROOF OF SERVICE</u>**

2    STATE OF CALIFORNIA, COUNTY OF ORANGE

3        I am employed in the County of Orange, State of California.  I am over the age of 18 and am not a party to the within action; my business address is 3121
4    Michelson Drive, Suite 250, Irvine, California 92612.

5        On **May 13, 2008**, I served a true and correct copy of the document(s) described as **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO**
6    **COMPEL FURTHER PRODUCTION OF DOCUMENTS; JOINT STIPULATION REGARDING MOTION TO COMPEL; DECLARATION**
7    **OF KENNETH G. PARKER** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes as set forth below:

8
9    Matthew Kohn                         Ronald D. Miller
     844 25th Street                      2917 Santa Monica Blvd.
     Santa Monica, CA 90403               Santa Monica, CA 90404
10   Email: mattkohn@msn.com              Email: winningcases@aol.com
     Fax: (310) 828-9590                  Fax: (310) 829-0010

11
         ☒   **(By Electronic Delivery)** I served a true and correct copy by
12   electronic delivery pursuant to C.C.P. 1010.6, calling for agreement to accept service by electronic delivery, to the interested parties in this action as indicated
13   above.

14       ☐   **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the
15   United States Postal Service.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one
16   day after date of deposit for mailing in affidavit.  I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine,
17   California as indicated above.

18       ☐   **(By Express Service)** I served a true and correct copy enclosed in a sealed package, for collection and for delivery marked for next day delivery in the
19   ordinary course of business, addressed to the office of the addressee(s) as indicated above.

20
         ☒   **(FEDERAL)** I declare under penalty of perjury under the laws of the
21   United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this court at whose direction the
22   service was made.

23       Executed on **May 13, 2008**, at Irvine, California.

24

25       _____

26       Jayne Riedel

27

28