# EXHIBIT 11



**326**

000409

EXHIBIT 11

## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ?    (YES)  NO

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?    (YES)  NO

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?    (YES)  NO

4. Did you retain any advocate as a result of your internet search?    YES  (NO)

   **If YES**, did you retain Disability Group, Inc.?    YES  NO

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?    YES  NO

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?    (YES)  NO

**If YES**, what were you told? _That they were returning my call and they were "Binder + Binder"_

Please provide us with any additional comments you may have: _The lady Said She Couldn't help me_

Name: _Lynda Boileau_

Address: _71 Hayes Ave_
_So Burlington, VT   05403_

In order to protect your privacy, we will not contact you by telephone unless you give us permission to. If we may contact you by telephone, please provide us with your telephone number: _802-863-3214_

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561

XXXXX
XXXXX
XXXXX

<u>SURVEY</u>

Please answer the following questions by circling **YES** or **NO**:

1.  Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ?   (YES)   NO

2.  Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?   (YES)   NO

3.  At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?   (YES)   NO

4.  Did you retain any advocate as a result of your internet search?   (YES)   NO

    **If YES**, did you retain Disability Group, Inc.?   (YES)   NO

    Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?   (YES)   NO

5.  Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?   YES   (NO)

**If YES**, what were you told? _____

_____

Please provide us with any additional comments you may have: _____

*I simply assumed I was dealing with Binder & Binder and Disability Group was the name they used.*

Name: *Mary Ann Addington*
Address: *4702 72nd St E*
*Tacoma, WA 98443*

In order to protect your privacy, we will not contact you by telephone unless you give us permission to. If we may contact you by telephone, please provide us with your telephone number: *(253) 536-1648 or (253) 380-8257*

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561

## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ? **(YES)** **NO**

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder? **(YES)** **NO**

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder? **(YES)** **NO**

4. Did you retain any advocate as a result of your internet search? **(YES)** **NO**

   If **YES**, did you retain Disability Group, Inc.? **(YES)** **NO**

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder? **(YES)** **NO**

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder? **YES** **(NO)**

If **YES**, what were you told? _____

Please provide us with any additional comments you may have: _DIDN'T REALIZE_
_THAT THE DISABILITY GROUP I WAS DEALING WITH WASN'T BINDER & BINDER_
_UNTIL I RECEIVE THERE PACKAGE. AT THAT TIME I CALLED THE TELEPHONE NUMBER_
_FOR BINDER & BINDER._

Name: _ARTHUR ELLIS JR_

Address: _1419 VINETREE DRIVE BRANDON FL 33510_

_____

In order to protect your privacy, we will not contact you by telephone unless you give us permission to. If we may contact you by telephone, please provide us with your telephone number: _____

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561



## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ?   **YES** **NO**

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?   **YES** **NO**

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?   **YES** **NO**

4. Did you retain any advocate as a result of your internet search?   **YES** **NO**

   **If YES**, did you retain Disability Group, Inc.?   **YES** **NO**

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?   **YES** **NO** *I don't Know*

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?   **YES** **NO**

**If YES**, what were you told? ___"*disability Group*"___

Please provide us with any additional comments you may have: ___
___*N/A*___

Name: ___*DAWN PALLARD*___
Address: ___*15740 N. 83rd Ave. Apt #1129*___

In order to protect your privacy, we will not contact you by telephone unless you give us permission to. If we may contact you by telephone, please provide us with your telephone number: ___*602 4519592*___

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561



## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1.  Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ?   **(YES)** **NO**

2.  Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?   **(YES)** **NO**

3.  At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?   **(YES)** **NO**

4.  Did you retain any advocate as a result of your internet search?   **(YES)** **NO**

    **If YES**, did you retain Disability Group, Inc.?   **(YES)** **NO**

    Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?   **(YES)** **NO**

5.  Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?   **YES** **(NO)**

**If YES**, what were you told? _____

Please provide us with any additional comments you may have: _After the initial_
_contact + an overflow of paperwork, their service was sub-par. I_
_discontinued the association + completed any appeal_

Name: _Barbara Williams_

Address: _410 Amber Ln._
_DeSoto, Jy 75115_

In order to protect your privacy, we will not contact you by telephone unless you give us permission to.  If we may contact you by telephone, please provide us with your telephone number: _____

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561

BB000714

## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1. Did you search through an internet search engine for "binder ~~YES~~ NO
   and binder", "binder & binder" or "binder" ?

2. Did you believe that you had clicked on a link, as a result of the    YES ~~NO~~
   search, which took you to Binder and Binder's website or a
   website associated with Binder and Binder?

3. At the time you filled out the online submission form, did you    YES ~~NO~~
   believe that you were submitting the form to Binder and Binder
   or someone associated with Binder and Binder?

4. Did you retain any advocate as a result of your internet search?   ~~YES~~ NO

   **If YES**, did you retain Disability Group, Inc.?   ~~YES~~ NO

   Did you believe you had retained Binder and Binder or someone   YES ~~NO~~
   associated with Binder and Binder?

5. Were you ever told by the advocate that the advocate you had   YES ~~NO~~
   retained was Binder and Binder or was somehow associated
   with Binder and Binder?

**If YES**, what were you told? _____

_____

Please provide us with any additional comments you may have: _____

_____

_____

Name: _Jessline V Randal_____

Address: _1611 S. Highland Ave #B_____

_Fullerton, Ca 92832_____

In order to protect your privacy, we will not contact you by telephone unless you give
us permission to. If we may contact you by telephone, please provide us with your
telephone number: _____

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561



## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ?  **(YES)** NO

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?  **(YES)** NO

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?  **(YES)** NO

4. Did you retain any advocate as a result of your internet search?  YES **(NO)**

   **If YES**, did you retain Disability Group, Inc.?  YES **(NO)**

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?  **(YES)** NO

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?  **(YES)** NO

**If YES**, what were you told? Don't ~~Rember~~ Remember, but I felt maybe Disability ~~Group~~ handles claims for Binder and Binder.

Please provide us with any additional comments you may have: Something DIDN't feel Right about the company. Tried to get information on company, chec. with Better Business Bureau, things just DIDN't match up.

Name: MARON M. TUTTLER Jr

Address: 622 Rush St.
South Bend, IN 46601

In order to protect your privacy, we will not contact you by telephone unless you give us permission to. If we may contact you by telephone, please provide us with your telephone number: 574 256-0690

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561

## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1.  Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ?  YES **NO**

2.  Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?  **YES** NO

3.  At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?  YES NO

4.  Did you retain any advocate as a result of your internet search?  YES **NO**

    If **YES**, did you retain Disability Group, Inc.?  YES NO

    Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?  **YES** NO

5.  Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?  **YES** NO

**If YES**, what were you told? _____

_____

Please provide us with any additional comments you may have: _____

_____

Name: _Edward Boselli_____

Address: _3818   218 ST_____

_Bayside, N.Y. 11361_____

In order to protect your privacy, we will not contact you by telephone unless you give us permission to.  If we may contact you by telephone, please provide us with your telephone number: _____

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561



F:\G&b\246\37\survey\39552.wpd

**BB 01255**
000417

## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ?  **(YES)** NO

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?  **(YES)** NO

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?  **(YES)** NO

4. Did you retain any advocate as a result of your internet search?  **(YES)** NO

   **If YES**, did you retain Disability Group, Inc.?  **(YES)** NO

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?  **(YES)** NO

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?  YES **(NO)**

**If YES**, what were you told? _____

_____

Please provide us with any additional comments you may have: _I don't Beleive_
_They stated Direct Affiliation, I was Led To Infer_
_an affiliation, That "Disability Group" was a Subset_
_Of Binder + Binder_
                                                          _or Division of;_
Name: _HERb Bottell_____

Address: _Po Box 872, Darrington Wa. 98241_____

In order to protect your privacy, we will not contact you by telephone unless you give us permission to.  If we may contact you by telephone, please provide us with your telephone number: _360 - 436 - 1491_____

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561

BB000708

## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ?  **YES**  **NO**

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?  **YES**  **NO**

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?  **YES**  **NO**

4. Did you retain any advocate as a result of your internet search?  **YES**  **NO**

   If **YES**, did you retain Disability Group, Inc.?  **YES**  **NO**

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?  **YES**  **NO**

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?  **YES**  **NO**

If **YES**, what were you told? _____

_____

Please provide us with any additional comments you may have: A representative from Binder & Binder responded to an e-mail I sent in regards to getting my job back after losing it due to disability. The firm was unable to help, and I am still disabled

Name: _Terry GORDO_

Address: _8785 Greer way_
_Valley Springs, Ca, 95252_

In order to protect your privacy, we will not contact you by telephone unless you give us permission to. If we may contact you by telephone, please provide us with your telephone number: _209-786-7849_

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561

## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1.  Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ?    (YES)   NO

2.  Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?    (YES)   NO

3.  At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?    (YES)   NO

4.  Did you retain any advocate as a result of your internet search?    YES   (NO)

    **If YES**, did you retain Disability Group, Inc.?    YES   NO

    Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?    YES   NO

5.  Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?    (YES)   NO

**If YES**, what were you told? _See attached_

Please provide us with any additional comments you may have: _____

Name: _IRIS GOLDFADEN_

Address: _340 E. 28 St. Apt. 12A_

_NY, NY 10021_

In order to protect your privacy, we will not contact you by telephone unless you give us permission to. If we may contact you by telephone, please provide us with your telephone number: _212 689 5531_

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561

XXXXX
337
XXXXX
XXXXX
BB000703

This was quite a while ago but I specifically searched for Binder and Binder and Disability Group came up.  When I called, I must have said I found them on the internet under Binder & Binder.  I don't remember if I asked if this was Binder & Binder as I was surprised when I heard Disability Group, but I thought it was a division of the Binder & Binder firm.  If not, I would not have gone further. As Binder & Binder was highly recommended by a friend.

Can't remember what conversation was so I would approve of their sending the forms. I filled out the forms and saw the return was to the Disability Group in CA.  As my friend who told me to sit down in person with an atty from B & B, I mentioned to atty. at the Disability Group that I wanted to speak with someone in the NY office.  He said it wasn't necessary and to fill out the form.  I asked what about my going to a hearing.  I wanted to know I had someone with me and he said they would send someone to NY.  I didn't retain them and called Binder & Binder in NY and went there directly.  It was then I knew something wasn't right and they were using the Binder and Binder name on the internet to get clients.

Iris Goldfaden

XXXXX
XXXXX
XXXXX

BB000794

<u>Thomas M. Galgano</u>

| | |
|---|---|
| **From:** | <dkmichael@pngusa.net> |
| **To:** | <tmgalgano@rcn.com> |
| **Sent:** | Wednesday, May 14, 2008 4:27 PM |
| **Subject:** | Re: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey |

> 
> 
> 
> 
>    Dear Mr. Michael:
> 
> 
> 
>         We are writing to you to ask for
> your assistance.  We are the attorneys for
> Harry J. Binder and Charles E. Binder and
> their company, Binder & Binder.  Binder &
> Binder assists individuals in obtaining
> social security disability benefits.  We
> represent them in a trademark infringement
> action Harry J. Binder, et al. v. Disability
> Group Inc. and Ronald Miller, CV
> 07-02760-GHK(SSx).
> 
> 
> 
>         We have been informed by
> Disability Group, Inc. that within the time
> period of March to November of 2006, you
> conducted an online search through Google
> including the words â?obinder and binderâ?⏘ ,
> â?obinder & binderâ?⏘ , or â?obinderâ?⏘  and
> then submitted an online intake form at the
> website you were directed to: either
> www.disabilitygroup.com,
> www.socialsecuritydisability411.com or
> www.socialsecuritydisabilityhelpcenter.com.
> 
> 
> 
> Binder and Binder believes that Disability
> Group, Inc. improperly purchased keywords
> from Google which contained the Binder and
> Binder name to trigger their own ads to
> appear when a person was searching for Binder
> and Binder.  The suit also alleges that
> Disability Group used the name â?oBinder and
> Binderâ?⏘  as a heading in their own ads
> within Google to link to their website.
XXXXX
XXXXXder and Binder has alleged that these
XXXXX
XXXXX

BB 01411

000422

5/14/2008

> actions have confused potential customers and
> led them unknowingly to Disability Groupâ?Ts
> website when the customers were actually
> searching for Binder and Binder.
>
>
>
> We understand that you submitted an online
> inquiry form to Disability Group during the
> time period in question and would like to
> find out if you were misled by these Google
> ads. We would appreciate it if you could take
> two minutes of your time to complete the
> survey below and reply to our email with your
> answers.
>
>
>
> Thank you in advance for your time and
> assistance.
>
>
>
>
> Sincerely yours,
>
>
>
>
> GALGANO & ASSOCIATES, PLLC
>
>
>
> Thomas M. Galgano, Esq.
> Galgano & Associates, PLLC
> 20 W. Park Avenue, Suite 204
> Long Beach, NY  11561
> Phone: 516-431-1177
> Fax: 516-431-1127
> e-mail: tmgalgano@rcn.com
>
>
>
>
>
>
>
>
> SURVEY
>

XXXXX
XXXXX
XXXXX

BB 01412

000423

5/14/200

> Please reply to our email by answering the
> following questions by typing an X on the
> line in front of the answer YES or NO:
>
>
>
> 1.  Did you search through an internet
> search engine for â?obinder and binderâ?  ,
> â?obinder & binderâ?  or â?obinderâ?  ?
> __x_YES        ___NO
>
>
>
> 2.  Did you believe that you had clicked on
> a link, as a result of the search, which took
> you to Binder and Binderâ?Ts website or a
> website associated with Binder and Binder?
> __x_YES        ___NO
>
>
>
> 3.  At the time you filled out the online
> submission form, did you believe that you
> were submitting the form to Binder and Binder
> or someone associated with Binder and
> Binder? __x_YES        ___NO
>
>
>
> 4.  Did you retain any advocate as a result
> of your internet search?   ___YES        __x_NO
>
>
>
> If YES, did you retain Disability Group,
> Inc.? ___YES        ___NO
>
>
>
> Did you believe you had retained Binder and
> Binder or someone associated with Binder and
> Binder? _x__YES        ___NO
>
>
>
> 5.  Were you ever told by the advocate that
> the advocate you had retained was Binder and
> Binder or was somehow associated with Binder
> and Binder?
>
>
XXXXX
XXXXX If YES, what were you told?
XXXXX
XXXXX

BB 01413

000424

5/14/200

> 
> 
> 
> 
> 
> Please provide us with any additional
> comments you may have: We were in our last appeal and wanted to reach
Binder & Binder for their help. We thought someone from that group
was calling from California and didn't want that rep., we wanted one
closer. At the time we thought Binder & Binder didn't want bothered
with us so a smaller group was put on our case. We had heard good
things from someone who has been with Binder & Binder and wanted them.
> 
> 
> 
> Name: David G. Michael
> 
> Address: 39251 State Route 39, Salineville OH  43945
> 
> 
> 
> In order to protect your privacy, we will not
> contact you by telephone unless you give us
> permission to. If we may contact you by
> telephone, please provide us with your
> telephone number: 330-532-0024  We would still like to talk to a rep.
from Binder & Binder. We feel we still need help.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Thomas M. Galgano, Esq.
> Galgano & Associates, PLLC
> 20 W. Park Avenue, Suite 204
> Long Beach, NY  11561
> Phone: 516-431-1177
> Fax: 516-431-1127
> e-mail: tmgalgano@rcn.com
> 
> 

**BB 01414**

000425

## Thomas M. Galgano

**From:** <ksellars@earthlink.net>
**To:** <tmgalgano@rcn.com>
**Sent:** Friday, April 18, 2008 12:18 PM
**Subject:** RE: Harry J. Binder, et al. v. Disability GroupInc. and Ronald Miller, CV 07-02760-GHK(SSx)Survey

----- Original Message -----
**From:**
**To:** ksellars@earthlink.net
**Sent:** 4/17/2008 4:12:12 PM
**Subject:** Harry J. Binder, et al. v. Disability GroupInc. and Ronald Miller, CV 07-02760-GHK(SSx)Survey

Dear Ms. Funk Sellars:

    We are writing to you to ask for your assistance. We are the attorneys for Harry J. Binder and Charles E. Binder and their company, Binder & Binder. Binder & Binder assists individuals in obtaining social security disability benefits. We represent them in a trademark infringement action *Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx)*.

    We have been informed by Disability Group, Inc. that within the time period of March to November of 2006, you conducted an online search through Google including the words "binder and binder", "binder & binder", or "binder&binder" and then submitted an online intake form at the website you were directed to: either www.disabilitygroup.com, www.socialsecuritydisability411.com or www.socialsecuritydisabilityhelpcenter.com.

    Binder and Binder believes that Disability Group, Inc. improperly purchased keywords from Google which contained the Binder and Binder name to trigger their own ads to appear when a person was searching for Binder and Binder. The suit also alleges that Disability Group used the name "Binder and Binder" as a heading in their own ads within Google to link to their website. Binder and Binder has alleged that these actions have confused potential customers and led them unknowingly to Disability Group's website when the customers were actually searching for Binder and Binder.

    We understand that you submitted an online inquiry form to Disability Group during the time period in question and would like to find out if you were misled by these Google ads. We would appreciate it if you could take two minutes of your time to complete the survey below and reply to our email with your answers.

    Thank you in advance for your time and assistance.

            Sincerely yours,

            GALGANO & ASSOCIATES, PLLC

                Thomas M. Galgano, Esq.
                Galgano & Associates, PLLC
                20 W. Park Avenue, Suite 204
                Long Beach, NY 11561
                Phone: 516-431-1177
                Fax: 516-431-1127
                e-mail: tmgalgano@rcn.com

SURVEY
XXXXX
XXXXX
XXXXX

**BB 01132**
000426

4/18/2008

Please reply to our email by answering the following questions by typing an X on the line in front of the answer **YES** or **NO:**

1. Did you search through an internet search engine for "binder and binder" , "binder & binder" or "binder" ?  __x_**YES**      ____**NO**

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?  _x__**YES**      ____**NO**

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?  __x_**YES**      ____**NO**

4. Did you retain any advocate as a result of your internet search?  __x_**YES**      ____**NO**

   **If YES**, did you retain Disability Group, Inc.?  __x_**YES**      ____**NO**

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?  __x_**YES**  ____**NO**

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder? I don't think so.

   **If YES**, what were you told?


   **Please provide us with any additional comments you may have:  I didn't understand why I was having so much trouble getting approved with the medical evidence I provided.  I did  move from TX to Ohio out of necessity.  However, Ohio has been good to me and I've managed to get a hip replacement which has made me much better and I don't think I will be needing disability now.**

   **Name: Karen Funk Sellars**
   **Address:182 S. 20th St. Columbus, Ohio 43205**

   **In order to protect your privacy, we will not contact you by telephone unless you give us permission to.  If we may contact you by telephone, please provide us with your telephone number:  Email is fine. I am recovering from the surgery and would prefer email.**


Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com


XXXXX
XXXXX
XXXXX

BB 01133
000427

4/18/2008

## Thomas M. Galgano

**From:**    "ROBIN OBANNON" <rwobannon@yahoo.com>
**To:**        <tmgalgano@rcn.com>
**Sent:**     Thursday, April 17, 2008 8:12 PM
**Subject:**  Re: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey

*Robin W. O'Bannon*
*"On your journey to the top, get out of your own way..."*

----- Original Message ----
From: "tmgalgano@rcn.com" <tmgalgano@rcn.com>
To: rwobannon@yahoo.com
Sent: Thursday, April 17, 2008 11:24:46 AM
Subject: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey

Dear Mr. O'Bannon:

We are writing to you to ask for your assistance. We are the attorneys for Harry J. Binder and Charles E. Binder and their company, Binder & Binder. Binder & Binder assists individuals in obtaining social security disability benefits. We represent them in a trademark infringement action *Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV* 07-02760-GHK(SSx).

We have been informed by Disability Group, Inc. that within the time period of March to November of 2006, you conducted an online search through Google including the words "binder and binder", "binder & binder", or "binder" and then submitted an online intake form at the website you were directed to: either www.disabilitygroup.com, www.socialsecuritydisability411.com or www.socialsecuritydisabilityhelpcenter.com.

Binder and Binder believes that Disability Group, Inc. improperly purchased keywords from Google which contained the Binder and Binder name to trigger their own ads to appear when a person was searching for Binder and Binder. The suit also alleges that Disability Group used the name "Binder and Binder" as a heading in their own ads within Google to link to their website. Binder and Binder has alleged that these actions have confused potential customers and led them unknowingly to Disability Group's website when the customers were actually searching for Binder and Binder.

We understand that you submitted an online inquiry form to Disability Group during the time period in question and would like to find out if you were misled by these Google ads. We would appreciate it if you could take two minutes of your time to complete the survey below and reply to our email with your answers.

Thank you in advance for your time and assistance.

Sincerely yours,

GALGANO & ASSOCIATES, PLLC

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC



XXXXX
345
XXXXX
XXXXX

BB 01128
000428

4/18/2008

20 W. Park Avenue, Suite 204
Long Beach, NY 11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com

## SURVEY

Please reply to our email by answering the following questions by typing an X on the line in front of the answer **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder"?
__**X_YES**    ___**NO**

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?  __**X_YES**    ___**NO**

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?  **X_YES**    ___**NO**

4. Did you retain any advocate as a result of your internet search?  **X_YES**    ___**NO**

**If YES**, did you retain Disability Group, Inc.? ___**YES**    __**N_NO**

Did you believe you had retained Binder and Binder or someone associated with Binder and Binder? __**X_YES** ___**NO**

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder? NO

**If YES**, what were you told?


**Please provide us with any additional comments you may have:**

**I was looking specifically for Binder and Binder and was directed to Alsup Incorporated**

**Name: Ms. Robin W. O'Bannon**
**Address:**


**In order to protect your privacy, we will not contact you by telephone unless you give us permission to.  If we may contact you by telephone, please provide us with your telephone number: 630-428-1586**


XXXXX
XXXXX
XXXXX

BB 01129
000429

4/18/2008

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com


XXXXX
XXXXX
XXXXX

BB 01130
000430

4/18/2008

**Thomas M. Galgano**

| | |
|---|---|
| **From:** | "stacey heinzman" <heinzy180@hotmail.com> |
| **To:** | <tmgalgano@rcn.com> |
| **Sent:** | Thursday, April 17, 2008 6:05 PM |
| **Subject:** | RE: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey |

From: tmgalgano@rcn.com
Subject: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey
To: heinzy180@hotmail.com
Date: Thu, 17 Apr 2008 11:39:25 -0400

Dear Ms. Heinzman:

We are writing to you to ask for your assistance. We are the attorneys for Harry J. Binder and Charles E. Binder and their company, Binder & Binder. Binder & Binder assists individuals in obtaining social security disability benefits. We represent them in a trademark infringement action *Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx).*

We have been informed by Disability Group, Inc. that within the time period of March to November of 2006, you conducted an online search through Google including the words "binder and binder", "binder & binder", or "binder" and then submitted an online intake form at the website you were directed to: either www.disabilitygroup.com, www.socialsecuritydisability411.com or www.socialsecuritydisabilityhelpcenter.com.

Binder and Binder believes that Disability Group, Inc. improperly purchased keywords from Google which contained the Binder and Binder name to trigger their own ads to appear when a person was searching for Binder and Binder. The suit also alleges that Disability Group used the name "Binder and Binder" as a heading in their own ads within Google to link to their website. Binder and Binder has alleged that these actions have confused potential customers and led them unknowingly to Disability Group's website when the customers were actually searching for Binder and Binder.

We understand that you submitted an online inquiry form to Disability Group during the time period in question and would like to find out if you were misled by these Google ads. We would appreciate it if you could take two minutes of your time to complete the survey below and reply to our email with your answers.

Thank you in advance for your time and assistance.

Sincerely yours,

GALGANO & ASSOCIATES, PLLC

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY 11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com


XXXXX
XXXXX
XXXXX

**BB 01118**
000431

4/17/2008

**SURVEY**

Please reply to our email by answering the following questions by typing an X on the line in front of the answer **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder"?
   \_\_x\_**YES**     \_\_\_\_**NO**

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder? \_x\_\_**YES**     \_\_\_\_**NO**

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder? \_\_x\_**YES**     \_\_\_\_**NO**

4. Did you retain any advocate as a result of your internet search? \_x\_\_**YES**     \_\_\_\_**NO**

   **If YES**, did you retain Disability Group, Inc.? \_\_\_**YES**     \_\_x\_**NO**

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?
   \_x\_\_**YES**     \_\_\_\_**NO**

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?

   **If YES**, what were you told?


   **Please provide us with any additional comments you may have:**

   **Name: Stacey Heinzman**
   **Address:1131 Pennsy rd  Pequea Pa 17565    717-284-0939**

   **In order to protect your privacy, we will not contact you by telephone unless you give us permission to.  If we may contact you by telephone, please provide us with your telephone number:**


```
Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com
```


Get in touch in an instant. Get Windows Live Messenger now.


XXXXX
**349**
XXXXX
XXXXX

**BB 01119**
000432

4/17/2008

**Thomas M. Galgano**

**From:** "FAYE ADELS" <fadels59@msn.com>
**To:** <tmgalgano@rcn.com>
**Sent:** Thursday, April 17, 2008 4:17 PM
**Subject:** Re: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey

----- Original Message -----
**From:** tmgalgano@rcn.com
**To:** fadels59@msn.com
**Sent:** Thursday, April 17, 2008 11:26 AM
**Subject:** Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey

Dear Ms. Adels:

　　We are writing to you to ask for your assistance.  We are the attorneys for Harry J. Binder and Charles E. Binder and their company, Binder & Binder.  Binder & Binder assists individuals in obtaining social security disability benefits.  We represent them in a trademark infringement action *Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV* 07-02760-GHK(SSx).

　　We have been informed by Disability Group, Inc. that within the time period of March to November of 2006, you conducted an online search through Google including the words "binder and binder", "binder & binder", or "binder" and then submitted an online intake form at the website you were directed to: either www.disabilitygroup.com, www.socialsecuritydisability411.com or www.socialsecuritydisabilityhelpcenter.com.

　　Binder and Binder believes that Disability Group, Inc. improperly purchased keywords from Google which contained the Binder and Binder name to trigger their own ads to appear when a person was searching for Binder and Binder.  The suit also alleges that Disability Group used the name "Binder and Binder" as a heading in their own ads within Google to link to their website.  Binder and Binder has alleged that these actions have confused potential customers and led them unknowingly to Disability Group's website when the customers were actually searching for Binder and Binder.

　　We understand that you submitted an online inquiry form to Disability Group during the time period in question and would like to find out if you were misled by these Google ads. We would appreciate it if you could take two minutes of your time to complete the survey below and reply to our email with your answers.

　　Thank you in advance for your time and assistance.

　　　　　　　　　　　　　　Sincerely yours,

XXXXX
**350**
XXXXX
XXXXX
XXXXX



**BB 01122**
000433

4/17/2008

GALGANO & ASSOCIATES, PLLC

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com

## SURVEY

Please reply to our email by answering the following questions by typing an X on the line in front of the answer **YES** or **NO**:

1.  Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder"?  **_x__YES**        ___**NO**

2.  Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?  __**x_YES** ___**NO**

3.  At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?  __**x_YES** ___**NO**

4.  Did you retain any advocate as a result of your internet search?  ___**YES**    **_x__NO**

    **If YES**, did you retain Disability Group, Inc.? ___**YES**    ___**NO**

    Did you believe you had retained Binder and Binder or someone associated with Binder and Binder? ___**YES**    ___**NO**

5.  Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?

    **If YES**, what were you told?

XXXX**se provide us with any additional comments you may have:**
XXXXX
XXXXX

**BB 01123**
000434

4/17/2008

**Name:**

**Address:**

**In order to protect your privacy, we will not contact you by telephone unless you give us permission to.  If we may contact you by telephone, please provide us with your telephone number:**

```
Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com
```



BB 01124
000435

4/17/2008

## Thomas M. Galgano

**From:**    "leon leontaris" <nhi4062000@yahoo.com>
**To:**      <tmgalgano@rcn.com>
**Sent:**    Monday, April 21, 2008 6:18 PM
**Subject:** Re: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey

Hey !Thomas, I"m almost afraid to respond to this inquiry!! yes I believe around that time I was trying the internet to find out info about my situation!! I didnt get to far and I do not have the number of the indvidual who responded claiming to be a associate of your firm!! I can tell you this though! they were very unprofessional!! it took a while for them to respond!!

but they did!! I was convinced that binder and binder were not going to even attempt to look at my situation! even though my situation maybe helpless the way told me that all I could do is go to a free clinic to try to rebuild a medical history of my ailments! he gave me some number for a free clinic in adelanto,ca. to call and I believe the number was worthless if I remember correctly!! To this day im still pretty much worthless to the work force! have had no luck! At the time I thought what could it hurt to get some info from binder and binder! it was recommended by friends and family!! They couldnt believe the responce I recieved! every time I see your commercials! I just shake my head!! I have no job!! no insurance!,and

all I do is hope for ! Well anything!! Ive thought about trying to be a gaurd or something!! I cant be on my feet for any length of time before numbness sets in on my right side! Im over three hundred pounds, havent worked for a company since at least the year 2000 all i can do lately is stay home and take care of my diabled mother, and earn my keep that way! shes approaching 90 and needs care! I going to far to tell anyone this stuff! but I still keep the faith that someday something good will happen! not likely! Right! Ive tried my social security in the past and was denied! I did at settlement along time ago and hoped for the best! and well that was a joke!! those lawyaers didnt help much! Im hard of hearing , my rightside of my body has numbness and burning! not scars just pain! I have tendenitus i9n my elbows! kneeprobs! back probs! shortness of breath! my lungs are shot!!! Like in hurts to breath! And its very mentally stressfull ! I feel im unhireable! and cannot recieve any benifits While many people do with alot less ailments! im gonna be 54 soon! and everything seems hopeless! Im a real good person I believe and seem to have fallen between the cracks!   Hope this info helps you! if this is for real!!!


                    Good luck on your journey!


              and yes I do not believe the people that contacted me were really The

Binder and Binder firm that advertise"s on tv!!!


                    Good luck!! Lee!!

--- On **Thu, 4/17/08, tmgalgano@rcn.com** *<tmgalgano@rcn.com>* wrote:

From: tmgalgano@rcn.com <tmgalgano@rcn.com>
Subject: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey
To: nhi4062000@yahoo.com
Date: Thursday, April 17, 2008 1:05 PM
XXXXX
XXXXX

XX353
000436
BB 01104

4/21/2008

Dear Mr. Leontaris:

We are writing to you to ask for your assistance. We are the attorneys for Harry J. Binder and Charles E. Binder and their company, Binder & Binder. Binder & Binder assists individuals in obtaining social security disability benefits. We represent them in a trademark infringement action *Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV* 07-02760-GHK(SSx).

We have been informed by Disability Group, Inc. that within the time period of March to November of 2006, you conducted an online search through Google including the words "binder and binder", "binder & binder", or "binder" and then submitted an online intake form at the website you were directed to: either www.disabilitygroup.com, www.socialsecuritydisability411.com or www.socialsecuritydisabilityhelpcenter.com.

Binder and Binder believes that Disability Group, Inc. improperly purchased keywords from Google which contained the Binder and Binder name to trigger their own ads to appear when a person was searching for Binder and Binder. The suit also alleges that Disability Group used the name "Binder and Binder" as a heading in their own ads within Google to link to their website. Binder and Binder has alleged that these actions have confused potential customers and led them unknowingly to Disability Group's website when the customers were actually searching for Binder and Binder.

We understand that you submitted an online inquiry form to Disability Group during the time period in question and would like to find out if you were misled by these Google ads. We would appreciate it if you could take two minutes of your time to complete the survey below and reply to our email with your answers.

Thank you in advance for your time and assistance.

Sincerely yours,

GALGANO & ASSOCIATES, PLLC

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY 11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com

## SURVEY

Please reply to our email by answering the following questions by typing an X on the line in front of the answer **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder"? ___**YES** ___**NO**

XXXXX
XXXXX
XXXXX

2. If you believe that you had clicked on a link, as a result of the search, which took you to Binder and

**BB 01105**
B000437

4/21/2008

Binder's website or a website associated with Binder and Binder?    ___YES    ___NO

3.  At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?    ___YES    ___NO

4.  Did you retain any advocate as a result of your internet search?    ___YES    ___NO

**If YES**, did you retain Disability Group, Inc.?    ___**YES**    ___**NO**

Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?
___**YES**    ___**NO**

5.  Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?

**If YES**, what were you told?


**Please provide us with any additional comments you may have:**


**Name:**
**Address:**


**In order to protect your privacy, we will not contact you by telephone unless you give us permission to.** If we may contact you by telephone, please provide us with your telephone number:




```
Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com
```


Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.


XX**355**
XXXXX
XXXXX

**BB 01106**
000438

4/21/2008

## Thomas M. Galgano

| | |
|---|---|
| **From:** | "Timothy Traczyk" <b00mman69@hotmail.com> |
| **To:** | <tmgalgano@rcn.com> |
| **Sent:** | Friday, April 18, 2008 8:00 PM |
| **Subject:** | RE: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey |

Please sir ... Listen ...I asked the binders to help me with my claim and benefit package and they flat out turned me down as if I wasn't good enough
or the claim would not have netted them a hefty sum ... Flat out ... You tell me why I should help the Individuals that would not help me!!!!
I am tired of looking at their commercial about me not having to worry about anything except my dignity with bills up to my neck!! ... Yea ... Riiiiiiiiight

Sincerely
Timothy Traczyk

The Disability group has secured me a hearing date and I will not under mind nor throw my attorneys under the bus. If this did happen, It is Goggles
Problem. Not mine, not my attorneys'

> From: tmgalgano@rcn.com
> Subject: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey
> To: B00mman69@hotmail.com
> Date: Fri, 18 Apr 2008 11:12:23 -0400

Dear Mr. Traczyk:

We are writing to you to ask for your assistance.  We are the attorneys for Harry J. Binder and Charles E. Binder and their company, Binder & Binder.  Binder & Binder assists individuals in obtaining social security disability benefits.  We represent them in a trademark infringement action *Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx)*.

We have been informed by Disability Group, Inc. that within the time period of March to November of 2006, you conducted an online search through Google including the words "binder and binder", "binder & binder", or "binder" and then submitted an online intake form at the website you were directed to: either www.disabilitygroup.com, www.socialsecuritydisability411.com or www.socialsecuritydisabilityhelpcenter.com.

Binder and Binder believes that Disability Group, Inc. improperly purchased keywords from Google which contained the Binder and Binder name to trigger their own ads to appear when a person was searching for Binder and Binder.  The suit also alleges that Disability Group used the name "Binder and Binder" as a heading in their own ads within Google to link to their website.  Binder and Binder has alleged that these actions have confused potential customers and led them unknowingly to Disability Group's website when the customers were actually searching for Binder and Binder.

We understand that you submitted an online inquiry form to Disability Group during the time period in question and would like to find out if you were misled by these Google ads. We would appreciate it if you could take two minutes of your time to complete the survey below and reply to our email with your answers.

Thank you in advance for your time and assistance.

Sincerely yours,

GALGANO & ASSOCIATES, PLLC

XXXXX
XXXXX
XXXXX

**BB 01107**
000439

4/21/2008

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com

**SURVEY**

Please reply to our email by answering the following questions by typing an X on the line in front of the answer **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder"?
   ____**YES**    ____**NO**

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?  ____**YES**    ____**NO**

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?  ____**YES**    ____**NO**

4. Did you retain any advocate as a result of your internet search?  ____**YES**    ____**NO**

   **If YES**, did you retain Disability Group, Inc.? ____**YES**    ____**NO**

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?
   ____**YES**    ____**NO**

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?

   **If YES,** what were you told?


   **Please provide us with any additional comments you may have:**

   **Name:**
   **Address:**

   **In order to protect your privacy, we will not contact you by telephone unless you give us permission to.  If we may contact you by telephone, please provide us with your telephone number:**


Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
XXXXX
XXXXX
XXXXX

**BB 01108**
000440

4/21/2008

e-mail: tmgalgano@rcn.com

Use video conversation to talk face-to-face with Windows Live Messenger. Get started!

XXX358
XXXXX
XXXXX

## Thomas M. Galgano

| | |
|---|---|
| **From:** | "Farahnaz Jalali" <fjalali5@yahoo.com> |
| **To:** | <tmgalgano@rcn.com> |
| **Sent:** | Friday, April 18, 2008 5:40 PM |
| **Subject:** | Re: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey |

I am so sorry that I cannot help you. I dont remember what I typed. Anyway I was not looking for permanent disability.
I was on maternity leave.
Best of luck to you
FJ

*tmgalgano@rcn.com* wrote:

Dear Farahnaz Jalali:

   We are writing to you to ask for your assistance.  We are the attorneys for Harry J. Binder and Charles
E. Binder and their company, Binder & Binder.  Binder & Binder assists individuals in obtaining social
security disability benefits.  We represent them in a trademark infringement action *Harry J. Binder, et al. v.
Disability Group Inc. and Ronald Miller, CV* 07-02760-GHK(SSx).

   We have been informed by Disability Group, Inc. that within the time period of March to November of
2006, you conducted an online search through Google including the words "binder and binder" ,
"binder & binder" , or "binder" and then submitted an online intake form at the website you were
directed to: either www.disabilitygroup.com, www.socialsecuritydisability411.com or
www.socialsecuritydisabilityhelpcenter.com.

   Binder and Binder believes that Disability Group, Inc. improperly purchased keywords from Google
which contained the Binder and Binder name to trigger their own ads to appear when a person was searching
for Binder and Binder.  The suit also alleges that Disability Group used the name "Binder and Binder" as
a heading in their own ads within Google to link to their website.  Binder and Binder has alleged that these
actions have confused potential customers and led them unknowingly to Disability Group's website when
the customers were actually searching for Binder and Binder.

   We understand that you submitted an online inquiry form to Disability Group during the time period in
question and would like to find out if you were misled by these Google ads. We would appreciate it if you
could take two minutes of your time to complete the survey below and reply to our email with your answers.

   Thank you in advance for your time and assistance.

                    Sincerely yours,

                    GALGANO & ASSOCIATES, PLLC

                    Thomas M. Galgano, Esq.
                    Galgano & Associates, PLLC
                    20 W. Park Avenue, Suite 204
                    Long Beach, NY  11561
                    Phone: 516-431-1177
                    Fax: 516-431-1127



XXXXX
**359**
XXXXX
XXXXX

BB 01110
000442

4/21/2008

e-mail: tmgalgano@rcn.com

## SURVEY

Please reply to our email by answering the following questions by typing an X on the line in front of the answer **YES** or **NO**:

1.  Did you search through an internet search engine for "binder and binder" , "binder & binder" or "binder" ?    ___**YES**    ___**NO**

2.  Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?    ___**YES**    ___**NO**

3.  At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?    ___**YES**    ___**NO**

4.  Did you retain any advocate as a result of your internet search?    ___**YES**    ___**NO**

    **If YES**, did you retain Disability Group, Inc.?    ___**YES**    ___**NO**

    Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?    ___**YES**    ___**NO**

5.  Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?

    **If YES**, what were you told?


**Please provide us with any additional comments you may have:**


**Name:**
**Address:**


**In order to protect your privacy, we will not contact you by telephone unless you give us permission to. If we may contact you by telephone, please provide us with your telephone number:**


Thomas M. Galgano, Esq.   Galgano & Associates, PLLC   20 W. Park Avenue, Suite 204   Lc

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

XXXXX
**360**
XXXXX
XXXXX

BB 01111
000443

4/21/2008

## Thomas M. Galgano

**From:** "Bob" <robertjdimatteo@hotmail.com>
**To:** <tmgalgano@rcn.com>
**Sent:** Friday, April 18, 2008 7:34 AM
**Subject:** Re: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey

I was informed by a contact at Binder & Binder that they could not assist me in obtaining my social security disability benefits. Even though I have been trying to get my SSD benefits since July of 2003, I haven't waited long enough for Binder & Binder to assist me.

**From:** tmgalgano@rcn.com
**Sent:** Thursday, April 17, 2008 11:37 AM
**To:** robertjdimatteo@hotmail.com
**Subject:** Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey

Dear Mr. DiMatteo:

We are writing to you to ask for your assistance. We are the attorneys for Harry J. Binder and Charles E. Binder and their company, Binder & Binder. Binder & Binder assists individuals in obtaining social security disability benefits. We represent them in a trademark infringement action *Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx)*.

We have been informed by Disability Group, Inc. that within the time period of March to November of 2006, you conducted an online search through Google including the words "binder and binder", "binder & binder", or "binder" and then submitted an online intake form at the website you were directed to: either www.disabilitygroup.com, www.socialsecuritydisability411.com or www.socialsecuritydisabilityhelpcenter.com.

Binder and Binder believes that Disability Group, Inc. improperly purchased keywords from Google which contained the Binder and Binder name to trigger their own ads to appear when a person was searching for Binder and Binder. The suit also alleges that Disability Group used the name "Binder and Binder" as a heading in their own ads within Google to link to their website. Binder and Binder has alleged that these actions have confused potential customers and led them unknowingly to Disability Group's website when the customers were actually searching for Binder and Binder.

We understand that you submitted an online inquiry form to Disability Group during the time period in question and would like to find out if you were misled by these Google ads. We would appreciate it if you could take two minutes of your time to complete the survey below and reply to our email with your answers.

Thank you in advance for your time and assistance.

Sincerely yours,

GALGANO & ASSOCIATES, PLLC

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561



XXXXX
361
XXXXX
XXXXX

**BB 01112**
000444

4/18/2008

Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com


## SURVEY

Please reply to our email by answering the following questions by typing an X on the line in front of the answer **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder"?
   ___**YES**   ___**NO**

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?   ___**YES**   ___**NO**

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?   ___**YES**   ___**NO**

4. Did you retain any advocate as a result of your internet search?   ___**YES**   ___**NO**

   **If YES**, did you retain Disability Group, Inc.?   ___**YES**   ___**NO**

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?
   ___**YES**   ___**NO**

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?

   **If YES**, what were you told?



**Please provide us with any additional comments you may have:**


**Name:**
**Address:**


   **In order to protect your privacy, we will not contact you by telephone unless you give us permission to.  If we may contact you by telephone, please provide us with your telephone number:**



Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 Park Avenue, Suite 204
XXXXX
XXXXX

**362**   **BB 01113**
000445

4/18/2008

Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com

XXXXXX
XXXXX
XXXXX

BB 01114
000446

4/18/2008

**Thomas M. Galgano**

| | |
|---|---|
| **From:** | <rrfcook77@aol.com> |
| **To:** | <tmgalgano@rcn.com> |
| **Sent:** | Thursday, April 17, 2008 4:23 PM |
| **Subject:** | Re: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey |

I honestly cannot recall who I was in contact with during that time
frame.
Richard Cook

-----Original Message-----
From: tmgalgano@rcn.com
To: rrfcook77@aol.com
Sent: Thu, 17 Apr 2008 2:52 pm
Subject: Harry J. Binder, et al. v. Disability Group Inc. and Ronald
Miller, CV 07-02760-GHK(SSx) Survey


Dear Ms. Cook:

We are writing to you to ask for your assistance. We are
the attorneys for Harry J. Binder and Charles E. Binder and their
company, Binder & Binder. Binder & Binder assists individuals in
obtaining social security disability benefits. We represent them in a
trademark infringement action Harry J. Binder, et al. v. Disability
Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx).

We have been informed by Disability Group, Inc. that within
the time period of March to November of 2006, you conducted an online
search through Google including the words "binder and binder", "binder
& binder", or "binder" and then submitted an online intake form at the
website you were directed to: either www.disabilitygroup.com,
www.socialsecuritydisability411.com or
www.socialsecuritydisabilityhelpcenter.com.

Binder and Binder believes that Disability Group, Inc. improperly
purchased keywords from Google which contained the Binder and Binder
name to trigger their own ads to appear when a person was searching for
Binder and Binder. The suit also alleges that Disability Group used
the name "Binder and Binder" as a heading in their own ads within
Google to link to their website. Binder and Binder has alleged that
these actions have confused potential customers and led them
unknowingly to Disability Group's website when the customers were
actually searching for Binder and Binder.

We understand that you submitted an online inquiry form to Disability
Group during the time period in question and would like to find out if
you were misled by these Google ads. We would appreciate it if you
could take two minutes of your time to complete the survey below and
reply by x x x x email with your answers.
XXXXX
XXXXX
XXXXX

BB 01115
000447

Thank you in advance for your time and assistance.

Sincerely
yours,

GALGANO &
ASSOCIATES, PLLC

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY 11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com

SURVEY

Please reply to our email by answering the following questions by
typing an X on the line in front of the answer YES or NO:

1. Did you search through an internet search engine for "binder and
binder", "binder & binder" or "binder"? ___YES ___NO

2. Did you believe that you had clicked on a link, as a result of the
search, which took you to Binder and Binder's website or a website
associated with Binder and Binder? ___YES ___NO

3. At the time you filled out the online submission form, did you
believe that you were submitting the form to Binder and Binder or
someone associated with Binder and Binder? ___YES ___NO

4. Did you retain any advocate as a result of your internet search?
___YES ___NO

If YES, did you retain Disability Group, Inc.? ___YES ___NO

Did you believe you had retained Binder and Binder or someone
associated with Binder and Binder? ___YES ___NO

5. Were you ever told by the advocate that the advocate you had
retained was Binder and Binder or was somehow associated with Binder
and Binder?

If YES, what were you told?

Please provide us with any additional comments you may have:
XXXXX
XXXXX
XXXXX

BB 01116
000448

4/17/2008

Name:
Address:

In order to protect your privacy, we will not contact you by telephone
unless you give us permission to. If we may contact you by telephone,
please provide us with your telephone number:

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY 11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com


XXXXX
366
XXXXX
XXXXX

BB 01117
000449

4/17/2008

## Thomas M. Galgano

**From:** "danny lewis" <danrlew@yahoo.com>
**To:** <tmgalgano@rcn.com>
**Sent:** Thursday, April 17, 2008 6:10 PM
**Subject:** RE: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey

sorry im doing it myself  thanks

tmgalgano@rcn.com wrote:
>
>
>
> Dear Mr. Lewis:
>
> We are writing to you to ask for your assistance. We are the attorneys for Harry J. Binder and Charles E. Binder and their company, Binder & Binder. Binder & Binder assists individuals in obtaining social security disability benefits. We represent them in a trademark infringement action Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx).
>
> We have been informed by Disability Group, Inc. that within the time period of March to November of 2006, you conducted an online search through Google including the words "binder and binder", "binder & binder", or "binder" and then submitted an online intake form at the website you were directed to: either www.disabilitygroup.com , www.socialsecuritydisability411.com or www.socialsecuritydisabilityhelpcenter.com .
>
> Binder and Binder believes that Disability Group, Inc. improperly purchased keywords from Google which contained the Binder and Binder name to trigger their own ads to appear when a person was searching for Binder and Binder. The suit also alleges that Disability Group used the name "Binder and Binder" as a heading in their own ads within Google to link to their website. Binder and Binder has alleged that these actions have confused potential customers and led them unknowingly to Disability Group's website when the customers were actually searching for Binder and Binder.
>
> We understand that you submitted an online inquiry form to Disability Group during the time period in question and would like to find out if you were misled by these Google ads. We would appreciate it if you could take two minutes of your time to complete the survey below and reply to our email with your answers.
>
> Thank you in advance for your time and assistance.
>
> Sincerely yours,
>
> GALGANO & ASSOCIATES, PLLC
>
> Thomas M. Galgano, Esq. Galgano & Associates, PLLC 20 W. Park Avenue, Suite 204 Long Beach, NY 11561 Phone: 516-431-1177 Fax: 516-431-1127 e-mail: tmgalgano@rcn.com
>
>
>
>
> SURVEY
>
> Please reply to our email by answering the following questions by typing an X on the line in fro        wer YES or NO.
XXXXX
XXXXX
XXXXX

BB 01120
000450

367

4/17/2008

>
> 1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder"? ___YES ___NO
>
> 2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder? ___YES ___NO
>
> 3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder? ___YES ___NO
>
> 4. Did you retain any advocate as a result of your internet search? ___YES ___NO
>
> If YES , did you retain Disability Group, Inc.? ___YES ___NO
>
> Did you believe you had retained Binder and Binder or someone associated with Binder and Binder? ___YES ___NO
>
> 5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?
>
> If YES , what were you told?
>
>
> Please provide us with any additional comments you may have:
>
> Name:
> Address:
>
> In order to protect your privacy, we will not contact you by telephone unless you give us permission to. If we may contact you by telephone, please provide us with your telephone number:
>
>
>
>
> Thomas M. Galgano, Esq.
> Galgano & Associates, PLLC
> 20 W. Park Avenue, Suite 204
> Long Beach, NY 11561
> Phone: 516-431-1177
> Fax: 516-431-1127
> e-mail: tmgalgano@rcn.com

---

Be a better friend, newshound, and
know-it-all with Yahoo! Mobile.  Try it now.  http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ

XXXXX
**366**
XXXXX
XXXXX



**BB 01121**
000451

4/17/2008

**Thomas M. Galgano**

| | |
|---|---|
| **From:** | "Jim Gatton" <jimgatton@roadrunner.com> |
| **To:** | <tmgalgano@rcn.com> |
| **Sent:** | Friday, April 18, 2008 1:50 AM |
| **Subject:** | Re: Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey |

# Why is it that whenever I contact attorneys they never call me back? I have had to learn to defend myself. I bet you can too!
# Jim D. Gatton

----- Original Message -----
**From:** tmgalgano@rcn.com
**To:** jimgatton@adelphia.net
**Sent:** Thursday, April 17, 2008 12:39 PM
**Subject:** Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV 07-02760-GHK(SSx) Survey

Dear Mr. Gatton:

We are writing to you to ask for your assistance. We are the attorneys for Harry J. Binder and Charles E. Binder and their company, Binder & Binder. Binder & Binder assists individuals in obtaining social security disability benefits. We represent them in a trademark infringement action *Harry J. Binder, et al. v. Disability Group Inc. and Ronald Miller, CV* 07-02760-GHK(SSx).

We have been informed by Disability Group, Inc. that within the time period of March to November of 2006, you conducted an online search through Google including the words "binder and binder", "binder & binder", or "binder" and then submitted an online intake form at the website you were directed to: either www.disabilitygroup.com, www.socialsecuritydisability411.com or www.socialsecuritydisabilityhelpcenter.com.

Binder and Binder believes that Disability Group, Inc. improperly purchased keywords from Google which contained the Binder and Binder name to trigger their own ads to appear when a person was searching for Binder and Binder. The suit also alleges that Disability Group used the name "Binder and Binder" as a heading in their own ads within Google to link to their website. Binder and Binder has alleged that these actions have confused potential customers and led them unknowingly to Disability Group's website when the customers were actually searching for Binder and Binder.

We understand that you submitted an online inquiry form to Disability Group during the time period in question and would like to find out if you were misled by these Google ads. We would appreciate it if you could take two minutes of your time to complete the survey below and reply to our email with your answers.

Thank you in advance for your time and assistance.

Sincerely yours,

GALGANO & ASSOCIATES, PLLC


XXXXX
**369**
XXXXX
XXXXX

BB 01125
000452

4/18/2008

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com

## SURVEY

Please reply to our email by answering the following questions by typing an X on the line in front of the answer **YES** or **NO**:

1.  Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder"?
    ___**YES**   ___**NO**

2.  Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder?   ___**YES**   ___**NO**

3.  At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder?   ___**YES**   ___**NO**

4.  Did you retain any advocate as a result of your internet search?   ___**YES**   ___**NO**

    **If YES,** did you retain Disability Group, Inc.?  ___**YES**   ___**NO**

    Did you believe you had retained Binder and Binder or someone associated with Binder and Binder?   ___**YES** ___**NO**

5.  Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder?

    **If YES,** what were you told?

    **Please provide us with any additional comments you may have:**

    **Name:**
    **Address:**

    **In order to protect your privacy, we will not contact you by telephone unless you give us permission to.  If we may contact you by telephone, please provide us with your telephone number:**


XXXXX
**370**
XXXXX
XXXXX

**BB 01126**
000453

4/18/2008

Thomas M. Galgano, Esq.
Galgano & Associates, PLLC
20 W. Park Avenue, Suite 204
Long Beach, NY  11561
Phone: 516-431-1177
Fax: 516-431-1127
e-mail: tmgalgano@rcn.com

XXXXX
XXXXX
XXXXX

BB 01127
000454

4/18/2008

## SURVEY

Please answer the following questions by circling **YES** or **NO**:

1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder"? **(YES)** NO

2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder? **(YES)** NO

3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder? **(YES)** NO

4. Did you retain any advocate as a result of your internet search? **(YES)** NO

   **If YES**, did you retain Disability Group, Inc.? YES NO

   Did you believe you had retained Binder and Binder or someone associated with Binder and Binder? **(YES)** NO

5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder? **(YES)** NO

**If YES**, what were you told? _I was led to believe that they could help me!_

Please provide us with any additional comments you may have: ~~XXXXXXXX XXXXXXXXXXX~~ _Next thing I'm told, is that ① I can't be helped._

Name: _Cruz Abila_

Address: _P.O. Box 65 Barstow Tx. 79719_

In order to protect your privacy, we will not contact you by telephone unless you give us permission to. If we may contact you by telephone, please provide us with your telephone number: _432-445-6702_

Galgano & Associates, PLLC, 20 W. Park Ave., Suite 204, Long Beach, NY 11561

XXXXX
XXXXX
XXXXX

## Cruz

**From:** "Binder & Binder" <questions@binderandbinder.com>
**To:** "Cruz" <senorc@pecos.net>
**Sent:** Monday, April 04, 2005 11:36 AM
**Subject:** Re: S.S. agrees I have problem, BUT

To whom it may concern,

We appreciate you contacting our firm with regard to this matter. We apologize for the delay in responding to your inquiry.

You should be aware that the primary criteria for benefits through the SSA is that you have a medical condition that has lasted or is expected to last 12 months in duration and will prevent you from performing any gainful employment in the national economy.

When evaluating claims the SSA takes into account your age, education, work history, and medical conditions. We must prove that you can't perform any work that you have previously performed in the last 15 years and there is no work you can perform at all.

In order for us to obtain a better idea of your situation, please address the following questions:

1. How old are you?
2. Do you feel as though you meet the aforementioned requirements for benefits?
3. Are you in medical treatment for your conditions?
3. Have you discussed your inability to work with your treating doctors?
4. If so, are they supportive that your condition would prevent you form performing any work?

If you are in medical treatment and you feel as though you can't perform any work due to your medical conditions we would be willing to evaluate your claim for benefits. The Social Security Administration (SSA) routinely denies claims based on them feeling as though you can perform some other type of work. If you ask us no one knows you better than yourself. If you have worked the last 22 years and you feel that your condition prevents you from working anymore we would tend to believe you.

If you would like to discuss your situation directly, we can be reached toll-free at (800) 409-2760 and you can speak with anyone in our information call department. We look forward to receiving your response.

Sincerely,


Binder and Binder


----- Original Message -----
**From:** Cruz
**To:** Questions@BinderandBinder.com
**Sent:** Saturday, January 09, 1999 7:53 PM
**Subject:** S.S. agrees I have problem, BUT

Both Social Security and Workman's Comp. agree that I have a problem, but that I am too young, too educated, and
I can do sedentry work. I have two old cervical back problems. I have been told by Dr's that surgery on one which
is a disk problem at C-5,C-6 will affect problem in my spinal cord at C-3,C-4; which is a very big possibility that I won't be able to get up. I have gone back to school with Texas Rehabilitation Commission paying. Problem has occurred by



sitting too long (college internet courses) and has affected my condition with my nerves. I know they tell me I can do sedentry work, but I have to take frequent breaks and lay on the floor until my spasms subside. Who is going to hire me to work for them under those conditions. I used to work for ENRON for 22years. Is this situation untouchable in your opinion or does it have merit?  T H A N K    Y O U !


XXXXX
374
XXXXX
XXXXX

# EXHIBIT 12


XXXXX
**375**
XXXXX
XXXXX

EXHIBIT 12

000458

## GALGANO & ASSOCIATES, PLLC
### HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
### CV 07-02760-GHK (SSx)
### PAGE 1

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | | SENT LETTER OF 5/29/08 | | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|---|---|
| Terri Chironna-Papa - 33567 | | | X | | | | X | |
| Robert DiMatteo - 33631 | | | X | | | | X | Res. |
| Stacey Heinzman - 33685 | | | X | | | | X | X |
| Richard Nelson - 33706 | | | X | | | | X | |
| David W. Clark - 33715 | | | X | | | | X | |
| Stephanie Hasty - 33716 | X | X | X | F | | | X | |
| Patty Bays - 33813 | | | X | F | | | | |
| Brittney Smith - 33834 | X | X | X | F | | | X | |
| Sean Finn - 33840 | | | X | F | | | | |
| Chad Wold - 33961 | | | X | | | | X | |
| Tina Czika - 33966 | | | X | F | X | Ret. | | |
| Linda Engel - 33995 | | | X | | X | | X | |
| Brenda Lee - 33998 | | | X | F | X | | X | |
| Doloros Cabler - 34001 | | | X | F | X | | X | |
| Lisa Moscato - 34134 | X | X | X | F | X | | X | |


XXXXX
XXXXX
XXXXX

## GALGANO & ASSOCIATES, PLLC
## HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
## CV 07-02760-GHK (SSx)
## PAGE 2

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| Dana Coventry - 34135 | | | X | | X | |
| Robin O'Bannon - 34139 | | | X | | X | X |
| Jeff G. Martin - 34173 | | | X  F | X  Ret. | | |
| Aleshia Maughmer - 34220 | | | X | | X | |
| Alexandre Kristjansson - 34272 | | | X | | X | |
| Babrbra Belligan - 34278 | | | X | | X | |
| Patricia R. Davis - 34283 | X | X | X | | X | |
| Jeremiah - 34290 | | | X | | X | |
| Jesuine V. Pandell - 34316 | X | X | X  F | | X | X |
| Doug Cortese - 34327 | | | X  F | | | |
| Timothy Traczyk - 34330 | X | X | X | | X | Res. |
| Jerome D. Barnett - 34334 | | | X | | X | |
| Sharon Ranieri - 34403 | | | | | | |
| Farahnaz Jalali - 34436 | | | X | | X | Res. |
| Janet Isreal - 34475 | | | X | | X | |


XXXXX
XXXXX
XXXXX
377
060403

## GALGANO & ASSOCIATES, PLLC
### HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
### CV 07-02760-GHK (SSx)
### PAGE 3

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| Donald Kellaway - 34480 | | | X | | X | |
| Denise Milazzo - 34484 | | | X | | X | |
| Jack Mathis - 34509 | | | X | | X | |
| Paul Phuckins - 34536 | | | X | | X | |
| Brenda Ellis - 34562 | | | X | | X | |
| Cheryl L. Nelson - 34651 | X | X | X | | X | |
| Rhonda Bigelow - 34730 | | | X | | X | |
| Ghansham Ramdin - 34759 | | | X | | X | |
| Donald H. Bowman - 34764 | | | X   F | X | X | |
| William T. Adams - 34819 | | | X | | X | |
| Leone S. Viverette - 34821 | | | X   F | X   Ret. | | |
| Michael Smith - 35119 | | | X | | X | |
| William F. Myers - 35170 | X | X | X | | X | |
| Joseph F. Toensmann - 35178 | | | X   F | | | |
| Warren Harvey - 35217 | | | X | | X | |


378
XXXXX
XXXXX
XXXXX

## GALGANO & ASSOCIATES, PLLC
## HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
### CV 07-02760-GHK (SSx)
### PAGE 4

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| Kenneth Rosner - 35218 | | | X  F | X | X | |
| Charles G. Davis - 35222 | | | X  F | X | X | |
| Ingrid J. Butler - 35243 | | | X | | X | |
| Connie Mitchell - 35324 | X  Ret. | | X  F | X  Ret. | | |
| Ted Delka, Jr. - 35353 | | | X  F | X  Ret. | | |
| Jonathan L. Gibson - 35636 | | | X  F | X | X | |
| Charles Earwood - 35654 | | | X  F | X | X | |
| Delvin R. Logan - 35869 | X  Ret. | | X | | X | |
| Kristine Landro - 35880 | | | X | | X | |
| Pat Lipari - 35941 | | | X | | X | |
| Earl Cost - 35947 | | | X | | X | |
| James Smith - 35950 | | | X  F | | | |
| Barbara Halbert - 36065 | | | X | | X | |
| Tyrone D. Jacobs - 36149 | | | X  F | X | X | |
| Cruz Abila - 36327 | | | X  F | X | X | X |


379
XXXXX
XXXXX
XXXXX

## GALGANO & ASSOCIATES, PLLC
### HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
### CV 07-02760-GHK (SSx)
### PAGE 5

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| Faye Adels - 36407 | | | X | | X | X |
| James DiSalvo - 36462 | | | X | | X | |
| Ronald A. James - 36717 | | | X | | X | |
| Nancy Passamano - 36871 | | | X | | X | |
| Charles L. Houseman - 36919 | | | X F | X | X | |
| Joshua Tolbert - 36971 | X | X | X | | X | |
| Robert Flansburg - 37068 | | | X | | X | |
| Joshua Wallenbeck - 37161 | | | X | | X | |
| Tonya Henderson - 37225 | X | X | X F | X | X | |
| Keith Schoeppler - 37233 | | | X | | X | |
| Raymond Limoges - 37237 | | | X | | X | |
| Memfem Mfemfe - 37384 | | | X | | X | |
| Eric Kruse - 37390 | | | X | | X | |
| Norman - 37440 | | | X | | X | |
| Judith L. Williams - 37536 | | | X | | X | |


XXXXX
XXXXX
XXXXX

## GALGANO & ASSOCIATES, PLLC
## HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
## CV 07-02760-GHK (SSx)
### PAGE 6

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| C. Hernandez - 37568 | | | X    F | | | |
| Rafael Munoz - 37593 | X | | X    F | | X | |
| Gary Bowser - 37597 | | | X    F | | | |
| Johnnie Erassarret - 37599 | | | X    F | | | |
| Bloneva Stirrup - 37723 | | | X | | X | |
| Cherean - 37727 | | | X | | X | |
| Anthony Ottey - 37736 | | | X | | X | |
| Trent Brown - 37910 | | | X | | X | |
| William A. Hayes - 37961 | X    Ret. | X    Ret. | X | | X | |
| Robert Kohlbeck - 37963 | | | X | | X | |
| Curtis Cronin - 37965 | X | X | X | | X | |
| Maria Serrano - 38008 | | | X | | X | |
| Patrice M. Parker - 38164 | | | X    F | | | |
| Alison Sheary - 38182 | | | X | | X | |
| Dora Ewald - 38230 | | | X    F | | | |

XXXXX
XXXXX
XXXXX



000462

## GALGANO & ASSOCIATES, PLLC
### HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
### CV 07-02760-GHK (SSx)
### PAGE 7

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| Aurelio Vizcarrondo - 38304 | X | X | X | | X | |
| Linda Boileau - 38385 | | | X  F | X | X | X |
| Cynthia Talmage - 38488 | X  Ret. | | X | | X | |
| Jose L. Soler - 38547 | | | X | | X | |
| Kathleen M. England - 38612 | | | X | | X | |
| Herb Battell - 38666 | X | | | | X | X |
| Charlie Askey - 38692 | | | X  F | X  Ret. | | |
| Elaine Terrill - 38775 | | | X  F | | | |
| Amanda L. Bolson - 38794 | X  Ret. | | X | | X | |
| Nicole Royall - 38812 | | | X | | X | |
| Kenneth J. Murray - 38934 | | | X | | X | |
| James A. Maiden - 38997 | | | X | | X | |
| Frances Lukis - 39094 | | | X  F | X | X | |
| Carla Hudson - 39191 | | | X | | X | |
| Nancy Rose - 39259 | | | X  F | | | |


XXXXX
382
XXXXX
XXXXX
0504615

**GALGANO & ASSOCIATES, PLLC**

**HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER**

**CV 07-02760-GHK (SSx)**

**PAGE 8**

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| Debera A. Harig - 39266 | | | X | | X | |
| Floyd Wilson - 39306 | | | X  F | | | |
| Elayne E. Major - 39375 | | | X | | X | |
| Christopher Hughes - 39492 | | | X | | X | |
| Edward Boselli - 39552 | | | X  F | X | X | X |
| Terry R. Sanchez - 39683 | | | X | | X | |
| Sally J. Buckholtz - 39853 | | | X | | X | |
| Faith M. Herrera - 39905 | X | X | X | | X | |
| Michael Connelly - 39970 | | | X  F | | | |
| Gertrude E. Bernabo - 39993 | | | X  F | X | X | |
| Henry C. Jones, Jr. - 40072 | | | X | | X | |
| Debra Williams - 40181 | X | | | | X | X |
| Mark Lindholm - 40203 | | | X | | X | |
| Jon Linder - 40205 | | | X  F | X | X | |
| Shannon E. Dickey - 40222 | | | X | | X | |


XXXXX
XXXXX
XXXXX

## GALGANO & ASSOCIATES, PLLC
### HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
### CV 07-02760-GHK (SSx)
### PAGE 9

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| James Hopkins - 40247 | X | X | X | | X | |
| Trini N. Ware - 40321 | | | X  F | | | |
| Susan Giles - 40364 | | | X | | X | |
| Jim Gatton - 40514 | X | | X | | X | Res. |
| Linda Helfman - 40524 | | | X | | X | |
| Mary Ann Addington - 40577 | X | | | | X | X |
| Cynthia Israel - 40749 | | | X | | X | |
| Katherine R. Pollard - 40772 | X | X | X | | X | |
| Jeff Colburn - 40796 | | | X | | X | |
| Thomas J. McGowan - 40804 | | | X | | X | |
| Danny R. Lewis - 40876 | X | | X | | X | Res. |
| Chuck Bodinet - 40948 | | | X | | X | |
| James K. - 41079 | | | X | | X | |
| David B. Lester - 41357 | | | X | | X | |
| Diane M. Cook - 41367 | | | X | | X | Res. |

XXXXX
XXXXX
XXXXX
09046


## GALGANO & ASSOCIATES, PLLC
### HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
### CV 07-02760-GHK (SSx)
### PAGE 10

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| Susan Kupper - 41460 | | | X | | X | |
| Dawn R. Ballard - 41715 | X | X | X  F | | X | X |
| Steve - 41846 | | | X  F | | | |
| Robert J. Warnock - 42014 | | | X  F | X | X | |
| Sandra K. Amason - 42021 | | | X  F | | | |
| Robert Schultz - 42054 | Ret. | | X | | X | |
| Janey Reifsteck - 42156 | | | X  F | | | |
| Quinton Santiago - 42196 | | | | | | |
| Frances Rowell - 42358 | | | X | | X | |
| Leon M. Leontaris - 42491 | | | X | | X | Res. |
| David L. Maples - 42532 | | | X  F | X  Ret. | | |
| Sally A. Lambret - 42762 | | | X  F | X | X | |
| Arthur F. Ellis - 42771 | X | X | X  F | | X | X |
| Karen A. Funk Sellars - 42887 | X  Ret. | | X | | X | X |
| Mamon Trotter - 43075 | X | X | X  F | | X | X |


XXXXX
XXXXX
XXXXX
385
060468

## GALGANO & ASSOCIATES, PLLC
## HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
### CV 07-02760-GHK (SSx)
### PAGE 11

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| Shavonne McCulley - 43213 | X  Ret. | | X | | X | |
| Joyce Myers - 43321 | | | X | | X | |
| Evelyn D. Moreau - 43472 | X | X  Ret. | X  F | | X | |
| Beverly A. Timothy - 43480 | | | X | | X | |
| Kenneth McMilleon - 43485 | | | X | | X | |
| Denny L. Hagar - 43487 | | | X  F | X  Ret. | | |
| Angela Allison - 43874 | | | X | | X | |
| David N. Singleton - 44052 | X | X | X  F | | X | |
| Jamie Lopez - 44065 | | | X | | X | |
| Kathleen L. Eves - 44200 | | | X | | X | |
| Richard C. Councilman - 44316 | | | X | | X | |
| Ronald A. Smith - 45004 | | | X | | X | |
| Steve F. Caviness - 45423 | | | X | | X | |
| David M. Hedges - 45567 | | | X | | X | |
| Vickie Johnson - 45685 | | | X | | X | |


XXXXX
386
XXXXX
XXXXX
060409

## GALGANO & ASSOCIATES, PLLC
## HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
### CV 07-02760-GHK (SSx)
### PAGE 12

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| Tiffany Gordo - 45790 | X | | | | X | X |
| Henry T. Clarke - 45803 | | | X | | X | |
| Marissa Edwards - 45871 | X | X | X | | X | |
| Jennie Tarantino - 46188 | | | X    F | X | X | |
| Keith W. Signor - 46191 | | | X | | X | |
| David G. Michael - 46247 | | | X | | X | X |
| Maryela Navarro - 46382 | | | X | | X | |
| Verna L. Chisolm - 46385 | | | X | | X | |
| Taleah Cook - 46677 | X | X | X | | X | |
| Alexander Black - 46994 | | | X | | X | |
| Frieda Edwards - 47433 | X    Ret. | | X    F | | | |
| Tammi A. Blair - 47513 | | | X | | X | |
| Betty A. Boyer - 47520 | | | X | | X | |
| Iris G. Goldfaden - 47533 | X | | | | X | X |
| Phillip Goodfellow - 48038 | | | X | | X | |



XXXXX
387
XXXXX
XXXXX

## GALGANO & ASSOCIATES, PLLC
### HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER
### CV 07-02760-GHK (SSx)
### PAGE 13

| POTENTIAL CLIENT | SENT LETTER OF 3/25/08 | SENT REMINDER OF 4/18/08 | SENT E-MAILS IN APRIL, 2008 | SENT LETTER OF 5/29/08 | POTENTIAL CLIENT RECEIVED SURVEY | POTENTIAL CLIENT SENT BACK SURVEY |
|---|---|---|---|---|---|---|
| Andre Lewis - 48111 | X | X | X | | X | |
| **TOTAL** | | | | | 152 | 17 |

**Potential Clients total 181**

Ret. - Undeliverable/Returned
Res. - Responded/No Survey
F - E-mail Undeliverable

F:\G&b\246\37\survey\surveyreceipt.wpd



000471

# EXHIBIT 13


XXXXX
389
XXXXX
XXXXX

EXHIBIT 13

000472

## GALGANO & ASSOCIATES, PLLC

## HARRY J. BINDER ET AL. V. DISABILITY GROUP INC. AND RONALD MILLER

### CV 07-02760-GHK (SSx)

### OUR REF.: 246-37

| SURVEY QUESTION | YES | NO | "I DON'T KNOW" | NO REPLY | TOTALS |
|---|---|---|---|---|---|
| 1. Did you search through an internet search engine for "binder and binder", "binder & binder" or "binder" ? | 17 | | | | 17 |
| 2. Did you believe that you had clicked on a link, as a result of the search, which took you to Binder and Binder's website or a website associated with Binder and Binder? | 16 | 1 | | | 17 |
| 3. At the time you filled out the online submission form, did you believe that you were submitting the form to Binder and Binder or someone associated with Binder and Binder? | 15 | 2 | | | 17 |
| 4. Did you retain any advocate as a result of your internet search? | 10 | 7 | | | 17 |
| If YES, did you retain Disability Group, Inc.? | 7 | 3 | | 7 | 17 |
| Did you believe you had retained Binder and Binder or someone associated with Binder and Binder? | 11 | 1 | 1 | 4 | 17 |
| 5. Were you ever told by the advocate that the advocate you had retained was Binder and Binder or was somehow associated with Binder and Binder? | 5 | 7 | 1 | 4 | 17 |

F:\G&b\246\37\survey\surveyanswers.wpd


XXXXX
XXXXX
XXXXX
390
000473