# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Harry J. Binder, et al.* | CASE NO. CV 07-2760-GHK (SSx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Disability Group, Inc., et al.* | |
| Defendants. | |

Pursuant to our January 25, 2011 Memorandum of Findings of Fact and Conclusions of Law, IT IS HEREBY ADJUDGED THAT Plaintiffs shall have judgment in the amount of $292,235.20 against Defendants Ronald Miller, an individual, and Disability Group, Inc., jointly and severably. Plaintiffs may file a motion with this Court for an award of attorneys' fees and may file an application to tax costs in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED: January 25, 2011

GEORGE H. KING
United States District Judge