WHEN RECORDED MAIL TO:

Kenneth Parker / SBN 182911
Haynes and Boone, LLP
18100 Von Karman, Suite 750
Irvine, CA 92612-0169

**FOR OFFICE USE ONLY**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Harry J. Binder, et al.<br><br>PLAINTIFF(S),<br>v.<br>Disability Group, Inc. and Ronald Miller,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 07-2760-GHK (SSx)<br><br>ABSTRACT OF JUDGMENT/ORDER |
|---|---|

I certify that in the above-entitled action and Court, Judgment/Order was entered on January 26, 2011

in favor of See Attachment "A" Hereto

whose address is 300 Rabro Drive, Hauppauge, New York 11788

and against Ronald Miller and Disability Group, Inc., jointly and severally

whose last known address is 6033 W. Century Boulevard, Suite 1000, Los Angeles, California 90045

for $ 292,235.20       Principal,   $ 0.00                Interest,  $ 68,098.46            Costs,

and $ 764,165.01         Attorney Fees.

ATTESTED this  26th  day of  October , 20 11 .

Judgment debtor's driver's license no. and state; _____ ☒ Unknown.

Judgment debtor's Social Security number; _____ ☒ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Matt Kohn, Esq.
6033 W. Century Boulevard, Suite 1000
Los Angeles, California 90045

CLERK, U. S. DISTRICT COURT

By JULIE PRADO
Deputy Clerk

**FOR OFFICE USE ONLY**

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (06/01)                          ABSTRACT OF JUDGMENT/ORDER

## ATTACHMENT "A" TO ABSTRACT OF JUDGMENT/ORDER

Harry J. Binder, et al. v. Disability Group, Inc. and Ronald Miller
United States District Court Case No. CV 07-2760-GHK (SSx)

Judgment entered in favor of:

Harry J. Binder; Charles E. Binder; Binder & Binder – The National Social Security Disability Advocates LLC; Binder & Binder – The National Social Security Disability Advocates LLC (CA); Binder and Binder – The National Social Security Disability Advocates (NY) LLC; Binder & Binder - National Social Security Disability Advocates (NJ) LLC; Binder & Binder – The National Social Security Disability Advocates (PA) LLC; Binder & Binder – The National Social Security Disability Advocates (NC) LLC; Binder & Binder – The National Social Security Disability Advocates (FL) LLC; Binder & Binder – The National Social Security Disability Advocates (TX) LLC; Binder & Binder – The National Social Security Disability Advocates (IL) LLC; and Law Offices – Harry J. Binder and Charles E. Binder P.C.